UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              *Plaintiff,*

v.                                                **ORDER**
                                                    **Case No: 15-CR-149**

FRANK R. PARLATO, JR.,
CHITRA SELVARAJ

              *Defendants.*

**UPON THE MOTION OF THE DEFENDANTS**, requesting that the Sentencing Memorandum be filed under seal, it is

**ORDERED**, that defendant's motion is granted and the Court will file said document under seal.

IT IS SO ORDERED.

                                              HON. JEREMIAH J. MCCARTHY
                                              UNITED STATES DISTRICT COURT

DATED: March ____, 2017