# Exhibit A

# Frank Report

## Frank Parlato available to meet in Clifton Park with concerned Espians

August 8, 2017    Activities

My name is Frank Parlato. I was unable to publish the last day because I was traveling.

I am publisher and editor of Frank Report.

I was asked by several members of Executive Success Programs to meet them privately. They are troubled by what they read on Frank Report.

I agreed to come to Clifton Park.

I met with several concerned individuals already.

Several said there are "many others" in the circle of Keith Raniere who are troubled. Almost all who are associated with Keith Raniere, they said, are reading the Frank Report. Some read it secretly.

Some say they would like to leave Mr. Raniere, but are afraid he will attack them.

Some are concerned he has material which he can use to blackmail them or send them to prison.

ESP leaders are telling followers that Frank Report is authored by a disgruntled ex member/employee/suppressive and that everything in it is untrue.

While I am in Clifton Park, I do not intend to stalk anyone, drive around Knox Woods, or haunt ESP at New Karner Road or Apropos.

Nor will I visit Keith or his servants without an invitation.

I will make a further announcement on my proposed meeting with Keith Raniere later tonight.

I invite anyone troubled by what they have read to call me. I will assist anyone who desires to leave Mr. Raniere to do so safely – and introduce anyone concerned for their safety to law enforcement.

For those who wish to speak, or schedule an appointment, I can be reached at 716-990-5740. Or you may email me at frankparlato@gmail.com.

All calls are confidential. Nothing will be revealed on Frank Report without the consent of the person providing the information.

The meeting will be held in a safe and secure place.

Revelations of felonious acts by Mr. Raniere and his confederates, however, are required to be reported to authorities. The withholding of information about criminal activities may also be a crime: See New York State ID Code § 18-1601

Share this:

| Twitter | Facebook | Google | Email | Print | LinkedIn | More |

Like this:

Like

Be the first to like this.

This entry was posted in Activities, The Cult of Keith Raniere, Uncategorized. Bookmark the permalink.

# Frank Report

## Frank Parlato invites Keith Raniere to meet at Public Forum (Véase abajo para una versión de esta invitación en Español)

August 8, 2017     Activities

My name is Frank Parlato. I am publisher and editor of Frank Report.

A number of followers of Keith Raniere have asked me to meet them privately in Clifton Park. Inasmuch, as I am here, I would like to extend to Keith Raniere an opportunity to meet me in a public setting.

The purpose of the meeting is to address concerns Mr. Raniere's followers have expressed about his teachings and activities of his groups.

Of particular concern is DOS. As reported in Frank Report, DOS practices include hot-iron branding of women and collecting material that could be used to blackmail women.

Mr. Raniere and his leadership team told followers that Frank Report publishes lies, according to sources.

Some of Mr. Raniere's students say they are undecided as to whether they should leave Mr. Raniere.

I propose a meeting be held where Keith Raniere and I discuss the issues of concern to his followers. This may help them determine whether Frank Report has published truthful information.

Mr. Raniere may be eager to set the record straight.

I am prepared to meet him in Clifton Park.

To ensure Mr. Raniere feels comfortable, I suggest:

Mr. Raniere pick the venue for the forum.

I will agree to meet at Apropos, or classrooms at New Karner Rd., in a public setting, or if he wishes at Silver Bay during Vanguard Week.

Mr. Raniere may decide whether he wants only ESP members at the forum, or if he'll allow outsiders to attend.

Mr. Raniere may choose the date and time. Mr. Raniere is free to video/audio record the session.

I would also record the entire session on video and post a copy unedited on Frank Report.

Mr. Raniere or his followers would be prohibited from interfering with my recording the entire event.

I would want a question and answer session to be part of the discussion.

Attendees can ask questions by raising their hands. Attendees would also be allowed to submit written questions anonymously.

Mr. Raniere can name the moderator and timekeeper for the event.

The agreed upon rules would be in writing and published on Frank Report in advance of the forum. Mr. Raniere can publish them anywhere else he chooses.

I would suggest Mr. Raniere and I each make an opening statement of predetermined length. Mr. Raniere may choose who goes first.

After opening statements, Mr. Raniere and I would take turns answering questions from one another, and members of the audience (Answers might be limited in time [5-minutes?] – and the other party would get a set time for rebuttal [ 2-minutes?].

The forum will close with each of us having a closing statement. Mr. Raniere can decide who gets the last word.

Mr. Raniere can bring reference materials to assist him.

I will not require more than two pages of "notes".

If Mr. Raniere prefers to have no notes whatsoever, I will agree that neither one of us refers to notes. If Mr. Raniere insists on having notes and that I have no notes I will also agree to that.

Mr. Raniere will be permitted to have his attorney present and he may confer with his attorney before he answers any questions from any attendee or myself.

I will not require any attorney or anyone to assist me with my answers.

I await Mr. Raniere's response to this invitation.

I hope his followers will encourage him to accept this invitation and will attend the forum. In this way, Mr. Raniere can try to set their misgivings to rest by a truthful and candid meeting.

Mr. Raniere, or one of his representatives, may contact me at 716-990-5740 or email me at frankparlato@gmail.com to arrange for the forum.

---

### TRADUCCIÓN

---

Mi nombre es Frank Parlato. Soy editor y redactor del informe de Frank.

Un número de seguidores de Keith Raniere me ha pedido que les reunirse en privado en el parque de Clifton. Tanto, como estoy aquí, me gustaría dar a Keith Raniere una oportunidad para conocerme en un ambiente público.

El propósito de la reunión es abordar las preocupaciones de los seguidores de Sr. Raniere han expresado acerca de sus enseñanzas y actividades de sus grupos.

De particular preocupación es DOS. Como se informó en el informe de Frank, DOS prácticas incluyen hierro caliente marca de las mujeres y recoger material que podría ser utilizado para chantajear a las mujeres.

El Sr. Raniere y su equipo de liderazgo dijo a seguidores que Frank Report publica mentiras, según las fuentes.

Algunos de los estudiantes del Sr. Raniere dicen que son indecisos en cuanto a si debe dejar el Sr. Raniere.

Propongo se celebró una reunión donde Keith Raniere y discutir los temas de interés para sus seguidores. Esto les puede ayudar a determinar si el informe de Frank ha publicado información veraz.

El Sr. Raniere pueden estar deseoso de fijar el expediente recto.

Estoy dispuesto a reunirse con él en el parque de Clifton.

Para asegurar que el Sr. Raniere se siente cómodo, sugiero:

El Sr. Raniere escoge la sede para el foro.