IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

     v.                                                      15-CR-149-FPG

FRANK R. PARLATO, JR.,

                   Defendant.
_____

**<u>DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR
BAIL REVOCATION</u>**

DATED:    Buffalo, New York
                 October 13, 2017

                                 Respectfully submitted,

                                 PAUL J. CAMBRIA JR., ESQ.
                                 HERBERT L. GREENMAN, ESQ.
                                 JUSTIN D. GINTER, ESQ.
                                 LIPSITZ GREEN SCIME & CAMBRIA LLP
                                 Attorneys for Defendant
                                 FRANK R. PARLATO
                                 Office and Post Office Address
                                 42 Delaware Avenue, Suite 120
                                 Buffalo, New York 14202
                                 (716) 849-1333
                                 pcambria@lglaw.com

TO:    ELIZABETH R. MOELLERING, ESQ.
         ASSISTANT UNITED STATES ATTORNEY
         138 Delaware Avenue
         Buffalo, New York 14202

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                      15-CR-149-FPG

FRANK R. PARLATO, JR.,

                              Defendant.
_____

STATE OF NEW YORK    )
COUNTY OF ERIE        )ss
CITY OF BUFFALO      )

        JUSTIN D. GINTER, ESQ. being duly sworn, deposes and says:

        1.        I along with Paul J. Cambria, Jr., Esq. and Herbert L. Greenman, Esq. represent the defendant Frank R. Parlato, Jr.  This affidavit is submitted is opposition to the Government's motion to revoke the defendant's bail.

        2.        On November 6, 2017, the Government filed a motion for bail revocation (Dkt. Entry No. 90).  The Government's motion papers are based solely on their reading of two blog posts by Mr. Parlato.

        3.        Based on their subjective opinion, the Government states unequivocally that Mr. Parlato violated a condition of his release by traveling without the Court's permission to Clifton Park, New York.

        4.        Mr. Parlato has informed counsel that he has not traveled to Clifton Park, New York while under pretrial supervision.

WHEREFORE, your deponent prays that this Court rule accordingly.

                                              /s/Justin D. Ginter
                                              JUSTIN D. GINTER, ESQ.

Subscribed and sworn to before me this
13th day of October, 2017.

s/Kristina Drewery
Commissioner of Deeds
Qualified in Erie County
My Commission Expires December 31, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
                           *Plaintiff*,

v.                                                          15-CR-149-FPG

FRANK R. PARLATO,
CHITRA SELVARAJ,
                           *Defendants*.
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2017, I electronically filed the forgoing document with the Clerk of the District Court using the CM/ECF system.

      I hereby certify that on October 13, 2017 a copy of the foregoing was also delivered to the following using the CM/ECF System:

      ELIZABETH R. MOELLERING, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      138 Delaware Avenue
      Buffalo, New York 14202

DATED:    Buffalo, New York
                 October 13, 2017

                                                     s/ Amanda E. Workman
                                                        Amanda E. Workman