IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**AFFIDAVIT**
15-CR-149-FPG

FRANK R. PARLATO, JR.,

                        Defendant.

STATE OF NEW YORK   )
COUNTY OF ERIE        )ss
CITY OF BUFFALO      )

        FRANK R. PARLATO, JR. being duly sworn, deposes and says:

        1.       On October 6, 2017, the Government filed a motion for bail revocation (Dkt. Entry No. 90). The Government's motion papers are based solely on their reading of two blog posts by myself.

        2.       I never traveled to Clifton Park, New York while under pretrial supervision.

        WHEREFORE, your deponent prays that this Court rule accordingly.

*/s/ FRANK R. PARLATO, JR.*

Subscribed and sworn to before me this
17th day of October, 2017.

_____
Notary Public

JUSTIN D. GINTER
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 03/11/2021