UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                      Case # 15-CR-149-FPG-JJM

FRANK R. PARLATO, JR.                                    ORDER
CHITRA SELVARAJ,

                Defendants.
_____

## PROTECTIVE ORDER

Upon the agreement of the parties, the government seeks a Protective Order with respect to material under 18 U.S.C. § 3500 which will be provided to counsel for the defendants proceeding to trial.

**NOW**, upon consideration thereof, it is hereby

**ORDERED**, that counsel for the defendants shall not make or provide copies of section 3500 material, *Giglio* information, and impeachment information to the defendants or third parties; and it is further

**ORDERED**, that counsel for the defendants shall use the section 3500 material, *Giglio* information, and impeachment information solely for the purposes of trial preparation and trial; and it is further

**ORDERED**, that counsel for the defendants shall return all section 3500 material, *Giglio* information, and impeachment information to the government at the close of trial, except for those documents that are received in evidence.

DATED: January 22, 2018
       Buffalo, New York

                                           HON. FRANK P. GERACI, JR.
                                           Chief Judge
                                           United States District Court