UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  15-CR-149-A

FRANK R. PARLATO, JR. and
CHITRA SELVARAJ,

        Defendants.

---

## SPEEDY TRIAL ORDER
(May 7, 2019 through May 13, 2019)

On May 7, 2019, the parties appeared before the Court for a status conference to set a trial date. Assistant United States Attorney Elizabeth R. Moellering appeared on behalf of the government. Defendant Parlato appeared by his counsel, Justin Ginter, Esq. Defendant Selvaraj appeared by her counsel, Joel Daniels, Esq.

At that time, the parties requested that the Court grant a continuance of proceedings in this action in order to afford defense counsel an opportunity effectively to prepare for the case by determining their availability for trial and to consult with their clients concerning a potential trial date in this matter.

On the basis of the representations of the parties, the Court scheduled a status conference in this action for May 13, 2019. With the consent of counsel for the defendants, the Court further excluded the time in this action from and including May 7, 2019, to and including May 13, 2019, as being in the interest of justice and not contrary to the interests of

1

the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Specifically, and for the reasons set forth above, the Court determines that the public's interest in conserving resources by the defendant's maintaining continuity of counsel outweigh the public's interest in a speedy trial. Furthermore, the defendant's interest in securing continuity of counsel outweigh the interest of the defendant in a speedy trial.

**NOW**, it is hereby

**ORDERED** that the time in this action from and including May 7, 2019, to and including May 13, 2019, is properly excluded from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(IV).

The Court further finds that, as of May 7, 2019, 19 days of Speedy Trial Act time will have elapsed in this action and 51 days remain in the period within which trial must commence.

DATED: Buffalo, New York, May 15, 2019.

HONORABLE RICHARD J. ARCARA
United States District Judge