UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FRANK PARLATO AND CHITRA SELVARAJ,
                        Defendant.

15-CR-149

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

[X] That the Defendants (or the Juvenile) HAVE consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

　　[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

　　[ ] Other:

APPEARANCE OF DEFT CHITRA SELVARAJ IS WAIVED.

IT IS SO ORDERED.

Date: April 28, 2021

_____
Hon. Richard J. Arcara
Senior U.S. District Judge