UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    *Plaintiff,*

v.

FRANK PARLATO, JR.

                    *Defendant.*

**AFFIDAVIT**

Case No.: 15-cr-149(RJA)

---

STATE OF NEW YORK    )
COUNTY OF ERIE        )ss
CITY OF BUFFALO      )

FRANK PARLATO, JR. having affirmed depose and says:

1) I am the defendant in the above captioned matter.

2) Because of the unavailability of my trial counsel, I am aware that we have requested that Senior United States District Judge Richard J. Arcara adjourn the trial until counsel is available.

3) I am aware that counsel has requested that the trial date be adjourned into 2022.

4) In that regard, I respectfully request that all of the speedy trial time be excluded through March 1, 2022.

5) It is my understanding that a status conference is scheduled for August 13, 2021 before Senior United States District Judge Richard J. Arcara. However, I respectfully request the Court to allow the speedy trial time be excluded through March 1, 2022 at which time, I understand that all of the parties will have a better idea about the date to be scheduled for trial. I also understand that the trial may begin prior to March, 2022.

Wherefore your deponent respectfully requests that the speedy trial time through March 1, 2022 be excluded. I recognize that I do have a right to a speedy disposition of this case. However, I

also believe that it is in my best interest to have all of my trial counsel prepared and available to try my case.

Affirmed under the
Penalty of Perjury

FRANK PARLATO, JR.