UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                *Plaintiff*,

      v.

FRANK R. PARLATO, JR.,

                *Defendants*.

---

**NOTICE OF MOTION TO FILE UNDER SEAL**

Case No: 15-CR-149

S I R S :

      PLEASE TAKE NOTICE, that upon the annexed affidavit of Herbert L. Greenman, Esq. the undersigned moves this Court for an Order allowing counsel to file the memoranda for Mr. Parlato under seal for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may seem just and proper.

DATED:    Buffalo, New York
             October 1, 2021

                                  Respectfully submitted,

                                  /s/Herbert L. Greenman

                                  HERBERT L. GREENMAN
                                  LIPSITZ GREEN SCIME & CAMBRIA LLP
                                  Attorneys for Defendant
                                  FRANK PARLATO
                                  Office and Post Office Address
                                  42 Delaware Avenue – Suite 300
                                  Buffalo, New York 14202
                                  (716) 849-1333
                                  hgreenman@lglaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                *Plaintiff,*    **AFFIDAVIT**
                                    **TO FILE UNDER SEAL**

    v.                          Case No: 15-CR-149

FRANK R. PARLATO, JR.,

                *Defendants.*
_____

STATE OF NEW YORK    )
COUNTY OF ERIE        SS:
CITY OF BUFFALO      )

HERBERT L. GREENMAN, ESQ., being duly sworn, deposes and says:

1.    I, along with Paul J. Cambria, Jr., Esq. and Justin Ginter, Esq. represent the defendant Frank Parlato, Jr.

2.    Your deponent requests that the defendant's memorandum be filed under seal because there will be references to grand jury testimony. Defendant's exhibits will be attached which will include grand jury testimony.

    WHEREFORE, your deponent prays that this Court rule accordingly.

DATED: October 1, 2021
        Buffalo, New York

                                    Respectfully submitted,

                                    /s/Herbert L. Greenman
                                    HERBERT L. GREENMAN, ESQ.
                                    PAUL J. CAMBRIA, JR., ESQ.
                                    JUSTIN D. GINTER, ESQ.
                                    LIPSITZ GREEN SCIME CAMBRIA LLP
                                    Attorneys for Defendant
                                    FRANK PARLATO, JR.
                                    Office and Post Office Address
                                    42 Delaware Avenue, Suite 120

Buffalo, New York 14202
(716) 849-1333
hgreenman@lglaw.com
pcambria@lglaw.com
jginter@lglaw.com

Sworn to before me this 1st day
of October, 2021

/s/Elizabeth M. Jagord-Ward
_____
Notary Public
State of New York, Qualified in Erie County
My Commission Expires October 31, 2022

TO:    MICHAEL DIGIACOMO, ESQ.
        CHARLES KRULY, ESQ.
        ASSISTANT UNITED STATES ATTORNEYS
        Federal Centre
        138 Delaware Avenue
        Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                *Plaintiff,*

v.                                                      **ORDER**
                                                     **Case No: 15-CR-149**

FRANK R. PARLATO, JR.,

                *Defendants.*

**UPON THE MOTION OF THE DEFENDANTS**, requesting that the Memorandum be filed under seal, it is

**ORDERED**, that defendant's motion is granted and the Court will file said document under seal.

IT IS SO ORDERED.

                                              HON. JEREMIAH J. MCCARTHY
                                              CHIEF DISTRICT JUDGE

                                              UNITED STATES DISTRICT COURT

DATED: October \_\_\_\_, 2021