# United States District Court
# For
# The Western District of New York
# Court Order

Date: November 10, 2021

Defendant's Name: Frank R Parlato, Jr.     Docket Number: 1:15CR00149-001

Honorable Richard J. Arcara, Senior U.S. District Judge

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☒ The Issuance of a Summons — returnable on 12/10/2021 at 9:00 am before Hon. Richard J. Arcara
- ☐ Other

*[Signature]*
Signature of Judicial Officer

Nov. 15, 2021
Date

FILED NOV 16 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Title 18 United States Code, Section 3154(5), Bail Violations

New Arrest – Assault Charges