UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                *Plaintiff,*

    v.

FRANK R. PARLATO, JR.

                *Defendant.*

---

**NOTICE OF MOTION**

Case No.: 15-cr-00149(RJA)

S I R S :

    PLEASE TAKE NOTICE, that upon the annexed affidavit of Herbert L. Greenman the undersigned provides to the Court a notice received by the Monroe County Sheriff's Office that a warrant previously filed against Frank Parlato has been recalled and a memorandum of no action by the Office of the State Attorney, Sixteenth Judicial Circuit, Key West, Florida declining to file charges against Mr. Parlato, together with such other and further relief as to this Court may deem just and proper.

DATED:    Buffalo, New York
                December 17, 2021    Respectfully submitted,

                                        /s/Herbert L. Greenman

                                        _____
                                        PAUL J. CAMBRIA, JR,, ESQ,
                                        HERBERT L. GREENMAN, ESQ.
                                        JUSTIN G. GINTER, ESQ,
                                        Attorneys for Defendant
                                        FRANK PARLATO
                                        42 Delaware Avenue
                                        Buffalo, New York 14202
                                        (716) 849-1333
                                        pcambria@lglaw.com
                                        hgreenman@lglaw.com
                                        jginter@lglaw.com

TO:    MICHAEL DIGIACOMO, ESQ.
        CHARLES KRULY, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        138 Delaware Avenue
        Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                *Plaintiff,*

v.                                       **AFFIDAVIT**

                                                  Case No.: 15-cr-149(RJA)

FRANK R. PARLATO, JR., et al

                *Defendant.*

---

STATE OF NEW YORK   )
COUNTY OF ERIE        )ss
CITY OF BUFFALO      )

      HERBERT L. GREENMAN, ESQ. being duly sworn, depose and say:

      1) I am an attorney for the defendant Frank R. Parlato, Jr. together with co-counsel Paul J. Cambria, Jr, Esq. and Justin Ginter, Esq.

      2) On December 16, 2021 I received a notice signed by the Monroe County Sheriff's Office indicating that a warrant against Mr. Parlato has hereby been withdrawn together with a Memorandum of No Action indicating that the State of Florida declines to file charges against Mr. Parlato.

      3) These documents are in relation to a Violation Petition filed against Mr. Parlato and which are the subject of proceedings scheduled for December 20, 2021.

                                                        /s/Herbert L. Greenman
                                                        Herbert L. Greenman, ESQ.

Subscribed and sworn to before me this
17th day of December, 2021

/s/Elizabeth M. Jagord-Ward

---

Notary Public State of New York,
Qualified in Erie County
My Commission Expires October 31, 2022.

3