# EXHIBIT A



# MONROE COUNTY SHERIFF'S OFFICE
## RICHARD A. RAMSAY, SHERIFF

GOOD AFTERNOON                                                    12/16/2021

Attention RICHARD WUNSCH

REF: PARLATO, FRANK ROBERT JR DOB 04/25/1955 W/M


Per conversation here is a letter stating the subject warrant has been recalled on 12/16/2021 by clerk and by me (Susan Pons) if any question feel free to call @ 305-293-7407 warrant division Monday thru Friday


Thank you

SUSAN PONS

MONROE COUNTY SHERIFF

305-293-7407

5525 COLLEGE ROAD

KEY WEST FL 33040

EMAIL spons@keysso.net

   

# EXHIBIT B

# OFFICE OF THE STATE ATTORNEY
SIXTEENTH JUDICIAL CIRCUIT

**Dennis W. Ward**
State Attorney

530 Whitehead Street, Suite 301
Key West, Florida 33040

**(305) 292-3400**
Fax(305) 294-7707

To:            The Honorable Kevin Madok, Clerk of Court

Re:            *State of Florida vs. Frank Robert Parlato*

Case Number:   2021CF00784AK

Charge(s):     1)   False Imprisonment 787.02  2 (3 F)
               2)   Tampering With a Witness 914.22  1 (3 F)
               3)   Battery 784.03(1) (1 M)

---

## MEMORANDUM OF NO ACTION

The State of Florida hereby declines to file charges in this case and therefore enters this "NO ACTION" for one or more of the following reason(s):

After reviewing the evidence, conducting a sworn victim intake, and considering the victim's wishes to decline prosecution, the State does not reasonably believe this case can be prosecuted successfully.

_/s/ Cristina Spottswood_
Cristina Lyn Spottswood
Assistant State Attorney
Florida Bar No. 0084481
cspottswood@keyssao.org

Date:   December 16, 2021

cc:   Jail records
      Warrants
      PTS