UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

15-CR-149-A

FRANK R. PARLATO, JR. and
CHITRA SELVARAJ,

            Defendants.

## SPEEDY TRIAL ORDER
(January 26, 2022 through March 23, 2022)

On January 26, 2022, the parties appeared before the Court for a status conference. Assistant United States Attorney Michael DiGiacomo appeared on behalf of the United States. Defendant Parlato appeared through his attorneys, Herbert Greenman, Esq., Justin Ginter, Esq., and Kenneth Manning, Esq. Defendant Selvaraj appeared through her attorney, Cheryl Meyers Buth, Esq.

The parties represented to the court that plea negotiations were ongoing, and that additional time was requested to further the negotiations. The Court then scheduled a further status conference for March 23, 2022. The parties agreed the time should be excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Specifically, and for the reasons set forth above and on the record on January 26, 2022, the Court finds that the public's interest in conserving resources by the defendants maintaining continuity of counsel outweigh the public's and defendants' interest in a speedy trial. Furthermore, the defendants' interest in continuity of counsel outweighs the interest of the public and defendants in a speedy trial. Finally, the excluded time will be utilized by the parties to continue in plea negotiations, thereby ensuring the effective assistance of counsel.

**NOW**, it is hereby

**ORDERED** that the time from and including January 26, 2022, up to and including March 23, 2022, is properly excluded from the time within which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(IV).

The Court further finds that, as of March 23, 2022, 19 days of Speedy Trial Act time will have elapsed in this action and 51 days remain in the period within which trial must commence.

DATED:   Buffalo, New York, March 22, 2022.

_____
HONORABLE RICHARD J. ARCARA
United States District Judge