UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                             15-CR-149-A

FRANK R. PARLATO, JR. and
CHITRA SELVARAJ,

                     Defendants.
_____

## SPEEDY TRIAL ORDER
(March 23, 2022, through September 13, 2022)

On March 23, 2022, the parties appeared before the Court for a status conference. Assistant United States Attorney Michael DiGiacomo and Assistant United States Attorney Charles Kruly appeared on behalf of the United States. Defendant Parlato appeared in person and through his attorney, Herbert Greenman, Esq. Defendant Selvaraj appeared through her attorney, Cheryl Meyers Buth, Esq.

The parties represented to the court that plea negotiations remain ongoing, and that additional time was requested to further the negotiations. The government also requested the court schedule a trial date should plea negotiations break down. The Court scheduled a further status conference for May 23, 2022 and scheduled a trial date for September 13, 2022. The parties agreed the time from March 23, 2022, up to and including September 13, 2022, should be excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(1)(D), 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Specifically, and for the reasons set forth above and on the record on March 23, 2022, the Court finds the time should be excluded from the Speedy Trial Act pursuant to and in accordance with the above sections. The court finds that each defendant benefits and the public benefits in the exclusion of time since the parties will maintain continuity of counsel in order to continue in plea negotiations and prepare for trial. The court further finds that since there remains an outstanding motion and since the defendants are joined for trial and no motion of severance has been granted the time is also excluded.

**NOW**, it is hereby

**ORDERED** that the time from and including March 23, 2022, up to and including September 13, 2022, is properly excluded from the time requirements for which trial must commence, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161 (h)(1)(D), 3161(h)(6), 3161(h)(7)(A) and 3161(h)(7)(B)(IV).

The Court further finds that, as of September 13, 2022, 19 days of Speedy Trial Act time will have elapsed in this action and 51 days remain in the period within which trial must commence.

DATED:   Buffalo, New York, March 23, 2022.

_____
HONORABLE RICHARD J. ARCARA
United States District Judge