IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                                            15-CR-149-A

FRANK R. PARLATO, JR. and
CHITRA SELVARAJ,

                                Defendants.

## GOVERNMENT'S MOTION TO
## PARTIALLY SEAL SUPPLEMTANL REPLY BRIEF

The government moves to partially seal its supplemental reply brief filed in support of the government's motion to exclude inadmissible hearsay. *See* Dkt. 194. To show why certain hearsay testimony is inadmissible under Federal Rule of Evidence 807, the government's supplemental reply brief must quote from, and summarize, a witness's grand jury testimony.

Federal Rule of Criminal Procedure 6(e)(6) requires that "[r]ecords . . . related to grand-jury procedings . . . be kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury." The government therefore moves to seal those parts of its supplemental reply brief that quote or summarize the witness's grand jury testimony and which therefore disclose a "matter occurring before a grand jury." The government will publicly file a redacted copy of its brief and will file an unredacted copy of its brief under seal.

1

DATED: Buffalo, New York, July 14, 2022.

                              TRINI E. ROSS
                            United States Attorney

BY: **/s/ MICHAEL DiGIACOMO**       BY: **/s/ CHARLES M. KRULY**
     MICHAEL DIGIACOMO                    CHARLES M. KRULY
     Assistant U.S. Attorney                      Assistant U.S. Attorney
     United States Attorney's Office           United States Attorney's Office
     Western District of New York            Western District of New York
     138 Delaware Avenue                       138 Delaware Avenue
     Buffalo, New York 14202                     Buffalo, New York 14202
     (716) 843-5885                               (716) 843-5816
     Michael.DiGiacomo@usdoj.gov            Charles.Kruly@usdoj.gov