# EXHIBIT A



| | | |
|---|---|---|
| Gregory P. Photiadis | Patricia Gillen | Anthony J. Colucci, Jr.*^** |
| James W. Gresens | Charles C. Ritter, Jr. | *Special Counsel* |
| Peter G. Ruppar ++ | Matthew J. Beck | Edwin P. Yaeger |
| Michael J. Lombardo + | Elizabeth A. Kraengel ** | (1934 - 1992) |
| Howard E. Berger | Barbara B. Strzemski-Hasse | Emanuel Duke |
| Dennis P. Cleary | John D. Celani * | (1916 - 1999) |
| Gary M. Kanaley * | Steven W. Klutkowski +++ | * Also Admitted in FL |
| Robert L. Bencini | | ** Also Admitted in MA |
| | | + Also Admitted in PA |
| | | ++ Also Admitted in TX |
| | | +++ Also Admitted in HI |

October 6, 2015

William J. Hochul, Jr.
United States Attorney
Western District of New York
138 Delaware Avenue
Buffalo NY 14202

      Re: United States v Parlato, et al

Dear Mr Hochul:

    As you may be aware, I have represented Lawrence "Larry" Reger and his various interests over the last 38 years. Since Larry's passing on March 24, 2015 we continue to represent his Estate and the business interests of the Reger Family (the "Regers").

    During my representation of Larry, we became close personal friends. At all times during our relationship Larry was a sophisticated investor and savvy businessman who understood complex transactions. He was not shy in protecting his interests, when necessary, through civil litigation.

    As Larry's legal counsel, I am knowledgeable about his Niagara Falls interests in Tourist Services LLC and its relationship with One Niagara LLC. Similarly, I am familiar with Larry's business dealings with Frank Parlato along with the multiple civil litigations involving Shmuel Shmueli. Having stated the forgoing, I am writing to memorialize my conversation with Attorney Carol Heckman regarding the above referenced matter, as well as to convey the Regers' position with respect to the same to you directly.

    As a partner with Parlato, although Larry maintained a staff to assist him in monitoring his various financial interests, he was also personally active in monitoring the business of Tourist Services LLC. During his partnership with Parlato, Larry never claimed that he was defrauded or cheated by Parlato nor did he initiate any civil action in that regard. To the contrary, his testimony in the various Shmueli civil actions was complimentary of Parlato. Likewise, it is the position of Larry's family - who now owns his Niagara Falls interests - that Larry was neither cheated nor defrauded by Parlato.

William J. Hochul, Jr.
October 6, 2015
Page 2

    Considering the above, and to the extent that the Reger interests may be a subject of inquiry in the above referenced matter, we ask that neither Lawrence Reger nor the Reger Family be viewed as victims of Frank Parlato.

    Thank you for your anticipated consideration and courtesies.

                  Respectfully,

                  DUKE, HOLZMAN, PHOTIADIS
                        & GRESENS LLP

                  Gregory P. Photiadis

GPP/bm

cc: Carol Heckman, Esq.