AO 455 (Rev. 05/85) Waiver of Indictment

# United States District Court
## for the
## Western District of New York

United States of America

v.

FRANK R. PARLATO, JR.

*Defendant*

WAIVER OF INDICTMENT

15-CR-149-RJA

I, <u>Frank R. Parlato, Jr.</u>, the above-named defendant, who is accused of a felony violation of Title 26, United States Code, Sections 7203 and 6050I, being advised of the nature of the charge, the proposed Superseding Information, and of my rights, hereby waive in open court on <u>August 5, 2022</u>, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

*[signature]*
FRANK R. PARLATO, JR.
*Defendant*

*[signature]*
PAUL J. CAMBRIA, JR., ESQ.
*Counsel for Defendant*

Before *[signature]*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

Aug. 5, 2022

[FILED stamp: AUG - 5 2022, MARY C. LOEWENGUTH, CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NY]