IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                                   15-CR-149-RJA

FRANK R. PARLATO, JR.,

                Defendant.

---

## SUPEREDING INFORMATION
(Title 26, United States Code, Sections 7203 and 6050I)

### COUNT 1

**The United States Attorney Charges That:**

1. During the calendar year 2010, in the Western District of New York, the defendant, FRANK R. PARLATO, JR., managed the One Niagara Building and Tourist Services, Inc., businesses located in Niagara Falls, New York, and was engaged in trade and business as the manager of a tourism center. From on or about April 10, 2010, until on or about July 31, 2010, the defendant, in connection with a series of transactions relating to the collection of rent for the Summer 2010 season, did receive $19,970 in cash from Vendor 1, whose identity is known to the United States Attorney, as Vendor 1's rent payment for the Summer 2010 season.

2. By virtue of his receipt of $19,970 between on or about April 10, 2010, and July 31, 2010, the defendant was required by law, pursuant to Title 26, United States Code, Section 6050I and Treasury Regulation § 1.6050I-1 (26 C.F.R.), to file with the Internal Revenue Service within 15 days of his receipt of cash exceeding $10,000, a return on IRS Form 8300 in the manner and form stated thereon, stating, among other things, the name, address, and

taxpayer identification number of the person from whom he received the cash; the amount of cash received; and the date and nature of the transaction.

3. Well knowing all of the foregoing facts, the defendant did willfully fail to file the required return with the Internal Revenue Service.

**All in violation of Title 26, United States Code, Sections 7203 and 6050I.**

DATED: Buffalo, New York, August 5, 2022.

TRINI E. ROSS
United States Attorney

BY: *(signature)*

CHARLES M. KRULY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5838
Charles.Kruly@usdoj.gov