# EXHIBIT A

Authentisign ID: E531C748-C62F-ED11-AE83-14CB655B2CA7

09/08/2022

To HON RICHARD J. ARCARA
SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square , Buffalo  New York 14202

RE:  Frank Parlato


Dear Judge Arcara

    My name is James Parlato and Frank Parlato is my brother.  Frank is eight years older than myself and is the eldest of all of my siblings.  Our Parents were first generation Italian Americans and taught us the importance of honor, family, education, hard work and community.

    Frank takes his responsibility as the eldest child in our family very seriously and Has always looked out for our family. This was never more evident than when my mother was diagnosed with Alzheimers. She suffered with this disease for nine years until she passed away. Her disease was extremely hard on my father emotionally, physically and financially. She very quickly became incapacitated and needed round the clock care. This was very costly and although all of the siblings helped out, it was my brother who shouldered most of financial cost of caring for my parents. He even moved back to Buffalo from Florida so he could move in with them and help care for my mother. He gave up many business opportunities in Florida when he moved back here. Soon after my mother passed away my father's health began to decline and he also needed full time aides and financial help to make ends meet. Once again Frank moved back in with him and paid many of the bills. My father passed away at the the

Authentisign ID: E531C748-C62F-ED11-AE83-14CB555B2CA7

beginning of 2020 at 96 years old. Because of Franks efforts and financial support my parents were able to stay in the comfort of their own home right up until the time of their death.

Frank has also alway been available to encourage and help me throughout my life.  As a teenage father in need of a job, my brother hired me at our family real estate company. He was running the company at that time and he was already a successful realtor and investor in the City of Buffalo. He took the time to teach me the real estate business, which has became a lifelong career for myself. Frank taught me the importance of always conducting business in an honorable way and to always treat customers, employees and competitors honestly and fairly and to treat everyone with kindness and to be forgiving. And lastly that a worthwhile business cannot only be concerned with profit, it must do something positive for the community.

I remember one of his business ventures in particular was a very good example of his putting the community before his profit. Frank has always been an outspoken activist for environmental conservation. In fact his articles were very instrumental in saving Sturgeon Point in Hamburg from being developed. It was around this time he was developing a housing subdivision in Hamburg called Hidden Hollow. If he had decided to develop this property in the traditional way, looking or maximum profit, he would have bull dozed all the trees and developed 100 percent of the land to allow for the maximum amount of housing lots possible and probably doubled his profit. Instead he developed a very unique subdivision where much larger and much fewer lots were developed this allowed for the maximum number of trees to be saved

Authentisign ID: E531C748-C62F-ED11-AE83-14CB655B2CA7

and also protected well over 50 percent of the overall land as a permanent nature preserve protected forever from development.

He did several projects like this and took up many more community causes through his newspapers and websites. Many times he gave a voice to the disenfranchised and took on powerful interest in the community. The no bid Maid of the Mist contract and his exposing of the NXIVM sex cult were two of his investigations that gained international attention.

I appreciate this opportunity to say a few things abut Frank and with almost 59 years of history together there are countless more examples of his strength, kindness, understanding and integrity that I could have stated. Although I may be biased I can honestly say that there is no one I'd rather have in my corner than my brother Frank.

Respectfully

*James Parlato*

09/08/22

James Parlato
716-578-0325

December 12, 2022

Hon. Richard J. Arcara
United States District Court Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

   Re: Frank Parlato, Jr.

Dear Judge Arcara,

   My name is Vincent T. Parlato; I am Frank Parlato, Jr.'s son. I provide this Letter of Support for your consideration.

   I am aware of the circumstances of his guilty plea and the underlying criminal case, the product of an investigation that started more than ten years ago. I am aware of the many twists and turns that the case has taken over the years while this action has been pending.

   Sadly, I am also aware of the enormous toll this case has taken on my father's health and well-being. This case has aged him. I know that the extraordinarily long pendency of the case has, in itself, been a terrible punishment.

   My father and I have been, and are, close. He has provided for me and my brother, Timothy, financially, throughout our childhood, and has always been available for us, however needed. He has been an excellent father.

   By way of background, he has always been a self-starter, hard-working, and industrious. His career previously focused on selling residential real estate and investments into about the early 2000s. In about 2004, he became involved in the One Niagara building, at 365 Rainbow Boulevard, Niagara Falls, New York. During the years he managed the building, he worked tirelessly. He practically lived there. It was not uncommon for him to work sixteen or more hour days, every day of the week during the busy tourist season, between 2005-2010. His efforts in turning that run-down, dilapidated, empty building into something valuable was astonishing. He also did it with very little help or assistance.

   I can also state that my father has assisted and helped others in the course of his life. He assisted and provided substantial support for my grandparents, Frank Parlato, Sr., and Lillian Parlato, now both deceased. My father's contributions ensured that neither of my grandparents went to nursing homes but were able to both spend their final years in their house in the Town of Tonawanda. He has also always been generous with his friends, and helped others around him, whenever he could.

This case has been a tremendous burden on my father. Since approximately 2015, he has been preoccupied with this case. The fact that he was able to find an outlet from this case through his writing, including exposing the sex-trafficking cult "NXIVM," is remarkable.

I know my father is deeply remorseful, and he has accepted responsibility by pleading guilty to a count of failing to file an IRS 8300 form. I pray the Court will be lenient, and spare him the unduly harsh penalty of prison, thus permitting him the opportunity to resume his life, to spend time with his friends, family, including his young granddaughter.

Thank you for your time and attention to this matter.

Sincerely,

*Vincent T. Parlato*

Vincent T. Parlato

October 19, 2022

HON. RICHARD J ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara,

I was Frank Parlato's wife, and I am the mother of his two wonderful children. I met Frank at the age of 19.

I was taken aback by his kindness and compassion not only towards me, but everyone he was around. People were drawn to him like a magnet because he's one of those people that is so intelligent you can't help but seek his advice. People would always call him with problems and he always had the answers and always listened to anyone who called day or night. He always tried to help, and always did. If you ever needed a hand financially, he was always there as well. He's one of those people who wraps his arms around you and makes you feel secure. No matter what problem you are facing, he is always there to advise and support.

In the 40 years I've known him, I've never seen him turn anyone away. He even helped those who stole from him repeatedly in the past. He always tried to find the good in people. I became a social worker, but I must say Frank is the real social worker. He helps anyone who needs help unconditionally, no strings attached. I've just honestly never met anyone like that. Never.

It might sound selfish of me. But that's one of the reasons I remain good friends with Frank even after my divorce because he genuinely wants to help. He always seems to have the answers to every problem out there. I'm grateful for that.

To that extent, I even quit my job as a social worker at Lake Shore Homeless Services – after our divorce - to work for him at One Niagara. When he asked me to work for him, I was hesitant as I was fully ensconced in my career. But when he brought me to Niagara Falls and showed me his project, I knew I had to come on board, because I knew his plans to turn a vacant building into a major tourist attraction would happen. And I was glad to help.

I knew everything he did in the past was a success, and this project would be no different. I was always in awe of his astonishing intelligence and capability with One Niagara. Frank turned a mere hole in the ground into a thriving multimillion-dollar-a-year empire. No one else can take that credit, but him. It was Frank's genius that built One Niagara. And I am proud to be associated with him.

Success changes people, but not Frank. Even when he was running a multimillion-dollar business, he took every call. Even from people who were down and out on the street who wanted a handout. I also know that he made a point to be with his father or when he was away on business to call his father every day until the day he died, no matter what he was doing, or how busy he was. Frank Parlato is a kind, compassionate, honest man who helps anyone who comes in his path.

He's always been honest. He has always taken care of the children and me. He is a very good father and a very good husband. We had some philosophical differences, creating

incompatibility issues, but throughout the marriage, the divorce, and afterward, he was always an upright honest person who treated me well.

When he invited me into his business, more than a decade after the divorce, we worked together well. It was a success. One Niagara went from nothing to probably one of the most, if not the most successful retail venues in Niagara Falls.

DS Matte

Deb Matte

To Senior Judge Richard ArcarA

US District Court for the Western District of New York.


I will make this brief, Your Honor. My name is Timothy Parlato. I am the son of Frank
Parlato Jr. I believe my father is an honest man of great integrity who stands up for his
beliefs. He often puts others first, and no one is ever last with him. I see my father as
principled and fair, a great father, and a great friend. He says the world sympathizes
only with strength and courage He tries to encourage everyone. He is helping me in my
career and helping many others. We need him. For his family, his friends, for those who
depend on him, Your Honor, please consider granting my father his freedom.

Thank You

Timothy Parlato

Lillian Boncore
24 Leawood Dr
Tonawanda, New York 14150
716-572-6900
Lilly7775.lb@gmail.com

September 10, 2022

TO: HONORABLE JUDGE ACARA
SENIOR UNITED STATES DISTRICT JUDGE
2 NIAGARA SQUARE, BUFFALO, NY 14202

RE: FRANK PARLATO

Dear Judge Acara,

My name is Lillian Boncore and Frank Parlato is my older brother. I am a registered nurse and a business owner in New York State thanks to my brother. My brother Frank is the eldest sibling out of four. We are a close Italian family who followed all the Italian traditions. We were all raised in the Catholic faith, we all went to church as a family weekly, and Frank made all of his sacraments.

Growing up with Frank as my big brother was so great as he always looked out for me and spoiled me. He was always a friend and mentor to me and I could always count on him for help and guidance as I still do to this day.

Our father was a highly respected attorney who instilled in his children that family was the most important thing in life, to always forgive each other, and to always be there for each other. This was done through countless Sunday dinners. Frank exudes the lessons of those Sunday dinners in the manner that he takes care of his family.

Since both of our parents have passed away, Frank has become the patriarch of the family. He holds this role faithfully. We all go to Frank for support and guidance. This is really not a new role for Frank as he has always guided his siblings throughout our lives. Frank brought me into the entrepreneur world by training me how to sell real estate and how to run multiple businesses. When Frank bought One Niagara he helped launch several woman owned businesses, mine included. Most are still thriving today.

After Frank bought the One Niagara building, he renovated the vacant building into hub for tourists with a food court and souvenir shop. This successful building proved to the local community that Niagara Falls was worth investing in and many business people starting opening and building business in the Falls. It was like a snow ball effect of a positive energy in the falls. The One Niagara building was the start of a new beginning for the Falls.

A couple statements Frank made that have always stuck with me were, "the easiest way to run a business is the honest way," and, "there is room for everyone to make money." Frank has always been such an amazing role model. I have always looked up to him and am so proud of everything he has accomplished in life and all the people he has helped. This is just a glimpse of who Frank is. If anyone could see Frank through my eyes they would see the great man that he is.

Frank has always helped the less fortunate. Not by giving them handouts but by giving them jobs and providing them opportunities.

He developed two restaurants for me, right down to buying the equipment and helping me design the menu, then he turned the business over to me. After that, he helped bring in business to help ensure my success.  I still own these two restaurants and they are successful today.

I admire my brother Frank more than I can describe.  He fights for fairness, he fights for truth, and there is no end to the energy that he will put into a cause.

The world is a better place because of my brother Frank   He has always looked to help people and improve the community often at the expense of his self-interests.

Life is precious and fragile and our family needs to be together.  Please find it in your heart to show leniency to my brother Frank.


Sincerely,

Lillian Boncore

Regarding Frank Parlato

Dear Judge Acara,

My name is Mary Sandone and I am the sister of Frank Parlato. I was a social worker in the Buffalo area for 35 years and am now retired and living in southern California. I have been aware of the legal proceedings against my brother and am hoping that this doesn't negate all the wonderful things Frank has achieved over his lifetime.

When Frank was a teenager, he studied piano and became quite accomplished. He was always composing songs for his own pleasure. I mention this because the first time I truly noticed my brother's character was after the propane explosion in Buffalo, December 27, 1983. Frank was so moved he composed a song about the tragedy and the loss of the five firefighters. This song was played on the news while pictures of the explosion were shown. He was only 27 at the time and wanted to help in any way he could. I believe this was the start of his advocacy for many causes throughout his lifetime.

Frank was married for several years and is the father to two sons. Both have inherited Frank's gift of music. The oldest son is a lawyer and the younger son is employed in Nashville, Tennessee as a musician and composer. A little over a year ago Frank became a grandfather.

Thank you for taking the time to read this and I am asking you to consider leniency for my brother. He has a family that cares very much for him.

Respectfully,

Mary Sandone

Mary Sandone

**ADDRESS: HON RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE.**

2 Niagara square, Buffalo N.Y. 14202

September 21, 2022

RE: Frank Parlato

Dear Judge Arcara,

My name is Laura Parlato I've been married to Jim, Frank Parlato's brother for 28 years. When I first was thinking about what I wanted to write about Frank of course family things came to mind. How well he takes care of his siblings and helps them in business. How he cared for both his parents as they aged even to the point of moving back to Buffalo from Florida.  However if I'm to be honest, the thing that really stands out to me when I think about Frank is his complete dedication and devotion to fighting for people who have no one else fighting for them.

I am the head deaconess at Kenmore Baptist Church. I serve communion to nursing home residence once a month and very often serve homeless meals downtown with a not-for-profit organization Friends Feeding Friends. I have  volunteered many times at the buffalo city

mission.  In contrast my brother-in-law Frank has gone to the Buffalo City Mission as a homeless person to make sure that people who are homeless and in need were being treated properly. Frank wrote a series of articles that investigated the heroin epidemic in Niagara Falls. Frank did these articles by talking to the drug addicts themselves to find out what their needs were and how the community could help them. Frank helped a Mennonite farm family who were struggling to navigate their religious freedoms. Frank also investigated and exposed a cult where women were being taken advantage of and exploited. This expose' on the cult gained national attention. Frank is  concerned about the environment. He created a development where there was designated green space and each lot sold could only hand pick a few trees to be removed before building.

My brother-in-law is deeply loved by his family but Frank's contribution to underserved populations in our community Is really quit exceptional.

Thank you very much for your time,

Laura Parlato

ATTN: HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT
JUDGE

2 Niagara Square Buffalo, New York 14202

09/09/2022

My name is Anna Parlato, my father is James Parlato, making Frank

Parlato my uncle. I am much younger than the rest of my older cousins and

with that comes a lot of observation, taking in the family dynamic and

following suit. There are many positives with being the youngest, one being

that there are many older family members to learn from and look up to.

However, with being the youngest also came the reality that I have more

memories of my grandmother being sick than of her healthy. Because of the

way my Uncle Frank and his siblings took care of her, I was able to understand

what unconditional love is. I was able to observe what I thought every family

to do when someone gets sick, you take care of them. Now, at the age of 22,

after losing both of my grandparents and having a wider sense of reality, I

realize that how my uncle Frank and his siblings cared for their parents is a

very rare case and that they sacrificed a lot to care for them the way that they

did.

My Uncle Frank, being the oldest of my fathers siblings, set unspoken rules on how my grandparents would be cared for, rules he set by taking action. He ensured my grandparents were able to stay in the comfort of their home - even when my grandmother needed around the clock aid. He encouraged his siblings with direction on how to care for their parents and took on a lot of the responsibility himself. He acted without expecting anything in return. This is something that I noted and respected growing up.

As someone who adores my father more than life itself, I am fully aware that he is who he is because of my uncle Frank. On top of my admiration for my Uncle and all he has done for his family, I also have an extensive appreciation for his deep relationship with my dad, as he encourages him, expects great things from him, and appreciates him. Selfless men do more than make themselves great, they make the ones they love around them great too. My uncle Frank has selflessly led his family by example, taking leadership and responsibility that many wouldn't want nor be good at.

Sincerely

*Anna E Parlato*

Anna Parlato. (716-250-8296)

11/09/2022

TO HON. RICHARD J. ARCARA

SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara,

My name is Emily Parlato. Frank Parlato is my uncle and his brother James Parlato is my father. I have always admired my uncles hard work, generosity and ability to lead the family. There is an unspoken knowledge amongst my entire family that my uncle is someone we can count on and call if needed and he would drop everything to be there for us. I saw this in the way that he cared for his parents, my grandparents. He moved back to Buffalo multiple times to care for my grandparents leaving behind his business and life in Florida. My grandparents were able to stay in their home until they died and received care around the clock because of his generosity. He did this without hesitation.

I have also seen firsthand how he cares for the rest of his family, my father included. They have a bond that I have always admired. This generosity extends past my family unit as well. I have seen how my uncle continually aims to give back to the community around him. He has instilled this idea in his family as well as he leads by example showing those around him the importance of prioritizing family and generosity.

Respectfully,

Emily Parlato

Emily Parlato

October 31, 2022
Honorable Richard Arcara
2 Niagara Square, Buffalo, NY 14202
Re: Frank Parlato

Judge Arcara,

My name is Caren Vangorder and I have known Frank Parlato nearly my entire life. Frank was married to my older sister Deborah, and they have two sons together. Frank and Deborah divorced, but our entire family has remained close to Frank because he's a very good man.

Frank has always been a good and involved father to my nephews, Tim and Vince. I never had kids of my own so I've spent a lot of time with them throughout my life and can tell you Frank has been a wonderful father to his sons. He's always provided for them financially and Frank made sure they had everything they needed. He's still very involved in their lives.

Frank is a very caring and very kind person. He is a very honest person. He is very easy to get along with. He would do anything for anybody. He is a wonderful to be around. I enjoy being around him. We've had so many talks where he has helped and advised me. Our entire extended family still has great respect, admiration, and affection for Frank, and we have all remained close which is rare in families of divorce. I attribute this to who Frank is as a person.

Frank is also a very wonderful person to work for. I live in Pennsylvania but for two years I was a caretaker for his father. His father was an incredible, wonderful man, and I loved him. Frank and his brother Jim hired and paid for my help. Frank always made sure his father's needs were met and he was always there when his dad needed him. I was there until the day his father died, and those were two of the best years of my life.

We've all made mistakes in life, but I can tell you Frank is a good and kind man and I ask the court for leniency because whatever wrong he may have done, he has made up for in the world being so good to so many people.

We all look up to Frank, respect Frank and need him in our lives. If you have any questions, or if I can help in any way, please contact me at 585-981-7351 or email me at carenvangorder449@gmail.com

Sincerely,

Caren Vangorder

# Stephen E. Herbits

*Mailing Address:* P.O. Box 1689
Leicester, NC 28748
*Street Address:* 267 Sluder Branch Road, Leicester, NC 28748

March 9, 2023

The Honorable Richard J. Arcara
Senior United States District Judge
2 Niagara Square
Buffalo, New York 14202

Your Honor,

## My Background

My name is Stephen Herbits. I am 80 years old. In 1972, I graduated from Georgetown University Law School and passed the Federal Bar. I have worked as a staff member in the US House of Representatives, the US Senate, and the White House. I served on the President's Advisory Commission on the All-Volunteer Force. At the Pentagon, I served as The Special Assistant to the Secretary and Deputy Secretary of Defense during the Ford Administration. I returned to serve at a senior level at the Pentagon immediately following 9-11 at the request of the Secretary of Defense, Donald Rumsfeld.

I was also the former Secretary General of the World Jewish Congress.

In 1977, Edgar Bronfman, Sr., the Chairman and CEO of the Seagram Company, the then-largest spirits and wine company in the world, hired me for a position similar to my senior role at the Defense Department. I became a Seagram corporate officer and executive vice president and was involved in the company's purchases of Tropicana and Universal Studios. I retired from Seagram in 1997.

## My Support for Frank Parlato

After I retired from Seagram, I continued to assist Mr. Bronfman in various capacities.

One request was that I assist his daughters, Clare and Sara Bronfman, in their activities at NXIVM. I declined this request as I learned of their abuse of the legal system, among other inappropriate behavior. Instead, I served to help Mr. Bronfman monitor his daughters' activities in NXIVM which became increasingly concerning to him.

Mr. Bronfman began receiving calls from unknown women who had left NXIVM. Those calls were forwarded to me and concerned the punishment NXIVM was inflicting on the departees with civil suits and criminal complaints. During this period, I also received calls from Clare or Sara asking for my help to persuade prosecutors in New York and New Jersey to indict these women and others. I rejected their requests.

1

I observed that Clare and Sara Bronfman's pattern was to use civil litigation and criminal complaints to punish perceived enemies of NXIVM by abusing the legal system, which included spending disproportionate amounts of their inherited fortune to pursue cases. (It later came out in court filings that Clare and Sara spent more than $150 million from their trust to fund NXIVM and abuse the judicial process.)

Destroying the lives of their targeted enemies or bankrupting them was a message to others not to leave the cult and was considered a victory.

I retained an attorney in the Albany area, where NXIVM's headquarters were located, and where Clare and Sara lived, to keep a watchful eye on Clare, Sara, and NXIVM on behalf of their father.

I learned that at least nine departees from the cult were sued, and in some instances, were targets of criminal complaints by Clare and Sara Bronfman on behalf of NXIVM. Clare succeeded in bankrupting several of them with the effect of ruining their lives and those of their children.

During this time, I was introduced to the name of Mr. Parlato in the context of his volunteering his personal help, and sometimes personal finances, to some of the NXIVM departees whose lives had been upended. He had at one-time been a consultant for NXIVM, though he was never a member of the group.

Mr. Parlato became a target of NXIVM and Clare and Sara Bronfman.

In 2011, I was advised by my Albany attorney to read a transcript of a trial in California that involved Clare.

I came across a colloquy between Clare as a sworn witness and the opposing attorney. In this colloquy, Clare asserted I was the conduit from her father to Mr. Parlato, passing along instructions. This was straight-out, unambiguous perjury. As the trial had already ended, I chose not to write to the judge for the record.

The transcripts also showed that Mr. Parlato, when working as a consultant to Sara and Clare because of Mr. Parlato's expertise in development performed *beneficial* work for them. Clare and Sara invested more than $26 million in a Los Angeles real estate project with a managing partner living in Los Angeles, the defendant in the lawsuit. Through the transcripts, it was revealed that Mr. Parlato discovered their managing partner had stolen more than $10 million of their Los Angeles investment.

Mr. Parlato flew to Los Angeles and recovered $26 million in assets for the Bronfmans. He set up the relevant lawsuit and the result of the trial was that Sara and Clare Bronfman won a $10 million judgment against their absconding partner. Through his actions, the Bronfman's suffered no loss.

2

Because of his efforts to help NXIVM victims, however, the unappreciative reward Mr. Parlato got from Clare and Sara, despite saving their project and recovering their assets, was that they sued him civilly and filed an apparently false criminal complaint. They wanted to get him indicted.

They spent significant funds in venue shopping in Albany, Los Angeles and elsewhere to find a forum that would indict Mr. Parlato and some of the departees from NXIVM. The FBI began investigating Frank Parlato apparently from 2011, after Clare Bronfman filed a criminal complaint.

I know this from my personal knowledge of their activism, including Clare and Sara Bronfman's forum shopping, and from additional documentary evidence that they targeted Mr. Parlato. For instance, FBI special agent Thomas Provost in his January 10, 2012, FD 302 form reported of his first contact with Mr. Parlato in January 2012, informs Mr. Parlato that the FBI investigation concerns a criminal complaint filed by Clare Bronfman. The Bronfmans are the only subject of the report.

After four years of investigation, Mr. Parlato was indicted in November 2015. The indictment named Clare and Sara Bronfman as victims of each of 19 counts. The November 2015 indictment was superseded in May 2018, after Mr. Parlato's investigative journalism exposed NXIVM and led to the arrests of Mr. Raniere and Clare Bronfman at the request of the US Attorney of the Eastern District of New York.

Thanks to Mr. Parlato's initiative, the Bronfmans were no longer victims and disappeared as Mr. Parlato's victims. The Bronfmans do not appear in Mr. Parlato's superseding indictment. In fact, there was no basis for the indictment in the first place.

I provided my information about the Bronfman's legal abuses to the Eastern District of New York, and I was called to testify at Mr. Raniere's Federal trial in 2019. There is no doubt that Mr. Parlato's efforts aided those who departed NXIVM. His work exposing the perfidy of NXIVM's behavior was critical to the ultimate decision of the trial in that case. To many involved, Mr. Parlato became a hero.

Despite the voluminous allegations over 11 years, it has come down to a single failure to file an IRS 8300 form in one instance. The plea agreement and the plea colloquy, which I have read, made clear that he was only pleading guilty on one count of a failure to file an IRS 8300 form in 2010 in the amount of $19,700.

I return to the 11 years of investigations and indictments of Mr. Parlato. What these years have done is similar to Clare Bronfman's initial desire for him to be punished, which is similar to her repeated attempts to punish people for leaving NXIVM and speaking out against the organization. She succeeded in punishing Mr. Parlato as much or more than any other target.

3

When Clare Bronfman was sentenced to 81 months in prison, EDNY District Court Judge Nicholas G. Garaufis remarked:

> "…numerous victim impact statements from other individuals corroborate the fact that Ms. Bronfman was forceful and aggressive in her efforts to use the legal system to silence NXIVM's critics. One woman wrote that Ms. Bronfman and Raniere, quote, 'put a lot of pressure on her to sue her mother because she was publicly speaking out about NXIVM, and they wanted to silence her."

In litigation against their daughter, the judge quoted the parents of a young woman whom NXIVM sued for publishing its course materials online identified Clare as:

> "…the very fuel that powered the NXIVM engine of vengeance and cruelty. [It is] not possible to overstate the significance of Ms. Bronfman's financial support for the litigation against their daughter.

> "It was one thing to believe in NXIVM's mission and methods and to adhere to its teachings. As Ms. Bronfman points out, she was far from alone in that respect. But the record is clear that she used her incredible wealth and attempted to use her social status and connections not only to support NXIVM's work, but also was a means of intimidating, threatening and exacting revenge upon individuals who dared to challenge its dogma.

> "This culture of stifling and threatening dissenters, a culture that Ms. Bronfman clearly participated in and perpetuated, is the same culture that gave rise to the darkest and most horrific crimes that Raniere and others committed.

> "This was one of the mechanisms by which Raniere exerted and retained power over his victims. And even if Ms. Bronfman did not knowingly facilitate Raniere's worst crimes, as a practical matter she was his accomplice in the effort to intimidate and silence detractors, using her wealth and privilege as a sword on Raniere's and NXIVM's behalf."

During this lengthy and extraordinary decade-plus time, the investigations and indictments have taken Mr. Parlato's life's savings, which all evidence shows was legitimately earned. It cost him an inordinate amount of time. It cost him substantial future earnings while under investigation and indictment. It cost him his reputation. It took from him his ability to help others – something attested to by many people.

Though threatened with prison throughout, the record shows that Mr. Parlato would not accept a plea bargain for anything he did not do. His plea deal was for the only crime he admitted to having committed - the failure to file an IRS 8300 form in 2010.

I ask Your Honor, through this letter, and given the history of this case for what Mr. Parlato endured and the good he did in helping to bring true criminals to justice, that he be given the minimum sentence permissible.

If helpful, Your Honor, I would be pleased to come to Buffalo from Western North Carolina to testify under oath before Your Honor.

Respectfully,

*Stephen E. Herbits*

*sherbits@gmail.com*

Law Office of

# Ralph C. Lorigo
101 SLADE AVENUE
WEST SENECA, NEW YORK 14224
(716) 824-7200

RALPH C. LORIGO
ROBERT R. VARIO
ROBERT BATTISTA

MARY BETH AQUILINE
FRANK J. JACOBSON
JOSEPH C. LORIGO
JON F. MINEAR*

Facsimile No. (716) 824-8728
(not for service of process)

*Also Admitted in FL

October 28, 2022

Hon. Richard J. Arcara
United Stated District Court
2 Niagara Square
Buffalo NY 14202

RE: Frank Parlato

Dear Judge Arcara:

As you may know, I have been practicing law now for 48 years since my admission in February of 1974. I have known Frank Parlato for over a decade and have represented him in different matters up until this indictment.

I am well aware of his involvement in "One Niagara" and how he was able to put that property to economic use after it had been salvaged by prior owners.

I am also well aware of his involvement to expose Keith Raniere and the cult company NXIVM.

I know Frank to be a very hard working, intelligent, ambitious businessman who is extremely talented in investigative reporting and uncovering wrongdoing.

I believe him to be honest and forthright in his dealings with others.

I am well aware of the circumstances he is now involved with in front of your Court. I know intimately the accusations that have been made, the indictments that were put forth and the mitigating circumstances that, in my mind, lack criminality.

I do understand the plea arrangements that has been made. In my opinion, it is fair and reasonable under the circumstances.

I write this letter in support of Frank Parlato and his request for a non-incarceration sentence. I believe it serves no one, and no purpose, to incarcerate this individual.

Page 2


If you believe helpful, I would be more than willing to elaborate or give testimony to his character.

Very truly yours,

RALPH C. LORIGO

RCL:maw

LAW OFFICES
# ROSCETTI & DeCASTRO, P.C.

JAMES G. ROSCETTI
DAMON A. DeCASTRO

ALAN J. ROSCETTI
CAMILLE SARKEES BROWN
DAMON A. DeCASTRO II

730 MAIN STREET
NIAGARA FALLS, NEW YORK 14301-1773
——
TELEPHONE (716) 282-1242
TELEFAX (716) 282-5090

October 20, 2022

Hon. Richard J. Arcara
Senior United Stated District Judge
2 Niagara Square
Buffalo, NY 14202

        RE:  Frank Parlato

Dear Judge Arcara:

        I am pleased to write this letter in support of, and on
behalf, of the above named Frank Parlato who is to come before
you soon for sentencing.

        I have known Frank for at least 15 years, in both a social
and professional relationship.

        I have been admitted to the bar in the State of New York,
since 1974 and have been in private practice, in Niagara Falls
since that time.

        Initially I represented Frank with respect to his
development/operation of the building, commonly known as One
Niagara, or the Cube, in Niagara Falls, New York near the Rainbow
Bridge. He did, a marvelous things with that building and site.
He took an eyesore and turned it into a major tourist site. I had

X:\SharedDocs\Michelle\Letters\Parlato, Frank Arcara.wpd

the opportunity to represent him in multiple frivolous lawsuits brought by a serial litigator, who commenced litigations, with at least ten different attorneys at different times in multiple courts including Erie County and Niagara County Supreme Court and Federal court. Over the number of years that those litigations were continuing, Frank never lost a case or even a motion, I believe. Ultimately Justice Walker was able to consolidate all open cases and after a trial they were all dismissed ending the multi-years serial attacks. Frank fully participated in those litigations, showed for all depositions, executed affidavits in response to motions, etc., all openly and honest.

As well, I have a social relationship with Frank, and have regularly talked and met with him, including his father, Frank Sr., a respected lawyer. (As an aside Frank and I "starred" in an episode of "Vow" an HBO series on the NIXIM scandal.)

Over the years, Frank helped a number of people and employed many more, while providing the City of Niagara Falls with its most established and most opened tourist service facility in the area.

I have found Frank to be a standup citizen, with success in a number of fields, and who has assisted or helped a number of people. I have found him to keep his word, and be responsive to my calls whether they were personal or business related. If there is any additional information you desire, kindly feel free to

contact us.

Thank you for your kind courtesies and cooperation.

Yours very truly,

ROSCETTI & DeCASTRO, P.C.

By:

JCR:mk



**Harter Secrest & Emery LLP**
ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

November 10, 2022

The Honorable Richard J. Arcara
Senior United States District Judge
United States District Court for the
 Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:    *United States v. Frank R. Parlato, Jr.*, 15-CR-149-A (W.D.N.Y.)

Dear Judge Arcara,

I am a partner at Harter Secrest & Emery LLP, the head of our white collar practice, and a former Assistant U.S. Attorney in the Southern District of New York. I worked closely with Frank R. Parlato, Jr., as one of his attorneys, during the prosecution team's investigation of him, between August 2015 and his original indictment in November 2015. As one of his lawyers at the time, I had meetings, conversations, and other communications with him. I write this letter, with Frank's consent, to ensure that the Court appreciates the incredible burden that the prosecution team's investigation and original indictment placed on Frank. From what I saw, Frank suffered immensely. I write this letter not as an advocate for Frank's case, but as a witness to his ordeal.

To understand the suffering I witnessed, it is critical to understand or recall the scope of the investigation and original indictment. That scope was much broader—and vastly more significant—than what is reflected in the plea before this Court. As I understand the current case status, Frank has admitted that, when collecting rent payments twelve years ago, he received payments from a vendor that, although less than $10,000 for each payment, totaled more than $10,000 in the aggregate, and that Frank did not file an IRS Form 8300. That charge was not part of the original indictment.

When I was representing Frank, the scope of the investigation was extensive. The prosecution pursued three wide-ranging theories, which are reflected in the original indictment. The first hypothesized a seven-year scheme to impede the IRS and included a host of disparate allegations over that long period of time. The second envisioned another seven-year scheme, but this one allegedly to cheat a sophisticated business partner. And the third was built on a theory positing that Frank had taken advantage of two wealthy individuals, Sara and Claire Bronfman,

Harter Secrest & Emery LLP

ATTORNEYS AND COUNSELORS

November 10, 2022
Page 2

by breaching a letter of intent, which had never been signed, by selling a property that had been proposed as collateral in that unexecuted letter. These disparate theories spanned a long period of time, dozens of otherwise unrelated transactions, different sets of facts and relationships, and an array of potential witnesses.

Responding to all of these allegations presented an overwhelming task. Each of these theories has since been abandoned by the prosecution team, but not until more than seven years had passed, and not until after Frank faced a public indictment on each of them. Frank bore the burden of mounting a defense with grace and conviction. He was absolutely determined to prove his innocence, and I was impressed with his resolve. But the investigation and indictment took a toll on him. The looming prosecution threatened his way of life. He worried about the impact on his family. He worried about his ability to pay his bills. He worried about the destruction of his personal and business reputation. From our conversations, I learned his worries. From his face and voice, I could see and hear his stress and fear.

Objectively speaking, defending himself against these claims cost him dearly.[1] Frank's legal fee burden was a function, in part, of the extensive nature of the investigation, which required an equally extensive review and analysis by counsel. But it was also caused by the astounding loss of Frank's first *four* sets of law firms. As we learned from Frank and our review of the file, his first lawyer had to stop representing him after the prosecution team claimed a conflict. A second and third law firm then took over the representation, but both ceased their representation after the prosecution team again asserted a conflict. A fourth law firm took over following its own analysis that it had no ethical conflict. Yet, the prosecution team again asserted a conflict and threatened to make a disqualification motion. That fourth firm bowed out as a result. When HSE was engaged, we were thus the fifth law firm on the matter, and we, like each firm before us, had extensive work to do to get up to speed on the case. Together, the wide-ranging nature of the allegations and the extraordinary turnover in law firms following the assertion of conflicts by the prosecution team made Frank's defense uniquely costly.

But the burdens on Frank were much greater than the financial impact of fees. I watched Frank suffer from a sense of powerlessness and hopelessness. He struggled to understand why these theories were being pursued against him and, later, why they were being charged. Rather than go silent, he instructed us to engage with the prosecution team, open up his evidence to them, and explain why the various theories lacked merit. He took the extraordinary step of waiving certain areas of attorney-client privilege through a Rule 502(d) order to give the prosecution team access to his conversations with and advice from prior counsel. Although the prosecution team has now dropped every charge that Frank was pressing us to rebut, at the time our efforts came to naught, and Frank was despondent, anxious, and confused.

His ordeal was distinct from anything I have witnessed any other client suffer through. It is a commonplace for the prosecution and defense not to see eye-to-eye, with a target viewing the prosecution team as overzealous or misguided and the prosecution team viewing the target as

---

[1] Frank's significant legal fees include some to our firm that remain unpaid today.

Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS

November 10, 2022
Page 3

obstinate or in denial, and each side growing impassioned in its views. I can explain all of those dynamics to clients and set their expectations. But this was different. In mid-October 2015, we delivered an attorney proffer at the U.S. Attorney's Office to share what we viewed as significant exculpatory evidence during a half-day presentation to the prosecution team. The lead Assistant U.S. Attorney informed us, at the outset, that the only question he wanted us to answer was whether Frank would plead guilty; that same Assistant U.S. Attorney sat with his arms folded and refused to respond (although a junior prosecutor, to her credit, did respond) when we asked, again at the outset, if the prosecution team would consider our materials in deciding how to proceed. Our reports of this meeting left Frank shocked and exasperated. There was little I could do to console him.

Frank's sense of dread and powerlessness, and the anxieties and fears that accompanied that sense, arose not only from his belief that the prosecution team was unwilling to consider his own protestations of innocence, but also from his belief that they were likewise unwilling to listen to what he knew about others' wrongdoing. An example is NXIVM. The prosecution team had shared with Frank's prior counsel the fact that Sara and Clare Bronfman had made complaints about Frank, through their own legal counsel, to federal law enforcement. Frank knew that the Bronfmans were part of a group in the Albany area called NXIVM, with whom Frank had worked several years earlier and fallen out of favor; and Frank had information that the group's *modus operandi* was to press for the prosecution of those that, like him, had fallen out of the group's favor. Frank wanted to proffer significant information about NXIVM to the prosecution team. But, as I recall, the prosecution team was wholly uninterested.

Yet, a different U.S. Attorney's Office would later obtain an indictment in U.S. District Court in Brooklyn charging Clare Bronfman and other members of NXIVM with a series of federal crimes, and Clare Bronfman would ultimately plead guilty to federal charges. At that point, the prosecution team in Frank's case would drop the Bronfman-related charges against him. But none of that would happen until Frank after took his evidence public, publishing exposés of NXIVM, and until after a different U.S. Attorney's Office investigated the group. Frank's earlier efforts to educate the prosecution team went nowhere. To Frank, it appeared as if the prosecution team were open to NXIVM's theories against him (all later dropped) but closed as to his information against NXIVM (whose members, including Clare Bronfman, were later convicted). This too left him exasperated.

Overall, from what I have seen and heard from Frank, these have been long, hard years. I have not been a witness to the full toll that nearly a decade of investigation and prosecution have had on him. I saw just a window, the period between August and October 2015. But, through that short window, I saw a great deal of suffering. As the prosecution team's drumbeat towards indictment accelerated, Frank was desperate to educate the government and convince them of his innocence. We spoke on a daily basis. He was rightfully fearful of an impending indictment, which he rightfully feared would be wide-ranging, reflecting the prosecution's wide-ranging theories. When such an indictment dropped, he was crushed.

Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS

November 10, 2022
Page 4

Frank was always consistent with us that, to the extent he had erred, he was willing to admit it and pay the price. He has followed through on that conviction now by honorably accepting responsibility for a one-count tax reporting charge. But what troubled Frank then, and what I understand has always troubled him, was the need to defend himself against the much more significant set theories of wrongdoing pursued by the prosecution team in its investigation and original indictment. I saw his stress from the burden of that expansive investigation and prosecution, from his fear of (and later, the fallout from) the reputational harm of those charges, and from the intense pressure on him to plead guilty to crimes he was sure he did not commit. It was not easy to watch.

I am impressed with how Frank bore his suffering, pursued justice, and, when faced with a discrete charge, has taken responsibility. He is, from my vantage point, a man of courage, who stayed true to his convictions in the face of extreme burdens. I am proud to know him and remain deeply sympathetic to what he has been through. If the Court has any questions, I would be happy to provide more information.

Respectfully submitted,

Harter Secrest & Emery LLP

Brian M. Feldman
Partner
DIRECT DIAL: 585.231.1201
EMAIL: BFELDMAN@HSELAW.COM



Writer's Direct Telephone: (716) 946-5757

**Niagara Falls Center
for Tourism LLC**
360 Rainbow Blvd. South
Niagara Falls, New York 14303 USA

September 30, 2022

Hon. Richard J. Arcara
United States District Judge
2 Niagara Square
Buffalo, New York   14202

RE: Frank Parlato

Dear Honorable Judge Arcara:

Being advised that Frank Parlato will come before you for sentencing, and understanding the seriousness of this matter, I remain moved to pray the Court grant him the greatest leniency possible. I have known Frank both as a legal client, local businessman, publisher and friend since October of 2005 and believe that he is uniquely deserving of the Court's leniency.

When I met Frank, he had just purchased a controlling interest in the former Oxy Chemical World Headquarters[1]. This site, located in downtown Niagara Falls, was previously owned by a development group headed by the purported "Hong Kong Billionaire" David Ho. Ho's failed "Aqua Falls" project left the property vacant and condemned with a 50 foot deep one acre excavation undermining the streets near the Rainbow Bridge for years. Frank's plan was to fill the hole and redevelop the long vacant property as a tourism center.

I was retained by Frank while he was filling the excavation. At that time the City of Niagara Falls again sought to enforce its building condemnation (due to the excavation) while simultaneously charging Frank with purportedly soiling the roads with the trucks filling the pit. After lengthy litigation that case, of course, was eventually dismissed.

I continued to represent Frank when the property was reassessed by the City as if it were newly built and occupied by Oxy; suing to lift the City's condemnation; and, in defending the myriad of litigations started by Ho's representative Shmuel Shmueli to rescind Frank's acquisition of the property (started just after Frank's development efforts first appeared promising).

Mr. Shmueli, then appearing to reside outside of the jurisdiction of our courts and without any assets in the United States, was a serial litigator. He manifested complete disregard of our sworn oaths. He commenced multiple simultaneous suits with different attorneys in varying jurisdictions all seeking the same or similar relief. In Shmueli's numerous exparte applications seeking to seize Frank's business and related bank accounts, some Courts who were unaware of the other litigations and prior failed motions, verged on granting these fraudulent exparte

---

[1] This writer later acquired from Frank all of his interests in the 360 Rainbow Boulevard property in July of 2010

applications as Shmueli's claims became more outrageous and extreme.   All of Shmueli's suits were eventually dismissed, however, the high profile subject matter of the litigation unfortunately resulted in undue news coverage that simply repeated Shmueli's completely unsupported, sensational and most outlandish claims.  I believe that this naturally resulted in the onset of the government investigation.

During all of this, Frank continued to develop the property still known as "One Niagara", working seven days a week and nearly around the clock for years.  Though embattled, he retained his compassion.  Employing many, Frank often hired the neighborhood underprivileged and seemingly unemployable, eventually guiding many of them into the mainstream work force, with stable incomes and an increased quality of life.

In the meantime, Frank was the primary caretaker of his elderly parents, both unwell and whom passed recently. He raised two sons as a single father. I know both sons well, Vincent who is local attorney and Tim, an accomplished musician.  As teens they were most often seen by Frank's side as he worked. Like their father, they are gentlemen. Inspired by Frank's strong commitment to family, my sons first jobs were with Frank at One Niagara. With my sons and others, Frank always scheduled work around their high school and later college commitments. Working for Frank, they learned a strong work ethic and commitment to customer service, attributes which benefit them now in their professional careers.

Building upon Frank's early perseverance and his firm commitment to Niagara Falls, well over a hundred locals are employed at One Niagara. Remaining a multi-tenant visitor amenity center, all of the tenants there are locally owned and family run. Most of these families "got their start" as entrepreneurs with Frank's encouragement and direction.  But for Frank's herculean efforts, these local success stories would not have materialized. It is impossible to count the number of people whose lives are better today due to the opportunities Frank gave them.  I see the continued benefits of Frank's work every day, not only amongst my tenants' families, but within my own.

He is well-mannered, a family man, intelligent and compassionate. I am sure Frank has learned from this experience and it will not be repeated.  No one would benefit from his incarceration. For these reasons, I respectfully ask that the Court consider this request for leniency, hoping that Frank will soon have the opportunity to bring fruitful results to our community again.

Most respectfully submitted,

Paul A. Grenga, Esq.
Manager/Member
Niagara Falls Center for Tourism LLC


PAG/sw

**James Ostrowski**
**63 Newport Ave.**
**Buffalo, New York. 14216**
**(716) 435-8918**
**jamesmostrowski@icloud.com**

November 16, 2022

Hon. Richard J. Arcara
United States District Court
2 Niagara Square
Buffalo, New York 14202

Re:   *United States v. Frank Parlato*

Dear Judge Arcara:

I write to you with respect to Mr. Parlato's upcoming sentencing to provide information that may be of use to you in considering his sentence.

I am a member of the bar in good standing of the State of New York and of the United States District Courts for the Western, Eastern and Southern Districts of New York and of the Second Circuit.

I have known Mr. Parlato for about thirty years.

A few years ago, I did some paid legal work for him for a modest fee, but had known him and had been friends with him for some time before that.

I first met him when he and I were on a panel at the Unitarian Church about the drug/crime problem in Buffalo. I had written several articles on the issue including bar association reports and was quite impressed with his knowledge of the issue and his passion to do something about it.

Hon. Richard J. Arcara
November 16, 2022
Page two

Many years later, he agreed to publish my columns in *Artvoice* and the *Niagara Falls Reporter*. He published many controversial columns of mine, showing his courage as an editor committed to allowing all points of view to be heard, even if it cost him some friends or even possibly some advertisers. I was not paid for these columns but greatly appreciated his willingness to support my work when many others in the local media have not.

Around the time I was writing for him, he offered my daughter Anna her first real job to help pay for college. She got valuable retail experience that led to summer jobs with a local retail firm thereafter. Amy and I appreciated it his hiring Anna without experience. Anna tells me that Frank allowed her to do some editorial work as well, even though this cost him a worker in retail at times. That is, he was concerned for her future and not just his own business.

Judge Arcara, I hope this letter provides you a better glimpse into Mr. Parlato's positive contributions to the community over many years.

Thank you.

Sincerely,

James Ostrowski

**Peter A. Reese**
**Attorney and Counselor at Law**
**49 Starin Avenue**
**Buffalo, New York  14214**
**Cellular: (716) 870-5450**
**PReese270@aol.com**

October 25, 2022

Hon. Richard J. Arcara, Senior United States District Judge
2 Niagara Square
Buffalo, New York 14202

Re: Frank Parlato

Dear Judge Acara:

I am a local practicing attorney and lifelong resident of Western New York.   I have known
Frank for a number of years as the publisher of several local newspapers.  Mr. Parlato has printed
several of my articles, on various topics, in his papers.

In my experience, Frank Parlato has always been a champion of free speech and the free press.
He has done some excellent investigative reporting which has exposed questionable
circumstances and conduct.   His reporting has served to raise public awareness and often
brought about positive change.

Respectfully,

*Peter A Reese*

Peter A. Reese

September 10, 2022

HON. RICHARD J ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Honorable Judge Arcara:

I'm 83 years old and have a residence in West Seneca New York. I was the Director of Real Estate for the city of Buffalo from 1976 to 1988. I am a retired real estate broker and a notary public in the state of New York. I'm fortunate to have had a lucrative career in real estate development, and I am still actively involved in my real estate business today. I also raised two sons, Samuel Jr. and Albert. Both of my sons are attorneys in Buffalo, New York.

I've known Frank for 30 years. Frank is one of my closest and dearest friends. We met through his grandfather's family real estate office on Grant Street. I knew his grandfather Vincent, his father, attorney Frank Parlato Sr., and I still do business with his brother, Jim Parlato. The Parlato family is one of the most incredible families I have ever done business with throughout my entire career.

Frank and I have done many substantial investment opportunities together. Whenever we engaged in business, it was with the highest level of honesty, cooperation, and courtesy. I have the utmost trust in Frank. I cannot emphasize that enough. Frank's greatest qualities are his trust and his honesty.

These are the most important qualities a person can have, and that's why Frank is such a dear friend and business associate. I could be in Afghanistan, but if Frank made a commitment, I knew it would be honored. I never had to worry. It was all verbal. His word is better than gold.

What makes for a strong, lasting friendship is our exchange of trust. He's been very, very good to me and is always willing to help me personally and professionally if any problem occurred. And I do the same for him.

Our friendship is so good, you can't have a more trusted individual than Frank Parlato. Our friendship has lasted a lifetime because of mutual respect, honesty, and trust. If you have any questions, please don't hesitate to contact me.

Sincerely,

Sam Burruano

The Honorable Richard J. Arcara
Senior US District Judge
Western District of NY
2 Niagara Square, Buffalo, NY 14202

As you may recall, Your Honor, you and I worked on a few cases just before you became the US Attorney for the Western District. Our careers were in the same direction, putting the guilty, bad guys in jail, and freeing the innocent.

In fact, before I came to Buffalo from the New York Office, NYO, I actually caught a cold case regarding an inmate whose wife swore he was innocent and had served 4 years in jail and "he is innocent". Well it turned out, with some footwork I as able to determine he was innocent! So I went to work to fix it and finally obtained a signed confession from the right guy, and with the help of the AUSA, we got it right and freed him and jailed the other guy!

Somehow, I always had pretty good instincts and was a very successful FBI Agent…maybe not the most popular with the slackers but very successful. After all…it wasn't a popularity contest…it was the real FBI! I believed then as I believe now in our Rule of Law and equal justice for all…and I know you well enough to know that you feel the same!

I even had a Bank Robbery case, before Judge Curtin, where an exculpatory, unsolicited comment from the prisoner was the basis for his conviction and also for an appeal to the 2nd Circuit. He was found guilty in the trial. Well the 2nd Circuit not only upheld the conviction but went on to compliment the Agent who testified, saying he should be commended for his testimony and actions. Judge Curtin then sent a letter to the AUSA, my dear friend Matt Murphy, telling him that this was the very first time in all his years on the bench where he ever heard that the 2nd Circuit commended an FBI Agent…yours truly!  Matt promptly sent a letter to the SAC recommending a commendation…which I, indeed received.

Judge I solved substantive criminal cases in every way you can imagine…in the NYO, I was on the Truck Hijacking Squad, John Gotti Crew, with 260 cases a year and then on the Bank Robbery Squad with 500 BRs a year. I had 57 arrests my last year there on the BR Squad. And I continued with success here in Buffalo and retired as Supervisor of the Buffalo BR Squad. I even worked the Kansas City Bombing and helped solve that case.

In all my years of investigating crimes, mostly violent crimes I never had nor heard of an instance where the bad guy put the proceeds of his crime into an Escrow Account…just in case!

Bad guys are usually desperate for money and spend it as soon as they get it. Mr. Parlato put a 1 million dollar fee for legal services into an Escrow account as he had an agreement but not a signed agreement, and there it stayed!

Bad guys, violent cases, are not usually pillars of the community... they are the opposite and seldom do anything for anybody else!

That brings me to why I am writing you this letter...this is the very first time I ever did this for anybody, but I am writing this to inform you about how Frank Parlato didn't just help a person, he helped a city, Niagara Falls NY and the State!

After I retired, I became a businessman. I was involved with the city of Niagara Falls, my hometown, and for the past 20 years have been Chairman of the City of Niagara Falls Board of Assessment Review.

That is how I first met Mr. Frank Parlato. He was a property owner and owned the single most important piece in the city, which is known as the "Glass Cube." It was the Occidental Chemical Building and was occupied by several important businesses. Before I became involved with the Assessor's office, this building became vacant.

Over the years, the original owner, Occidental Chemical, paid millions of dollars in taxes to the City of Niagara Falls. However, the payments stopped when the Aqua Falls developers bought the building, took it off the tax rolls, and dug (literally) a giant hole.

This is the best piece of property in downtown Niagara Falls. These developers, including an investor from China, promised to build an underground aquarium. Instead, they salvaged the building, ripped everything out that was of any value, and dug this great big hole as a distraction.

Then Frank Parlato came in, and he filled that hole back up again. I don't know how he did it, but he did it at his own expense. He brought that building back to life again.

Now it's back on the tax rolls, paying substantial taxes. The people of Niagara Falls owe Mr. Parlato a debt of gratitude for that. That's just one thing that he did. He's been involved in several projects.

After he sold One Niagara, he bought a local weekly newspaper, the Niagara Falls Reporter. He wrote many stories himself.

One of the stories was about boat tours under the falls in both the New York and Ontario parks. The same owner had the lease on both sides of the river for about 40 years.
Then Mr. Parlato stepped in and said, "This isn't put out to bid. And the owner is getting favorable treatment. So let's put it out to bid."

Everybody read his stories about the Maid of the Mist, which led to putting the boat tours out to bid for the first time in Ontario. The high bidder paid $300 million more over 30 years in Ontario than the Maid of the Mist would have paid.

After the Maid of the Mist lost the Ontario lease, New York State raised the rent with the Maid of the Mist, and the people of New York got $50 million more. That is $350 million more for the public caused by Mr. Parlato's work. It's a matter of public record.

In 2013, I approached Mr. Parlato about writing a column for the Reporter.
He agreed, and for years, while the Reporter was still in print, I wrote a column called the Right Side. In every place I went in the Falls, I met so many people who were happy to see somebody publishing a paper telling the truth about what was happening in City Hall and what was happening in the streets. People enjoyed my column too. If I missed a column, I would get many people inquiring why it was not in the paper that week.


During the time I wrote for the paper, Mr. Parlato was indicted. He began a series of stories on his accusers: the Seagram's heiresses who backed the NXIVM cult.

His reporting led to many revelations about this formerly unknown group, including that the leader branded women. It led to major media picking up his stories, crediting him with uncovering crimes the NXIVM leaders committed.
The EDNY successfully prosecuted six NXIVM leaders, including one of the Seagram's heirs. She was the woman who filed a criminal complaint against Mr. Parlato in the WDNY. She is in prison today.

Mr. Parlato provided a forum for my writing career, and though the Reporter is no longer in print, I still write for it and other online publications. Recently, I authored and published a book called, "Action... FBI-Crime Fighting the Way It Was.

As for Mr. Parlato's criminal case, all through the years I knew him, he never mentioned a word to me about his criminal case. Never asked for help of any kind.

Judge, I never believed there was anything to his charges as he did NOT come across to me as the criminal type...and having spent a career ,30years, working 20 in Buffalo I still do not believe he did anything criminal. There must be intent in order for there to be a crime...and in my opinion he never intended to do anything illegal, at least that's how I operated. Other Agents operated... differently!

If you are unaware the Buffalo Office of the FBI suffers in the Stats department...arrests, convictions, recoveries. I've  sat with entire squads at functions and learned the entire division had no arrests the previous year...how could that be...what are you doing I asked? Proactive ...they answered! That says a lot.  I never went a year without an arrest...never. Now that is partly because they do not work criminal cases anymore...they gather intel. I don't know what their involvement is in Parlato's case, Judge but I can say this, no criminal puts his criminal proceeds into an escrow account!

I am asking you to take what he did for the City of Niagara Falls and the State of NY and the people of NY into consideration (I am certain you never heard any of this) in issuing a sentence

for whatever it is he is alleged to have done. I am on the inside in the Falls and know from personal knowledge what he did for the city.

J Gary DiLaura

Sept. 24, 2022  From Tony Farina

Hon. Richard J. Arcara

Senior United States District Judge

2 Niagara Square

Buffalo, N. Y. 14202

RE:  Frank Parlato

Dear Judge Arcara,

I have known Frank Parlato for more than 20 years and consider him a friend.  We met as I was researching a news story and we spent a few hours talking about many things while sitting under a table umbrella at an outside hot dog stand by the river in Tonawanda during a light fall rain shower.  I have known many people during my long newspaper and television career and have developed friendships with many of them.  That was the case with Frank Parlato.

The thing that I remember most about that first meeting with Frank was his intelligence and lively mind that was engaged in many of the issues of the day.  We connected from the beginning and have stayed connected all these years.

Frank is his own man and made himself a success as a developer and later became a very thorough and tireless newspaper publisher and reporter.  I had the pleasure of working at his One Niagara Welcome Center that he built from scratch that and writing for his newspapers on many important stories of the day.  When he took over the One Niagara building next to the Rainbow bridge, it was in a state of complete disrepair with a whale-sized hole in the front and a government tenant that was about to leave, leaving nothing behind.  With scotch tape and creativity, he filled the hole, invited businesses in to set up shop including a tourist booth, and made it a success which it is today, employing many dozens of people over the years and today.   When he sold it in 2010, it was already a top attraction next to the falls and the location where Nik Wallenda made his storied wire walk crossing a few years ago.

We had a big following for Frank's startup weekly, the Niagara Falls Reporter, and I've included as an attachment a summary of what those days were like and what we were able to accomplish.  He made himself into a good writer, with me looking over his shoulder from the beginning, and while he has his own style, I soon realized he was able to make his case and I let him go.

He had a long fight on his hands with a totally unscrupulous minority partner in the One Niagara venture and I think that was the source of a great many of his problems in that project.  He spent a lot of time trying to defend himself from the minority partner who made his life

miserable.   Nonetheless, he developed the tourist center without a dime of public assistance while fighting a ruthless and sneaky partner who spent his every waking hour trying to undermine Frank's efforts.  Frank, a persistent and hardworking fellow, was not to be denied.

Unfortunately, the One Niagara problems became chronic and were the reasons, in my view, that led in part to the federal investigation that went on for years and dragged him through the mud as he fought to protect what he had built and move forward with his life.  It was tormenting to see and terribly unfortunate for a man I absolutely believe is honest and multi-talented with the ability to play several instruments, look beyond what's in front of him, and work extremely hard to make his case.

I am writing this letter in support of Frank because I believe he has suffered a lifetime of pain over the last 10 years and deserves a chance to resume his life free from the legal battles he has fought for so long and make the most of the rest of his life.

I strongly believe there is nothing to be gained by sending this man to jail for his failure to file plea and I urge the court to spare him any more pain--not to mention expense--and let him get a fresh start while there is still time.

In my experienced view as a judge of people, Frank Parlato is not a criminal and should not be sent to jail after all he has been through.   I think he still has much to contribute, and I hope he gets the chance to resume writing, developing, and living life in his own unique way.  As I said at the beginning of this letter, I consider him a friend and stand by him and have through all of it.

Give him that chance to live again, judge.  I believe he deserves that chance.  I believe many people misjudged him because is not your everyday character.  He's a bit different and unconventional, but loyal, talented, and as tireless a writer as I have ever known.

Thank you for considering my thoughts on Frank's upcoming sentence.  He has paid a tremendous price already.  Time to end it.

Tony Farina

November 3, 2022
Hon. Richard J. Arcara Senior United States District Judge
2 Niagara Square, Buffalo NY 14202
Re: Frank Parlato

Dear Judge Arcara,

I write on behalf of my husband, Richard, and myself. We have lived in Ireland all our lives and have been married for 46 years. Much of my family resides in Toronto and I've often been to stay with them, so my knowledge of Canada is long standing and up to date as it is with America. We have four children ranging from 24 to 40 years of age. The eldest three graduated university with various degrees; Phd's and Masters, and all have successful careers in line with their chosen subjects. Both my husband and I have had enduring careers mostly within the periphery of our legal system. We still work part time.

We have a passion for the care of the elderly and dogs. We have respect for the judicial system because of our understanding of due processes which must be followed.

I will outline how we came to know Frank Parlato, so far away in New York.

In 2010 our youngest child Alice became involved with a neighbour through walking her dog, Molly. During 2010/2011 Alice said this woman had foreign nationals living in her home. At the time my suspicion was aroused but the woman explained she was operating kindergarten, teaching young children to speak various languages. Her husband is a well-known sports commentator within Ireland and the UK. They drove fast cars and lived on sun-kissed beaches.

On the 26th of August 2011 the woman called and gave our daughter an ultimatum; if she did not come and collect and keep this woman's 14-year-old English Spaniel the dog would be put down at the vet at 4pm that day. There was something very wrong to do such a thing on a young girl never mind the dog. I phoned the woman and arranged to go to the house to collect the dog by 4pm. Instinct told me there something not kosher in all this.

I began to look into this lady and found her registered in Companies House Ireland as Rainbow (Culture) Garden Multilingual. She had set up various businesses over the years all of which failed. I wanted Alice to have nothing more to do with this woman. She was out of our lives.

Eighteen months later, in 2015, unbeknownst to me the woman had returned into Alice's life. This time it was a business venture for "Detox Yoga" and business was booming. She lured Alice with £30 a night to babysit. Alice refused to quit. The money was too good. A depression set upon our home. Alice was in danger, but I was talking to the wind. This woman was working on Alice; telling her I was not a great mother that she could fulfill all her dreams and have an affluent lifestyle like hers. The woman sold Alice a dream.

I was to learn much later my instinct was correct ...this was deeper than it seemed. By 2016 our daughter was unrecognizable. Her behavior was foreign; she aimed raw rage at us and was abusive. This woman had a hold on our daughter. Alice was almost 18 and moved into that house. The police were no use and

dismissed our concerns. When school resumed in September the woman had passed herself off as loco parentis and removed Alice out of one of the top grammar schools. I had lost my daughter!

I was furiously researching these people and found them fully mixed up in a company called Executive Success Programs, ESP and NXIVM. These people were evil. The more I dug the more I knew the danger Alice was in. No one here would believe me I long gave up trying to tell anyone. We were desperate.

Helpless and utterly adrift... Then I found a blog, FRANK REPORT. I was never so relieved in my life! I was not going mad. I read how he was being investigated but it looked like this was more revenge from NXIVM because Frank was exposing them. NXIVM was too big for the average Jo to tackle. They totally destroyed anyone who betrayed them.

I phoned the number for Frank Parlato. A quiet spoken man with an air of total calm answered. He knew at once about this woman and her husband. Allison Mack, the actress and "child catcher" arrived to stay in the home where Alice lived. She was not here to enjoy Riverdance. She was here on a mission and Alice was part of it. Allison Mack is one of many now serving time in federal prison. If not for Frank Parlato, Alice could be there as well.

We've promised Frank Parlato he is the only one who gets the rest of the story because we owe him the greatest debt any parent can owe: The life of our child.

Frank Parlato came to our rescue; he got our daughter out by Halloween 2016. There was much healing to be done, but without Frank Parlato's willingness to listen and help us, our daughter would not be with us today.

I speak for Richard and myself we do not know the ins and outs of Frank's business life, but I keep in regular contact with him. He is a wise man who, like the rest of us may have made mistakes.

This we do know. He has spared us total grief. He saved our daughter's life. It can be said that Frank did the same for many others. Ours is just one of many that has not gone public about the work Frank courageously did to save our loved one. He acted selflessly to protect the most vulnerable, who had nowhere else to turn.

We would ask you to take into consideration all we have laid down in confidence today when adjudicating his case.

Our Kindest Regards,

*Richard and Ruth MacMurray*

Richard and Ruth MacMurray

We are happy to furnish you with proof of identification.

October 26, 2022

From:

J.V. Lakshmana Rao
Vasavi Shantiniketan, Apt. # 422
Whitefield Road, Kondapur,
Hyderabad – Telangana, 500084
India.

To

Hon. Richard J. Arcara, Senior United States District Judge
2 Niagara Square Buffalo,
New York 14202

Re: <u>Frank Parlato</u>.

Dear Judge Arcara: Greetings,

This is J.V. Lakshmana Rao, 85, an international freelance journalist, an author, and a former editor-in-chief of the **India Tribune**, a weekly English newspaper, published from Chicago, IL, with satellite offices in New York and Atlanta. I have been a journalist for six decades having worked with leading English daily newspapers for 33 years in India, and the **India Tribune** in Chicago for over 27 seven years.  Presently, I live in India.

During my 60 years of eventful journalistic career, I have interviewed several world and national leaders and dignitaries; I have won several awards; I had been a member of the White House press corps; and I have taught journalism as a visiting faculty member in Indian and the US universities. I have addressed several national and international conferences; and published thousands of articles, editorials and a couple of books. Currently, besides writing articles, I am working on three books.

I have known Mr. Frank Parlato for about 25 years as a committed journalist and a prolific writer. My newspaper, the **India Tribune**, has published several of his articles supporting Indo-US friendship.  He has very deep knowledge about the Indian history, culture and Hindu-Vedic spiritual philosophy, and earned huge readership following. He has impressed me and readers with his lucid English and objective writing.

I like to quote an example here: As the editor of the **India Tribune**, I wrote a front-page editorial about the Hindu bashing with untruths and half-truths by the late Tony Brown, a popular American syndicated radio and TV talk-show host.  During his series of broadcasts, he was on a

smear campaign against India and Indians. During one such weekly broadcast against India and Hinduism in July 2001, he said that Nazism was the offshoot of Hinduism; casteism is widespread in India, women are not respected but treated as second-class citizens, low-caste women and children are forced into prostitution, Hindus have no one religious book but many, and Indians worship idols, rivers, mountains and trees.

Mr. Brown also chastised the US government for allowing such Indians to immigrate to the US rather than teaching Americans to learn about computers.

In reaction to my incisive editorial that condemned such smear campaign, the Indian-American community and their leaders "launched a peaceful mass protest. Though not an Indian but born as a Catholic, Frank felt that this was a religious intolerance and hence confronted Mr. Brown directly and also through an opinion piece.

Realizing that he was misinformed about the Hinduism, Brown in a damage-control effort arranged a broadcast inviting some prominent Hindu religious leaders and me, and publicly tendered an apology. Frank wrote an article on Brown's apology for the **India Tribune** to a great acclaim.

I have edited Frank's rich and well-researched manuscript of his yet–to-be published book on Swami Vivekananda and his unknown facts about Vedic philosophy.  I had occasions to travel with Frank and see him working among rural folks.

I see in Frank Parlato a saintly and spiritually inspired personality who is always ready to help others. With these years of my knowing him as a good journalist, a prolific writer and philanthropist,  I feel he deserves a lenient view of the lapses, if any, he has knowingly or unknowingly allowed himself to commit.

Please feel free to contact me at the above address or my Indian phone No. 7382801937,

Sincerely,

J.V. Lakshmana Rao

J.V. Lakshmana Rao

September 9, 2022

Teresa Reile
180 Willardshire Road
East Aurora, NY 14052
treile@aol.com
716 997 9069

HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square
Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara:

My name is Teresa Reile.  I am a mother and business owner in the Western New York area and have

known Frank Parlato for 30 years. I am the ex-wife of Gordon Reger and the daughter-in-law of Larry

Reger, whom Frank was in business with before Larry passed.

I met Frank 3 decades ago when he was looking to hire an editor.  We became colleagues and fast

friends.  I have always admired Frank's fierce loyalty and his determination to have true justice for all.

Frank is a spiritual man. He is by nature a deep thinker, gifted conversationalist and is a proponent of

non-violence.  He has a high sense of justice and tries to rectify injustice whenever he can.  He does not

seek to create conflict, yet does not shy way from it when it is warranted.

He has always treated me with fairness and respect.

I have seen him do many business transactions in the years that I have known him and he has always

been straight forward and honest in his dealings.  One thing I know about Frank is that he has a keen

willingness to help and goes into projects with that viewpoint first and foremost.

I have seen him help many people who otherwise would not have been able to survive very well in the world. He will fight for a just cause if he sees someone being harmed unnecessarily. I have seen him help several families who needed places to live and he helped them find and secure housing.

Most people would sit back with the attitude of 'it has nothing to do with me therefore, I will stay out of it' and take no responsibility for their fellow man. People like that would rather 'not get involved' while the world around them crumbles and as they gulp down another beer. I have little respect for a man who will do nothing to defend one's honor or one who has no sense of the world around him.

**Frank is not that man.**

What I find admirable in a person, is a person who is willing to stand up for what is right and actually take action.

Approximately 20 years ago, Frank organized a community dinner to fight racism and invited me to attend. I did. There were several hundred people in attendance. I met some wonderful people there, some of which I had cultivated lasting friendships with. One in particular was a black man who was a fairly famous jazz musician Juini Booth. Juini played with Chick Corea for many years. Juini and I remained friends until he passed away and Juini always would speak of Frank with great fondness and love.

Another person that Frank introduced me to was Peter Bennett. Peter was the Beatles personal manager and was known as the 'most powerful man in entertainment' with a 22 page spread in Billboard Magazine.

Peter and I remained friends until his death several years ago, and Peter also, held Frank in high regard. Peter had a very keen sense about people and he told me that Frank is a good man and can be trusted.

I am the person who introduced Frank to my father in law, Larry Reger.  I never would have done that if I didn't trust Frank.  Frank and Larry (and by default, my husband) became business partners. Frank was partner in and managing the One Niagara Building in Niagara Falls.

It was Frank who turned it into something which became a money maker.  Frank made a lot of money for my husband and father-in-law.

I was also around when Claire Bronfman first approached Frank to work for her and saw what became of the whole deal. Frank called me when she first contacted him and we discussed what she wanted.

I was around when he purchased his publications and began to write in earnest.

Frank always tries to do the right thing and he likes the people around him to do the right thing as well. A person who has the ability to confront a situation straight on, despite personal danger and put a sense of ethics in on the people around one is the type of people I like to be around.

I like to be around Frank.

I have never heard him speak ill of another unless warranted, and even then his comments were mitigated because he tries to give everyone the benefit of the doubt. He is fiercely loyal to his friends and truth be told, he always tries to BE one's friend.

Case in point, one time, we were discussing a certain person and Frank prefaced the conversation with, "Before we continue, whatever your opinion about this person is, please do not say anything derogatory about this person because he is my friend."

I find Frank to be very savvy and with his persuasive nature that makes him an excellent journalist and writer.

Frank is a trusted friend and I feel very strongly about what I have written above.

If you would like to contact me, feel free.  I can be reached at 716 997 9069.

This is a true statement.

Sincerely,

*Teresa Reile*   Type text here

Teresa Reile

September 10, 2022

HON. RICHARD J ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara:

     I live in Amherst, and I am 81 years old. Frank Parlato has been a close friend of mine since the late 60's. We met because of our love of music. I was a writer of lyrics and Frank always played keyboard. Frank is a fantastic musician.

     I basically became adopted by Frank's family. My dad had died, but I still had my mom. Frank invited my mom and me to all holidays at his parent's house. Every year for decades my mom and I would go to Frank's to celebrate Christmas, Easter, and Thanksgiving. I went to breakfast with his father, Frank Sr., all the time. I'm good friends with Frank's siblings Lil and Jim too. I was around before all of them got married and had kids of their own.

     Frank married Debbie and had his two sons, Vincent and Tim. I've been a big part of their lives since they were born. I watched those kids grow up and I'm friends with them today. I'm like a part of his family.

     Frank has always been an exceptional father to his sons. It's a musically talented family. Whatever they wanted to learn, Frank made sure they were taught. I used to sing and play the piano for the kids all the time and I think I was a big influence on his younger son, Tim, who plays the guitar.  Vincent followed in his father's footsteps and plays the keyboard. Vincent is a successful lawyer, is married and has a child of his own. Tim is a musician in Nashville. He has his own band, and he sings and plays guitar. Frank has always been close to both his sons. Frank and Debbie broke up, but they were both good to their children and they have stayed friends for all these years.

     Frank would invite me on special outings. He included me when he went to look at land. Sometimes I'd have to wear big thick boots. Frank let me name the property he bought, and I named it Hidden Hallow. I spent many nights coloring in the plot lands to present to the town board. I watched, learned, and saw everything grow. It started as a piece of land and Frank made a project out of it and divided the land to make nice places for people to live.

     I remember Frank called me and said, "Gerry I'm going to come pick you up and bring your camera." He wouldn't tell me anything. We got to a property, and he said, "Just follow me. Now stick your camera out in front of you and take three or four pictures." Later on, I found out I was taking pictures of the hole. The hole they dug that was going to be an underwater aquarium. Frank took over the property but when I was taking the pictures, he wouldn't tell me anything. It was another adventure. After that I took all the pictures and the videos of the parking lot being made. I was his assistant and took pictures of all the changes he made to One Niagara.

Frank invited me to spend time with him when he moved to Florida. He introduced me to everyone as his good friend. When we were in Florida, I used to sing at local places. I used to tell everyone about Frank's son Tim. Tim used to be shy, but I helped him not be shy.

I like Florida but I don't like boats. To this day I don't like boats. Tim, Vincent and Frank convinced me to go out for a boat ride on Christmas Day. Since

the boat was right there on the canal next to his house, and the water was calm, I decided to go. It couldn't have been a better day.

All of a sudden, a great big lightning bolt came out- BAM! It was way far away, but I told Frank that means there's going to be big storm. One second later there was pouring rain and the boat started spinning around and around in circles. Tim, Vincent and I were terrified. I prayed the entire time. The boys held rubber things over Frank's head so Frank could see the GPS, and Frank managed to get us back home safely.

Frank is also an incredible writer. He's the smartest person I know. He is also loving to all his friends. He's always taken good care of me. He includes me. I think of myself as his assistant. And he always fed me really well. Better than anyone could imagine. I always have great food and meals with Frank.

We help each other out. He helps me whenever I have a problem. I know I can call Frank and he will help me. Frank is one of the best people I know and I'm a part of his family.

Respectfully,

Gerry Ralston

*Rio de Janeiro, October 14th, 2022*
*HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE*
*2 Niagara Square Buffalo, New York 14202*
*RE: Frank Parlato*

Dear Judge Arcara,

my name is Paulo de Paiva Serran, I am 54 years old, and I'm a writer and musician from Rio de Janeiro, Brazil.

I got to know Frank Parlato first as an admirer of his work, later becoming a collaborator for some time and today, as I write your honor, have the honor and privilege to call him a personal friend.

In the independent journalism field, Parlato's groundbreaking work in the takedown of the fire-branding, sex cult of NXIVM is nothing short of legendary.

The number of young women that were immediately freed, un-brainwashed and liberated from sexual blackmail is very significant, but if we extrapolate that to the number of girls not recruited in the first place once the NXIVM cult was dismantled, I believe it may well figure in the many thousands. This aspect of Parlato's most consequential work can be seen in many documentaries about NXIVM.

But, besides his passion for justice and his grace under pressure, I would like to draw attention to his great *compassion*. More than just an outlet for the whistleblowers and escapees from the NXIVM sex-cult, Parlato's news blog,

the 'Frank Report', became a hub for the victims to connect, articulate and engage in mutual support.

In many cases, Parlato personally took care of the emotional support and even financial support of escaping victims.

Once his reputation spread, he had people asking for his help left and right. I have had the personal experience of collaborating in some of these cases.

The most emblematic, for me, was a family in California who was struggling to regain access to their elderly ailing mother, caught in a conservatorship dispute right before COVID restrictions kicked in. In my 3 decades of professional experience it was one of the most emotionally mobilizing projects I have even been involved, and one where I felt the stakes where as high as possible.

I remember thinking, right then, how Frank had dealt with so many equally harder and much scarier situations in the last decade or so.

When NXIVM cult leader Keith Raniere was about to be sentenced to 120 years in prison, he decided to give an interview for the first time since his arrest, from behind bars. And who did he choose, if not Frank Parlato, his old nemesis?

Raniere felt that only Parlato would give him a fair chance to express himself, and went up to say that he believed Parlato was one of the few people in America who

still exercised his freedom of speech unencumbered by external pressures.

To me, this speaks to Parlato's compassion, his capacity for forgiveness and his commitment to telling the story with all points of view represented.

Your honor is well aware that Frank Parlato stands convicted of a non-violent charge, and that he is a first-time offender. I think it is not enough to say that Frank Parlato, while guilty of a felony count, is not a danger to society. I would go further and say that I've only seen indications that he has a beneficial impact on people around him.

At age 67, and after having spent the last 11 years of his life being investigated and prosecuted, I believe deterrence is well served, and Frank is highly unlikely to re-offend.

He has shown himself to be respectful of the court, and of the prosecution. He has admitted his role, accepted responsibility for his offense, and pled guilty. He has made a meaningful financial restitution years before there was even a guilty verdict.

Your honor, I honestly feel there are a lot of mitigating circumstances that make Frank Parlato a worthy candidate for leniency and mercy. I'm sure your honor will

give him a sentence that is "sufficient, but not greater
than necessary".

Thank you for taking the time to read this letter.

Sincerely,

*Paulo de Paiva Serran*

Paulo de Paiva Serran

October 7, 2022
Honorable Richard J Arcara Senior United States District Judge
2 Niagara Square Buffalo, New York 14202
RE: Frank Parlato

Dear Judge Arcara,

I am 61 years old and resided in Buffalo NY most of my life. As a young man I entered the army's basic training in Fort Leonard Wood Missouri. I was injured and I am a disabled veteran. I returned to Buffalo where I worked with my dad for twenty years restoring homes. Currently I reside in Nevada and own the Bonnie Claire Gold Mill in Death Valley.

Frank Parlato has been one of my best friends for thirty-five years. I know him very well. I knew Frank's grandfather and his mom and dad. His father was an award-winning lawyer who everyone respected and admired. He was one of the best lawyers in Buffalo with one of the best reputations. He was a very wonderful man. Frank is a lot like his dad.

Frank is a God-fearing man devoted to his family, friends, and community. No one took care of their mom and dad better than Frank. His mother suffered from Alzheimer's. He moved back home to care for his mom and after she died, his took care of his father until he died. He gave his mom and dad 24/7 care and made sure they were never alone. He was the best son anyone could ask for. He is also a wonderful father to his two sons. One son is an attorney in Buffalo. The other son, shares Frank's musical talent. Frank was a concert level pianist, and his son is a successful musician in Nashville.

Frank is a humanitarian. He looks to find, see, and do things with an enterprising spirit that will make life better for everyone. Frank makes ugly things beautiful. He spotted an eye-sore of an aborted underwater aquarium project and envisioned the possibilities. Then he brought his vision to life. Frank created One Niagara which brought employment, tourism and optimism to the area and it is still thriving today. Frank filled the huge hole, created a parking lot, and then rehabbed the entire inside of the building. He adorned it with restaurants and souvenir shops, which created jobs and commerce for our entire community. Frank took what was forgotten and turned into something beautiful and prosperous for everyone to enjoy.

He has developed his love of writing to raise public awareness, expose corruption, and prevent many monstrosities that occur here in the U.S. Frank bought and ran the Niagara Falls Reporter as another means to help our community. His persistence in writing and skills as an investigative journalist brought justice to those involved in the Maid of the Mist and the NXIVM cult. He has appeared on many nationally syndicated news organizations because he spearheaded the NXIVM investigation which halted abuse to hundreds of women.

When Frank began working for NXIVM he was asked to find out what happened to the Bronfman's 21 million. He asked me to go with him to Los Angeles to investigate what happened to the Bronfman's money. We worked on the case in California for three months. With the help of a team of people we found two homes and other assets others wrongly took and had kept hidden from the Bronfman's. Frank led the investigation, and it was hugely successful. 21

million dollars in assets were recovered because of Frank. As can be seen from this endeavor, Frank has incredible skills for uncovering and exposing the truth.

I've known Frank since we were kids. He always did things right. Never did anything against the law. Never faltered. Never once did anything that wasn't credible that I know of since I've known him. He never stole from anybody. Never connived anybody. He never one time in his life let anyone hang. He tries to make life better for every person and has empathy for the underdog.  Frank is a good man, who is loved and needed by his family, friends, and community. Thank you for considering my views.

Respectfully,

Kenneth Thomas

September 13, 2022

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: Frank Parlato

Dear Judge Arcara:


My name is Roger E. Treviño, I am real estate developer

and marketing executive based in Niagara Falls and I've

been a friend of the defendant, Frank Parlato, Jr. since our

introduction in 2004.


I recall meeting Frank because it was just after the Seneca

Casino was built and his interests were different than

most who came to the Falls. Mr. Parlato wasn't interested

in cashing in on the gaming aspects, he seemed more

interested about the history, politics and culture and how it

had affected the Falls and how one might be able to

improve the Falls as a tourist destination.

Frank became particularly interested in a nine-story glass

office building next to the Rainbow Bridge with all the

traffic pouring in from Canada.  At the time, the building

was an unsightly mess. It was unsafe because it had an

enormous, one acre, stagnant, water-filled crater in front of

it, the result of a failed aquarium development known as

AquaFalls.

Next thing I know, Frank acquires this property, known as

360 Rainbow and renames it One Niagara, a Welcome

Center and methodically improves the appearance of the

structure. First, he fills in the crater in front of the

building thus, making it safe and improving the

appearance of the property and creating commerce,

scores of jobs, much needed buzz and activity at the

gateway entrance leading into the United States from

Canada.

He wisely programs the former office building

specifically targeted at tourists from around the world with

its proximity adjacent to the NYS Parks he provided

convenient and much needed parking, restrooms and

souvenirs along with food and beverage to serve an

underserved market.

Despite his detractors, a decade later Parlato should be

commended because today, One Niagara is a flourishing

business, and is arguably one of the most successful

tourist attractions in Niagara Falls outside of New York

State Parks (Falls) and the Seneca Niagara Casino

because of Mr. Parlato's business acumen, marketing

savvy and perseverance his efforts still fill the city and

county coffers with much needed sales tax revenues.

4

Concurrently, Frank authored a number of articles for the

Niagara Falls Reporter, a weekly newspaper that created

a voice for many in the community, in the Falls. Those in

the know feel the Niagara Falls Reporter filled a void in

an otherwise voiceless community. Many regard Mr.

Parlato's series on the Niagara Parks Commission

as largely responsible for uncovering a corrupt

lucrative "no bid" concessions contract by the Niagara

Parks Commission which resulted in its leadership being

replaced with a new board. A new Parks Commission

bid process lands an astounding $300 million more

that the previous no bid contract, all to the benefit of the

people of Ontario.

Ultimately, Mr. Parlato acquired the Niagara Falls Reporter

and several other publications in western New York. Mr.

Parlato's penchant for investigative reporting routinely

uncovers a number of wrongdoings for the people of Niagara.

Besides Frank's efforts with the Niagara Parks

Commission, the Nexium scandal is probably the most

high profile series Parlato scribed. Mr. Parlato's efforts

uncovered Nexium's salacious sex cult funded by

an heir to the Seagram's fortune and run by a serial predator.

Comparatively under resourced, Mr. Parlato beat

back the efforts of Nexium to discredit him and ultimately

turned the tables on Nexium.  A number of Nexium's

executives, were incarcerated, because of Frank's

dogged tenacity and astute capable journalism Nexium

and its leadership is no longer able to harm anyone.

As the Publisher of the Niagara Falls Reporter, Mr. Parlato

partnered with a number of sponsors to raise

funding and create awareness for a number of not for

profit organizations throughout Niagara Falls mostly for

the disadvantaged and homeless in Niagara County.

In closing, I have found Frank to be a positive and

generous man whom I am pleased to call my friend.

In speaking with Frank he has remained humble and

places himself before this court believing he will be dealt

with in a fair and equitable manner.


Respectfully submitted,


Roger E. Treviño

576 Mountainview Dr.

Lewiston, New York  14092

716-207-6732

Thursday, 2 March 2023

Letter in support of Mr. Frank Parlato

To his Honourable Judge Arcara
United States Courts

> **The Lavinia E. Porter House**
> Historic Museum
> Underground railroad terminus
> Mr. Gerald Škrlin
> caretaker
> 162 Buffalo Ave.
> Niagara Falls, NY
> 14303   USA

Dear Sir:

It is with a heavy heart I heard of the events that transpired which have brought Mr Parlato before your court of judgment.

It is my sincere hope you pronounce the lightest sentence possible.

Mr. Parlato has been a great inspiration and mentor to me, a struggling disabled Vietnam Veteran who without his support would have had to return to the streets.

I have followed his reporting career for 20 years and I am so amazed at his boldness to expose such blatant corruption we both have endured. His leadership in the community has helped to reshape and reform people's world-views and has given many, hope.

Mr. Parlato encouraged me to seek Veteran rehabilitation. I graduated from Niagara University at 65 years old with a new career as a political scientist cartoonist. My new knowledge of how government works changed my former set of stagnated, ill-conceived world-views giving me insight into how to use my newly acquired social skills to educate those who follow our publications.

Frank's efforts have benefited our city and state so much saving hundreds of millions of dollars; amounts I have finding difficulty in understanding of how deeply corruptive practices infiltrate and capture the mind.

I believe Frank has suffered greatly. We cannot un-ring the bell, but we can proceed with our lives with this matter highlighted as special and a learning experience that I believe truly,
    has made him a better man!

Thank you
I remain

Mr. Gerald Skrlin

October 19, 2022
HON. RICHARD J ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202
RE: Frank Parlato

To the Honorable Richard Arcara,

Let me give you a little background if I may. I am currently a nurse practitioner and work as a hospitalist in a hospital for Buffalo medical group. I've been doing this for almost one decade now. I love helping people.

Before that, I had been a mortgage originator for several years and was responsible for a program called CRA, Community Reinvestment Act, a law established to help low to moderate-income families achieve homeownership, the American dream. I would volunteer my time and put on classes to educate them on building credit and what banks look for in the inner cities and Hispanic community, as I speak Spanish and my wife was Hispanic.

This is how I met Frank and his family years ago. Over many years, I have worked personally with Frank to help these underprivileged families experience their dream. I can tell you unequivocally that without his guidance, assistance, and caring for his fellow man, especially the disadvantaged, many of these people would not be in homes today. He would call me day and night, sometimes past midnight, to follow up and get updates on these applications. He was accessible to these clients and me, and went beyond what a typical realtor would do to help them.

He always emphasized to me and repeated many times that if I were to remain part of his team, he would insist on honesty and genuine heartfelt care to help people. He could've quickly sold these homes to anyone in a matter of seconds, with 1/10 of the issues and roadblocks. However, his character of helping the disadvantaged and his true heartfelt emotions came across very loud and clear to me on this man's character, which I have not seen before, except for my father, who was an administrative law judge in Buffalo. If Frank believed in you, he would take on the world to help his fellow man.

In all my years of life, I got to say I have never come across somebody with such wisdom, character, true love of helping those who don't have or the unfortunate. I then worked for a building he purchased, One Niagara.

He offered me a job in which, without hesitation, I left a six-figure income at the bank to join him. At the time, it was unknown whether I would make penny one, and this is with a wife and 3 kids. All I knew is that I was so eager to join Frank, who I looked up to. During my roughly eight years working at the building with him, I have watched him take dozens of struggling families and give them a livelihood and chance to make something of their lives that they have never dreamed of. He gave them DIGNITY. These were ordinary people off the street and weren't just close friends and family that many others in his position have known to have done. I have known him for around 30 years, and I can honestly say in 30 years,

I have never witnessed one iota of dishonesty, trying to get away with something, or any act of being unethical or immoral. I have watched him demand the respect of others. Whether you were a well-known politician, a wealthy individual, or someone down and out living on the street, he made no distinction between them. They were equal in his eyes.

Your honor, I could go on for hours and tell you stories to show Frank's character. However, I know your time is precious, so I will sum it up by saying I beg you to show this man leniency, as no one deserves it more.


Thank you so much for your time.

Keith Levine

Robert L. Oksenholt, D.O.
315 S Manning Blvd.
Albany, NY 12208971 678 1070

December 6, 2022

Honorable Richard J. Arcara, U.S.D.J.
United States District Court
2 Niagara Square
Buffalo, NY 14202

RE:     **United States v. Frank R. Parlato, Jr.**
         **15-CR-149-RJA**
         **Health Considerations for Sentencing**

Your Honor:

I submit this letter at the request of Frank R. Parlato, Jr., to advise the Court of his health conditions so that the Court may make the appropriate sentencing decision.

I am a Doctor of Osteopathic Medicine and a Triple Boarded Subspecialist, an American Board Certified in Internal Medicine, an Internal Medicine Subspecialty Pulmonary Disease, a Fellow of the College of Chest Physicians, and an Internal Medicine Subspecialty Critical Care Physician.

I trained at the University of Pittsburgh, the University of Texas at Houston, and the MD Anderson Cancer Center. I also taught pulmonary and critical care at UT at Houston. After completing my internship at Kettering Medical Center, I completed my Residency at New York Medical College. I have been a critical care physician for forty years and continue in this capacity at St. Peters Hospital in Albany, N.Y.

Frank Parlato is a patient and a friend of mine. I will discuss our friendship below after I render my professional opinion in this case.

<u>Professional Opinion</u>

It is my medical opinion that a term of incarceration would put Frank Parlato's health in danger, death being a possible, if not likely, outcome.

Frank Parlato is a 67-year-old male due to turn 68 on April 25, 2022. Due to years of stress, exacerbated by his indictment, Frank has hypertension and suffers from fluctuating weight, which included a period of morbid obesity. These high-risk issues are compounded further by his age.

Frank became morbidly obese in late 2018 – 2019. In a state of morbid obesity, the vessels become diabetic. Even if one loses weight, as Frank did, the vessels don't recover. The diseased vessels are smaller. With diabetic vessels and still under stress, Frank developed anxiety and

1

PTSD, which resulted in, after the weight gain, an unintended, unhealthy rapid weight loss of 60 pounds in 2020. His weight continues to fluctuate.

Comorbid mediators place him in the super high-risk category of COVID, RSV and flu, blood clots, and heart attack. The risk of COVID and other communicable diseases is much higher in a prison setting. The result of contagion would likely be catastrophic. According to the most recent information from the Centers for Disease Control, *"More than 81% of COVID-19 deaths occur in people over age 65. The number of deaths among people over age 65 is 97 times higher than the number of deaths among people ages 18-29 years."* See People with Certain Medical Conditions, CDC Website, available at: https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last updated November 22, 2022).

Frank's age, heart conditions, and diabetes all appear on the CDC's list of factors that place a person at heightened risk of experiencing severe Covid-19 symptoms. Frank's vulnerability to COVID-19 and other communicable diseases is heightened by the particular circumstances in the correctional setting which, despite the Bureau of Prisons' best efforts, presents an ideal medical environment for COVID-19 and infectious disease transmission. In the carceral setting, Frank will be unable to practice regular hand hygiene or effectively socially distances himself from other inmates.

I have reviewed the medical literature on infectious diseases and/or prison populations. I have also reviewed the CDC's latest Covid-19 Guidance on Covid-19 Prison Facility Management, CDC Website, available at: https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-correctional-settings.html (last updated November 29, 2022)

My medical opinion is that the risk posed by infectious diseases in jails and prisons to Frank Parlato is significantly higher than in the community, both in terms of risk of transmission, exposure, and harm. The risk of serious injury or death cannot be medically justified/

Additionally, vaccination is not always effective at preventing serious cases of infection or breakthrough infection. Even with the vaccinations available to him, it is my medical opinion that with the combination of Frank's health factors, his risk of severe illness and death remains high. Vaccination provides Frank with negligible mitigation to his health risks, in my medical opinion. This past year Frank was been prescribed inhalers several times due to respiratory difficulties. He was bedridden with flu-like symptoms for several weeks. These conditions are of severe medical concern.

Also of pressing concern is cardiac death. The number one cause of death worldwide is sudden cardiac death, which is related to inflammatory mediators and stroke, usually related to Afib and hardening of the arteries of the rupture of the soft plaque-free as pulmonary embolism with stress. Frank has all the hallmarks of a 67-year-old man who will die from sudden cardiac death.

One of the big problems causing anxiety is Frank has stimulated his body over the years into this fight-or-flight standard all the time. He has been under years of stress. Normally, elevated

eosinophils cause anxiety, but it is the cytokines you build up that cause this constant degradation of your body with the fight-and-flight freeze.

His advanced age, severe anxiety, PTSD, inflicted over a period, and his extraordinary weight fluctuations have put him at increased risk, due to underlying health issues that still exist.

In light of his age and serious health conditions, it is my medical opinion that there is no proper treatment that can be provided within the correctional setting, particularly within the Federal Bureau of Prisons for the reasons stated above.

If the Court must sentence Mr. Parlato to a term of restricted liberty, it is my medical opinion that he is an appropriate candidate for home confinement. To provide Frank with needed medical care in the most effective manner, Frank must have access to doctors, specialists, and necessary treatments unavailable in a correctional setting, and particularly unavailable within the BOP.


Personal Support

As for his personal traits, I believe Frank Parlato is a good man with remarkable integrity. He is solicitous and truthful in word and deed. His humanity is evidenced in his desire to listen, empathize, and question. Solution-driven, Frank strategizes to relieve suffering, restore dignity, and improve the human condition. If met with denial and refusal, Frank will do what is necessary to protect the public.

In my profession, his work may have saved many people from harm.

His investigative journalism and discovery of hard evidence resulted in the revocation of two physicians' medical licenses for serious ethics violations.

Frank's pursuit of the truth exposed the reprehensible conduct of these two highly credentialed physicians and safeguarded an unsuspecting public potentially from irreparable harm. I grew up in Montana and know the truth when I see it. Frank Parlato is a man of probity who, in my opinion, does not require incarceration or probation.

I implore the Court to consider the physical and emotional suffering endured by Frank Parlato because of the investigations, indictments, and superseding indictments, which have imprisoned this man's spirit and ability to thrive for over a decade.

Frank has lived in an alone and embattled environment in the midst of others for 11 years.

I ask Your Honor to consider his single crime and his suffering to date and hope you will restore Frank Parlato's freedom and liberty for what years may remain.

If you would like to discuss this matter or have any questions for me, I welcome the opportunity to assist.

Very truly yours,

12/6/2022

Robert L. Oksenholt, D.O.

Monday September 12th, 2022

Hon. Richard J Arcara

Senior United States District Judge

2 Niagara Square

Buffalo NY 14202


RE: Frank Parlato


Dear Judge Arcara,

    My name is William Wilkins and I first meet Frank Parlato some 25 years ago when my sister Laura Wilkins married Frank's brother James Parlato.

    A few years later I started working for Frank. Functioning like an administrative assistant doing everything from research to errands. In every aspect of my dealings with Frank he was, honest and straight forward. Offering leadership and insight in every situation. The truth was always the underlying bedrock of all our activities. One must have integrity, a lesson I learned from Frank Parlato.


Sincerely

William F Wilkins

Honorable Richard J. Arcaro, Senior United States District Judge
2 Niagara Square Buffalo, New York 14202
Re: Frank Parlato

Dear Judge Arcara,

I'm 81 years old and I've been a businessman in Niagara Falls for close to 50 years.

I think I have always been respected in Niagara Falls, and many people have known me through the years. I have tried to help many people.

Whether business or friendship, I have always had the utmost respect for Frank Parlato. That's my feeling for him. We have done business together, and always successfully and honestly. We have been close friends for 25 years and I have put my total trust in Frank through the years.

We've had a great friendship and Frank has always been close to me. He's been a great guy, a helpful guy. Anytime anybody wanted any type of help or advice, Frank would be there for them. He would do it for free because he'd do it out of the goodness of his heart.

I would put my life in Frank's hands. That tells you who Frank Parlato is.

Dan Cipolitti



**LIBYAN AMERICAN COALITION**

**Tampa December 5, 2022**

My name is Feisal Feituri. I was born in Benghazi in 1961, though my family comes from the coastal city of Zliten in Western Libya. I was educated at Victoria College in Alexandria and lived in Lebanon before immigrating to the US in 1978. I studied at Oxford and the University of Puget Sound before starting a career in global corporate and investment banking.

I am the founder of the Libyan-American Coalition.

As an international business consultant, I advise Middle Eastern and African political and business leaders on various issues, from financial to intercultural and interfaith understandings between the West and the Middle East.

I have known Frank Parlato for several years and have worked with him on projects.

I advise and assist my clients in understanding similarities and cultural and historical differences between the three Abrahamic religions to pursue peace, security, and prosperity. I found Mr. Parlato to have a considerable understanding of the cultural and religious differences and similarities between nations so frequently at odds.

My life's work is to bring harmony and understanding between people who could be friends if they understood each other better.

Because of Mr. Parlato's insight and understanding, we collaborated effectively on several occasions. I hope to collaborate with him more in the future.

One memorable experience I recall with Mr. Parlato was related to the son of a famous client of mine.

The father is a top, and pro-America, leader in the Middle East. His son was in Washington, DC. Mr. Parlato's assignment focused on studying possible solutions to public relations challenges concerning lawsuits in the USA for alleged torts in the Middle East.



**LIBYAN AMERICAN COALITION**

Observing my client's son's cultural challenges in responding to media inquiries, Mr. Parlato undertook to mentor this college-educated scion of Middle Eastern power and wealth.

Mr. Parlato gave him a crash course on how to conduct himself in America. He provided advice on explaining his culture while learning and embracing his American acquaintances' culture in a way that fostered mutual interest and friendship.

Mr. Parlato gave him advice on business and casual dress in DC, from when to wear what color tie, how to dine with the sophisticated Americans at the finest dining establishments, how to draw out conversation with inquiries, when to speak, and when to listen.

I recall Mr. Parlato advised him to read aloud American and English poetry and literature - which Mr. Parlato selected to help him improve his diction and practice at home, something he did.

The young man wanted to retain Mr. Parlato's services longer term for a substantial figure. However, because he was preparing for a trial, Mr. Parlato was obliged to decline the offer.

While I have known Mr. Parlato for several years, I heard of him before I met him.

For several years, I was a consultant for Basit Igtet and managed his campaign for president of Libya.

Mr. Igtet's wife is Sara Bronfman, an heiress of the Seagram's liquor fortune. Along with her sister, Clare Bronfman, she was a leader and financier of an Albany-based group called NXIVM, a purported self-help group many call a cult.

Because I worked with Mr. Igtet and Ms. Bronfman-Igtet, I spent time in Albany, where NXIVM was headquartered.

I came to know the members of Nxivm well. While many members were sincere, I observed that most were broken from the inside. I observed that the NXIVM program was built on weak and damaged people. I did not care for the environment.

I was in Albany when Frank Parlato started writing stories about NXIVM. I know the impact because when I arrived in the morning to meet with my clients, Mr. Igtet and Ms. Bronfman-Igtet, I learned that as soon as they woke up when they were still in bed, the first thing they did was check Mr. Parlato's online paper, the Frank Report.



**LIBYAN AMERICAN COALITION**

All NXIVM members would check Mr. Parlato's blog constantly. Everyone in NXIVM looked at the Frank Report online to see if anything new came up.

In the beginning, I observed his stories frightened everyone in NXIVM.
I couldn't say it to anyone, but when I saw Frank Parlato fighting them through his stories, I felt he wanted to expose them, and they needed to be exposed.

Sara Bronfman and her sister Clare insisted Mr. Parlato was lying. Clare Bronfman said he was a criminal, and she had gotten the federal authorities to indict him, which is why he was writing lies.

But I observed that what Mr. Parlato wrote was true. I also knew that Clare Bronfman acts innocently, but behind the scenes, she will frame a person. She's done it many times.

I suspected this was what she did to Mr. Parlato, using money, lies, and power.

I continued to read his articles and observed what was happening around me. Ultimately Mr. Parlato's stories caught the attention of the New York Times, and the FBI became involved.

Sara Bronfman left the USA for France, while Clare Bronfman fled to Mexico with NXIVM leader Keith Raniere.

Sara Bronfman dropped her, "Frank is lying." She said she did not know about the secret "sex cult" of the NXIVM group that Mr. Parlato exposed.

After Mr. Raniere was arrested in Mexico, I was asked to receive Clare Bronfman at the airport in New York when she came in with the FBI from Mexico.

Because of the integrity and determination of Frank Parlato, countless lives were saved. The government held the NXIVM leaders accountable as they should be.

Clare Bronfman, who filed a criminal complaint against Mr. Parlato, is in prison, and her sister, Sara, is in Portugal, planning not to return to the USA.

Both personally and professionally, I can attest to Mr. Parlato's integrity and courage. His role in exposing a dangerous cult while facing federal indictment for charges lodged against him by a leader of that cult, an enormously wealthy woman, was commendable.



LIBYAN AMERICAN COALITION

That the accuser Clare Bronfman became the accused through the accused's stories is startling.

I consider Frank Parlato a friend and colleague. I hope my narrative of my experiences with him is helpful.

Thank you, Your Honor.

Feisal M Feituri

CEO
Info@thelac.org
813-220-5715
202-600-0711

The Honorable Richard J. Arcara

Senior United States District Judge

Western District of New York

2 Niagara Square Buffalo, New York 14202


My name is Pete Peterson, and I've been a licensed massage therapist for over 20 years, a massage instructor for one year, an inventor for 12 years, and a professional musician for over 30 years.

I am very proud to call Frank Parlato my friend.

Frank is one of the most honest men of character and integrity I have known. He has gone out of his way to help me in many ways. His kindness is unlike any other person I have ever met.

I have met many people who feel the same way I do. My trust in Frank is very strong. He has a lot of insight, and I respect his years of experience and guidance. I could not think of a better person to mentor my future.

I hope to look forward to many more years of knowing him and becoming a better man because of it.

Your Honor, I want to thank you for your time and consideration.

Pete Peterson
Nashville, Tennessee
Contact: info@akuflex.com

November 11, 2022

Kristin Keeffe
ACP 2515
P.O. Box 1110
Albany, NY 12201

Hon. Richard Arcara
United States District Judge
2 Niagara Square
Buffalo, NY 14202

Re: Frank Parlato Sentencing

To The Honorable Judge Arcara,

I have known Frank Parlato for fifteen years. We met in late 2007 when he was hired as a consultant for the NXIVM Corp, and Clare and Sara Bronfman. At that time, I was the senior paralegal for NXIVM and the Bronfman's and Frank's main and usually only point of contact for his position. I have a child with NXIVM's leader Keith Raniere who was born in 2006.

During our work together at that time, Frank discovered an enormous financial fraud happening within a Los Angeles real estate development project Clare and Sara had invested $26 million in. He uncovered the fraud, and deftly took over the company for them saving their investment and the company whose value was $82 million. It was a huge effort and Frank worked tirelessly around the clock. I had never worked with someone so competent and diligent. It was stunning. Despite his success, Clare and Sara ended their business relationship with Frank acrimoniously shortly thereafter. Much to my dismay.

Three years later, out of nowhere, Clare informed me she wanted to sue Frank. I was tasked with meeting with her attorney to evaluate a potential civil action against him. I did so, and the attorney informed me there were no grounds for a civil lawsuit based on careful review of all our business dealings with Frank.

I was relieved. By then I was desperate to get my son and I away from NXIVM, Keith Raniere, and Clare and the last thing I wanted to be involved with was a bad faith civil litigation against a good person. Without my knowledge Clare went ahead and filed a civil lawsuit against Frank anyway and made a criminal complaint.

In early 2014, after years of trying to find a way out of this horrible cult and witnessing a continuous escalation of criminal conduct by Keith and Clare, I went to the New York State Police and reported all the criminal activity I was aware of. Keith and Clare found out and I had to go on the run from them with literally only the clothes on my back and my young son in tow.

My whole life had been this cult, I didn't have a single friend or contact outside of it. Overnight, every single person I knew was against me. I was terrified for myself but even more for my son.

When I worked with Frank years before, he had no idea the abuses that were happening in secret to me and other women in NXIVM, nor did I tell him. I hid it. However, he must have sensed something was off and one day he had said to me as an aside "you know, if you ever want to leave these people, I usually keep a second home in Florida. You could go there, and I can help you start over." I said, "Thanks" and we never discussed it again.

Then in 2014, after going from domestic violence shelter to domestic violence shelter for weeks on end with my son, trying to get as far away from NY as possible, I remembered this. The State Police had decided to do nothing to investigate NXIVM or protect us. Not a single friend or anyone I knew would help us. Keith filed a lawsuit against me, Clare hired a team of private investigators to hunt me down and gave them a $1 million budget. She made a false criminal complaint against me with the New York State Police accusing me of theft.

I called Frank. We hadn't talked in many years. I said, "Can you help me?" He said, "Of course. Where are you?" My son and I were in a shelter in Virginia, and he sent an assistant to immediately come and get us and brought us to Florida. You'd think I'd have been shocked at the time, but I wasn't, because that is the kind of person Frank is. I knew he would help us and in the years since I have watched him help so many other people too. He gave us a little guest apartment to stay in, bought us clothes, a phone, a computer. He interfaced with the State Police for me to make sure the false charges Clare had filed against me were dropped. He talked to the press for me when news of my escape hit Albany. He helped us in every way, and he saved our lives, literally.

Frank never once considered the potential peril to himself for helping us either. Since then and despite facing enormous hardship in his own life he has been a rock of support throughout the years. He's always someone I know we can count on. I would be heartbroken if after all the good Frank has done, he was sentenced to prison.

Respectfully,

Kristin Keeffe

Johnny A Helms
2502 Falls Street
Niagara Falls, NY 14303
716-990-4028
j.allen.helms@gmail.com

September 22, 2022

HON. RICHARD J. ARCARA SENIOR
UNITED STATES DISTRICT JUDGE
2 Niagara Square
Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara:

My name is Johnny Helms, I have been employed in management at One Niagara for

over 12 years. In addition to my duties at One Niagara, I am the owner and operator of

Café d'Amour located in the One Niagara Building and, own and operate The Music Lab which is

a pro audio production studio located in Niagara Falls.

In the winter of 2007, I was working on an album with Tim Parlato, the project took

several months to complete. During this time, I had the pleasure of becoming good friends with

him. Tim would often talk of his dad and had suggested that I meet him. In the spring of 2007, I

was invited to have dinner with Frank Parlato and a few of his associates at a local Indian

restaurant. Upon meeting Frank, I was immediately drawn to his intelligence and good nature.

After meeting Frank that night we started to meet regularly and started to develop a great

friendship. In the summer of 2008, I started working with him at One Niagara. During my time

of becoming friends and working with Frank, I found that my original impression of Frank was a

genuine observation.

One day I was standing with him at One Niagara in the parking lot, when a local

homeless person approached us asking for money. My first impression was to send her away

but frank, with his kind nature, started a conversation with her and treated her like an equal member of society. I was amazed to see someone of his stature treat a homeless person with such respect. After a brief conversation with her, Frank gave her a few simple tasks to complete. He had had her walk around and push in all the chairs in the food court. When she completed this task, he gave her some money and she went on her way. After she had left, I asked him "why did you do this?", and Frank said to me "everyone should have the opportunity to prove their worth". A few months later she returned with a much cleaner appearance and was given a job in the cleaning department. Had Frank not given her this opportunity who knows where she would be. I have witnessed countless acts of selflessness that have changed people's lives for the better in the time of knowing Frank Parlato that can never be forgotten.

There have been times in my life where I would seek Frank Parlato's insight with personal issues that would arise. He has always offered just the right amount of insight to help me persevere in life. Frank has always been a good friend and a spiritual mentor to me. When I met Frank, I was going through a bit of life changes. I was working with my father doing auto mechanics. I was unhappy with my profession and looking for a something that challenged me professionally, mentally, and spiritually. I have always been one to seek knowledge and a deeper purpose in life. I was enthralled by all the cultures and the people I got to meet, and this was exactly what I was looking for at this point of my life. It was a bit of a cultural shock for me, and it just made me want to seek more knowledge of culture and the understanding of people. I was gratefully how I was respected and treated when I first started with Frank. Frank had this huge library of books on the 8th floor of One Niagara where he would lend me books on different subjects and enlightenments. I had attained so much knowledge from the information that was made available for me.

Frank has always spoke with truth and honesty and has encouraged me to do so, no matter what the outcome was. This trait was very inspiring to me. For most of my life I would find myself often hesitant to speak my mind or nervous to speak the truth in fear of judgment for my thoughts. During a deep conversation about truth one day, he shared with me a quote: *"If the whole world stands against you sword in hand, would you still dare to do what you think is right?"*. This has stuck with me since that day. I have never meet someone more honest and fearless with their words as Frank Parlato. I was mesmerized most of the time for the first few years of knowing Frank because it was so impressive for me to see someone of his stature be so down to earth and so generous with his time. No matter who it was, rich or poor he will give everyone equal opportunity to speak to him. Frank can see people for who they truly are and sometimes his candor can make a person squirm a little, but I have found very few people that have something bad to say about him and when they do, I find most of the time they are dishonest themselves and with others around them.

Your Honor, I appreciate your time reading my letter and I could go on and on how Frank has changed my life for the better. I just feel it's important to give you some insight to who Frank Parlato is to me and what he means to me. This man is a blessing to this world, and I think more people deserve the opportunity to learn what Frank Parlato has to offer. If you have any questions, do not hesitate to contact me at 716-990-4018

Respectfully,

*Johnny A Helms*

Johnny Helms

October 1, 2022

HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Honorable Judge Arcara:

My name is Jayne Lyons, I am the mother of an abuse victim/survivor of J. Michael Shoemaker aka Swami Chetanananda. My daughter was harmed from 2016 to 2019, while a "student" at the Movement Center run by Shoemaker. She is still suffering physically and emotionally from her abuse at the hands of this evil man. I went to the police, the FBI, the Human Trafficking task force, the Department of Labor and other law enforcement, and social service agencies to report what had been done to my daughter and to others in the cult run by Shoemaker. Given the nature of cultic abuse and the unbelievable nature of this type of abuse, I was unable to get law enforcement officials, or any social service agency involved in investigating the abuse or in starting a case against Shoemaker. In January 2022, after the fourth psychiatric hospitalization of my daughter and after communicating with other victims of Shoemaker, I called Frank Parlato to see if he would help me expose the abuses of this cult the same way he had exposed the abuses of Keith Raniere and Nxivm.

My daughter and many others have been victimized by cults. I believe that Frank Parlato is also the victim of Keith Raniere and his followers. Because of Frank Parlato's experience with the Nxivm cult he quickly understood the harm and abuse that J. Michael Shoemaker was doing to his "students". Frank Parlato has used his social media to expose the abuses of Shoemaker. Through reading the Frank Report articles on Shoemaker, many victims/survivors have reported their experiences to Portland law enforcement, others have come out publicly about their abuse and some are working with an attorney to start a civil action against Shoemaker and his cult. Through these articles, victims/survivors have established communication and are working together to stop Shoemaker's abuse.

Frank Parlato has a distinctive journalist style. His articles have brought out many of the abuses that Shoemaker has carried out over the 50 years he has been in operation. Frank Parlato has been willing to work with all the victims/survivors and to respect their privacy and their traumas. Frank Parlato has been the only person who took my story seriously. One law enforcement officer listened to me and my daughter but he "could not make a case" and went no further. Frank Parlato's work with the other victims has alerted law enforcement and they are now actively involved in investigating J. Michael Shoemaker in his new cult headquarters in Gold Beach, Oregon. One family member called to tell me that because of Frank Parlato's reports her sister was able to escape from the cult. Another family member is in touch with ex-members to find out more about the death of his brother at the Center in Portland run by Shoemaker. All of this has happened because Frank Parlato began publishing articles about the abuses of Shoemaker in April of 2022. More information will be revealed if Frank Parlato continues to publish the statements and experiences of Shoemaker's victims. We need Frank Parlato to continue to publish the statements, experiences, and testimonies of the victims/survivors and ex-members of the Shoemaker cult. We need him to keep exposing this abuse until justice rolls down on J. Michael Shoemaker the same way it put Keith Raniere in prison for 120 years.

Respectfully;

Jayne O. Lyons
(signed)

jaynelyons@hotmail.com
929-608-6984

DATE: 9/24/2022

ADDRESS: HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

BODY:

Dear Judge Arcara,

My name is Derek Sturman and I'm a 28 year old entrepreneur who met Frank Parlato within months of starting my first business in 2018.

I was immediately impressed by Frank's history as a journalist, which includes helping to expose one of the 21st century's most heinous human trafficking syndicates (NXIVM).

Frank has helped me tremendously on my journey as a public relations agency owner. His commitment to truth and journalistic integrity are unparalleled, and his character is above reproach. Each year, millions of readers rely on Frank to help learn the truth. I'm one of them.

I've learned a lot from Frank in the years I've known him, and I hope to learn even more from him as my business grows. He's an incredible talent and principled professional. His presence in journalism and media gives me hope that integrity will one day reign supreme in the age of the internet.

Sincerely,

Derek Sturman

ATTN:
Hon. Richard J. Arcara, Senior United States District Judge
2 Niagara Square
Buffalo New York  14202


October 10th 2022


My name is Robin Milbrand and I have been close friends with Frank Parlato Jr. since 1970. I have been working with Frank, his father and brother for over 50 years. I have always known Frank to be a unique person with a very creative mind. He has extreme loyalty and honesty to his friends, family and acquaintances. I have participated with him on real estate ventures, property re-development and tourist services. All his projects were successful because of his tireless work ethic and intelligence.


Thank You

Robin Milbrand
716-717-5292

September 20th, 2022

Attn: Hon. Richard J. Arcara

2 Niagara Square

Buffalo, NY 14202

RE: Frank Parlato

Dear Judge Arcara,

My name is Matthew Cole, I am a business owner & resident of Niagara Falls, NY.

I was born and raised in a trailer park, but grew to become reasonably successful.

It seems to me it's the struggle that builds the character, the fire that strengthens the steal.

Due to the ebbs & flows of my life and career, I have had the ability to intimately & personally

know people of all walks of life... from leaders of global industry, to homeless addicts, to blue

collar men and women who have to take a shower after work. Those are my people.

It's always struck me deeply how we all laud and praise the wealthy and powerful, how people

will do literally anything just to be physically near them or have even a brief word. In fact, much

of my adult life is spent being the bubble separates & protects them from the average man.

Yet, we all so easily ignore those among us at the bottom of the pyramid of life.

I have known Frank Parlato for roughly 15 years. We originally met at a city function here in Ni-

agara Falls and quickly grew close. It was immediately clear to me in that conversation that

Frank was very different than most people. That is to say both that, he processes and analyzes

information differently, and also that his motivations and reasoning are very different.

The questions he would instinctively ask, right out of the gate, are such to attempt to peel back

the layers of an individual's life in order to find their goals & dreams, and their skill sets & ability

to achieve their own American dream. Then, where & how he can guide or help them on that

journey. When we first met, I was a young guy with little to no resources, but a desire for a better life for myself and those around me. That is to say, there was literally nothing in it for a much older person of -by local standards- influence and power, to even entertain a conversation with me. Yet, ignoring for a long periods of time several local dignitaries who very much wanted his attention, the conversation Frank did entertain, ended with him saying "I do not understand why you are not already a millionaire... But, I'd like to help you figure it out." Since that first conversation, I have personally witnessed this magnanimous mindset & behavior from Frank on many many occasions.

The most perplexing part to me, however, has always been less to do with his very uncommon benevolent focus, but more so who it was focused on. We are all familiar with the idea of supporting or glad handing someone of power & influence, in order to somehow curry favor later on. That would not be uncommon at all.
But, that is not and never has been the target of Frank's attention.

With Frank, the focus has always been on the very least among us... A deep seemingly interrogative conversation with a waiter or waitress, while our food gets cold, to try to find out what they want out of life (their own restaurant perhaps), their family's needs, and how he can guide them with his experience or aid them with his resources... A similar conversation with a homeless person or addict, to understand how they came to be in their situation and help them determine a path out, all while a town mayor or councilman waits awkwardly by for Frank's attention or has their calls ignored.

Your Honor, I have personally witnessed this "pay it forward" behavior & mindset from him on countless occasions. It's a known fact that if you meet Frank for his much beloved coffee or lunch or a perhaps a business meeting, contrary to the environment one may think they are walking into, it's usually not a 1 on 1 affair. Frank will almost always have several strange or

seemingly out of place (for a professional setting) people with him. Quite honestly, Your Honor, as our friendship and Frank's informal mentorship of me grew over the years, this drove me (a very private person) completely insane. That is, until I eventually came to understand his reasoning & intentions.

One awkward young guy with him would turn out to be a young immigrant kid who's desire to have a career in the music business Frank is trying to guide, because he sees apart of himself many years ago in the young man. Another disheveled looking woman, would turn out to be a single mom that Frank offered to give a part time job to as his driver (that Frank had no need for) because Christmas was coming and she was scare of not having money for both her bills & Christmas presents for her kids. Or, one of our waiters that Frank hired & would bring to meetings for a period of time (to my annoyance) as a writer for one of his papers, because Frank could see the guy was stuck in a dead end job and was hoping to learn a new career.

Your Honor, I am thankful that I am not qualified to make such a judgement as you are required to do here. As such, I would most certainly not assume to tell you how to do so. But, if I -as a business owner & resident of this community- may submit a single request to you, Sir...

It would be that you judge Frank Parlato not for the errors and omissions we have all made in life... but, in fact, for how he treats the least among us. And, in doing so for the contribution he has made to our community and the lives of the people he has, does, and will continue to enrich.

Respectfully,

Matthew Cole

310-926-8591

November 1, 2022

Honorable Judge Richard J. Arcara
Senior United States District Judge
2 Niagara Square
Buffalo, NY 14202
Re: Frank Parlato

Dear Judge Arcara,

I was brought up in Western New York. My mom and dad owned a store facing the old Occidental Chemical Building. And staring and watching that building year after year, from the 1990's to 2004, I watched that building become more and more vacant, more and more disheveled; popped out windows.

My mom's business was dependent on the nine stories of offices that were supposed to be in that building. The employees would come into that walkway and walked to the center to get their lunches every day on their lunch hour. My mom's business thrived on those lunch hours. And year after year more and more offices vacated that building. To the point in 2003 where walkways were nearly empty; no one cared.

And then in 2004, he was like an ice sculptor. He took a blowtorch to a useless behemoth, and then carved it into a viable, wonderful next generation enterprise. He was Frank Parlato.

But when my family first heard about Frank Parlato coming into town, we worried about the power of the national chains such as Subway and the like taking over. We were sure it would be the end of the mom-and-pop businesses. But Frank was very adamant and put his foot down.

He chose not to cave to the pressures of big business and focused and worked for what was best for the local people. He kept my family on the shoulder, and he gave us a green light and went there.

And I watched the city of Niagara Falls and I watched the state of New York from late 2004 to the day Frank sold the building in 2010 give him the Malachi crunch. They did everything in their power, these are city and state governments who did everything in their power to not let the private entrepreneur in the game anywhere. They were relentless. They did not give this guy a break.

The city and state governments used all their power to stop him from helping the local businesses. And I've watched firsthand for years. And I've watched Frank Parlato and what they did constantly, and I doubt most people have ever seen anything like it their entire lives. And I pray to God, I never see it again. It was disgusting. I don't know if it's political. I don't know if it's personal. But the word vendetta is written all over it.

And I can think of a million times when my family, on every level has gained some benefit from him taking an eyesore and building it up to a working profitable tax generating enterprise. And there are so many families just like mine that owe their successes to Frank.

And I can think of four or five times when I've made my own personal mistakes, and Frank has put his cloak around me, and forgave me. Frank is courageous and forgiving, but he's strong.

He was determined to resist the national chains, but he had clear expectations and values. There are more than a handful times that Frank got tough on me. One time he came into the store and began pulling merchandise off my mother's shelves; you know stuff that was like Spencer gifts related and you know the 18 plus the mixture, that dirty, sexy like stuff. Frank Parlato would tolerate none of it. His standards were clear and good for everyone. He wanted One Niagara to be a family-oriented place.

Our family and Frank had a successful, respectful partnership. What was remarkable about it, what made it different from other business ventures was there was never any problems; there was no conniving. In business when it's been a case of shaking hands, there's the inevitable bait and switch. With Frank Parlato that was never the case. Frank would shake the hand and he never faltered. It never got bumped up, it never got baited. Never ever. His handshake and word meant something. A deal was a deal with Frank.

Frank Parlato built an empire by bootstrapping it. We didn't take any taxpayer subsidies. Our families, my mom and dad, did this with our own sweat and effort. There were no handouts. I witnessed and watched day after day, year after year. From the late 1990's to date, I know what happened. I know the financial and emotional impact of years of demise of an area. And I know the unbelievable opportunity Frank Parlato single-handedly fought to provide to the residents. These opportunities changed the trajectory of our lives, and we benefit still to this day.

Please consider the tremendous good he has done for so many of us and our community.


Thank you,

*Darren Gibas*

Darren Gibas



The Honorable Richard J. Arcara

Senior United States District Judge

Western District of New York

2 Niagara Square Buffalo, New York 14202

My name is Pete Peterson, and I've been a licensed massage therapist for over 20 years, a massage instructor for one year, an inventor for 12 years, and a professional musician for over 30 years.

I am very proud to call Frank Parlato my friend.

Frank is one of the most honest men of character and integrity I have known. He has gone out of his way to help me in many ways. His kindness is unlike any other person I have ever met.

I have met many people who feel the same way I do. My trust in Frank is very strong. He has a lot of insight, and I respect his years of experience and guidance. I could not think of a better person to mentor my future.

I hope to look forward to many more years of knowing him and becoming a better man because of it.

Your Honor, I want to thank you for your time and consideration.

Pete Peterson
Nashville, Tennessee
Contact: info@akuflex.com

September 20, 2022
HON. RICHARD J ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202
RE: Frank Parlato

Judge Arcara,

In 2011, the year I took a sales position working for Frank Parlato at The Niagara Falls Reporter. After meeting with Frank, I quickly learned that he is highly respected and known by many as he introduced me to the city and people. I was really excited to continue to move forward. I am grateful that Frank took me under his wing as his leadership has helped me grow into my potential.

Frank provided me with the resources and support I needed to flourish and be successful in my career and personal life. His calming presence always makes me feel at ease, in many cases, at peace within myself and with others. I feel fortunate that our paths crossed. I have a deep appreciation for all the help and guidance Frank has provided me with over the years, both professionally and on a personal level. Subsequently, this has made me realize that I have the capability to chase my dreams. For this, I trust Frank and consider him not just a boss and a mentor, but also, a friend.

One memorable experience is when Frank and I met at Como Restaurant in Niagara Falls, NY and discussed my goals. I've never had someone invest so much time in my future before. Frank is a wonderful boss, leader, mentor and great listener who has deep compassion for others. From that day forward, I had a strong desire to emulate these mentoring skills to those in need. To this day, I have been successful in doing so, and what a fantastic feeling it has been. I will always be grateful to Frank for his kindness, patience, and compassion in guiding me on the right path.

Frank has always demonstrated strong business ethics while offering useful advice. His wisdom and courage are an inspiration and defines his character; loyalty and bravery. Frank has an uplifting, friendly, positive spirit that fills the room, while making others smile and feel good. Although reserved and professional, he does have a witty sense of humor; unpredictable and exciting to say the least.

Frank has dedicated his life to the service of humanity. He has a gift to connect with people. He listens with patience and heart. For this, I consider Frank not only a boss, but a true friend. Someone who I can trust, and I treasure everything he has taught me. Frank has proven himself to be full of

perseverance and integrity with his people-loving nature. I hope to continue to inspire others like Frank has inspired me.

Meeting Frank was a turning point in my life. As a result, I am stronger, wiser, and more confident today. It is amazing how one person can have such a positive impact on one's life. For me, Frank Parlato is that person.

Today, I am a strong, confident, successful businesswoman filled with pride and passion. When faced with life's uncertainties and challenges, I am always reminded of how to remain focused and fearless (just like my mentor). It is true, people come into your life and exit. Then, there are those who stay with you along the way...even after your time together has passed, it remains unforgettable. Frank Parlato is this person, my mentor.

I feel blessed to have the opportunity to express my thoughts.


Thank you.

Michelle Reeb

HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara:

My name is Parris Rigby of Dallas Texas. I have a degree from Texas Tech University in early childhood Elementary education. I am a certified teacher licensed with the state of Texas for 25 years.

I taught elementary school and high school. Then I started my own staffing company where I did placements for paralegals and attorneys within law firms in Dallas, Texas.

I also volunteered and hosted charity events for 10 years. I hosted the largest Halloween charity event in Dallas where 1000s of people would attend. I also assisted in national charity events.

I did restaurant and hotel openings in Dallas. I did annual spring parties. I did events for our policemen and our firemen. I hosted the Guns and Hoses events. I helped raise money for military law enforcement and individuals in need.

Then one day I became a victim of serious abuse. I would not care to get into the nature of that abuse, but it went on for several years. It traumatized me because I was unable to stop it or get legal or law enforcement help I needed.

I went from being the host of some of the largest charity events in Dallas, who started my own business, to a woman who didn't leave my home.

I was so traumatized I actually did not leave my home for several years.

After years of trauma, I had the opportunity to meet Frank Parlato via a telephone call.

We spent about a month or so on the phone talking. Frank had a lot of things going on as far as projects. Yet Frank always took my call, and he was the first person to actually listen to what I had to say.

If I called him at two o'clock in the morning, Frank would be there for me. If I was having a meltdown, an emotional, traumatic, PTSD, he was there.

I decided one day that because he was helping me resolve my situation I needed to meet him in person.

I felt comfortable getting on a plane and meeting him in Florida.

Anybody that knows my story especially here in Dallas, because I have a public image and public persona couldn't believe it.

Everybody was shocked that I got on a plane and everybody could not wait to meet Frank Parlato because they were like "Frank Parlato got Parris Rigby on a plane and she's feeling like she can live a normal life again."

I remember my friend Rebecca's exact words. She said he's the miracle worker.

The level of compassion that he provided me was something that I will never forget.

I ended up working with him in Florida. Then I went to New York City and spent a month there helping him with a documentary and writing project.

I went from not even being able to walk to a stop sign here in the neighborhood in which I grew up in Dallas to going around New York City and making sure everything was taken care of.

To this day, I believe that if it wasn't for Frank Parlato giving me that opportunity to first listen to my story and show empathy and compassion, and then going to visit him, I think I would still be in a state of not moving forward, in that fear state, not leaving my home.

I've often wondered if I would have remained in that state for the rest of my life because the trauma from my abuse was that bad.

Because of him, I attribute my life and where I'm going, and I'm finally going to be vindicated.

I am now doing a podcast and able to go out in public again and live a normal life in Dallas because of him.

He could have easily written me off. But he didn't. He changed my life. I would not be where I am today and where I'm going if it wasn't for him. I just hope that one day I'm able to reciprocate what he did for me.

I went from being a most competent business person with a public presence in Dallas to a victim of abuse left with no confidence and terrified to leave my home.

Through his compassion and empathy, I gained my confidence back and came back to Dallas a completely different person than I was before I left and that is all thanks to Frank Parlato.

Yours sincerely,

Parris Rigby
October 2, 2022

Maria Rosa
232 Colvin Avenue Buffalo, New York 14216
January 15, 2023


HON. RICHARD J. ARCARA

SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202


RE: Frank Parlato


Dear Honorable Judge Arcara:


I am writing this letter in support of investigative journalist, Frank Parlato, asking your honor to consider leniency during the sentencing scheduled for April 3, 2023.


The public good would be served by your decision similar to how it was served after Mr. Parlato helped the families and the victims of sexual abuse and exploitation from the harmful influence of human and sex trafficking after he published their stories in the Frank Parlato Report, beginning in 2017 and culminating with the sentencing of Keith Raniere, founder of the sex cult Nxivm in 2020.


Mr. Parlato's reporting began before the New York Times published a story, "Inside a Secretive Group where women are branded," using the stories Mr. Parlato published in his blog in 2017 and read by a prosecutor in the Eastern District of NY after Mr. Parlato and actress Catherine Oxenberg turned over a memorandum entitled, "Criminal Activity involving Keith Raniere" that led to the involvement of the FBI and subsequent arrest of Raniere.


Sadly, there are cults in this country attempting to recruit through fraud and deceit innocent young Americans to a life of bondage in human and sex trafficking, an experience that happened to my only daughter while she worked as a textile designer in NYC. It started in the fall of 2017 after she had been invited to a party where she met members of the sex cult, "One Taste," similar to Nxivm though headed by a female. The group, through deceit and fraudulent means, recruited her, then later turned her into an escort.


On January 12, 2018, she appeared in a YouTube video that the company produced and published in 2018, which featured my daughter endorsing One Taste's deviant and perverse practice called "OM." This video is still published on YouTube called "I OM," with my daughter's name, on January 12, 2018, now with nearly 5,000 views.


In my desperation, looking for help after exhausting all other avenues, I came upon the writings of Mr. Parlato about Nxivm in his investigative blog, the Frank Report, and the assistance and

work he had done with Catherine Oxenberg whose daughter had been a victim when she was recruited into this secretive Nxivm group and branded in her pelvic area.

After contacting Mr. Parlato, he published a story about my daughter on his blog, "A cult worse than NXIVM? -A mother's pleas to rescue her daughter from 'One Taste!' on September 4, 2018.

In June 2018, Bloomberg News published a story, "The Darker Side of Orgasmic Meditation," that had given Mr. Parlato's story added credibility.

An FBI investigation ensued on One Taste. The company also uses the name The Institute of OM, and there is an ongoing investigation while my daughter continues under its influence I suspect due to a developmental disability that made her more vulnerable to its undue deviant influence and control over her life.

Fortunately, after Bloomberg News and Mr. Parlato exposed the group's deviant public sexual practices called OM, law enforcement began a preliminary investigation. One Taste closed down its recruitment centers. But One Taste did not stop. The company went underground, began recruiting on the internet, and developed its own APP to recruit the public.

In November 2022, Netflix produced a documentary about "One Taste," which shocked the public and increased my anxiety about what the company has done and continues to do to my disabled, vulnerable daughter.

Mr. Parlato wrote additional articles and met with me on several occasions. He gave me confidence, hope, and guidance. I got my daughter to return to Buffalo.

I needed the advocacy of Mr. Parlato, and I believe the public benefits if he continues to shine the light to expose these cults that have become a danger in our society, trafficking innocent young women and men to a life of human bondage and sexual exploitation.

Sincerely,

Maria Rosa, BSW, MS 716-308-4987

September 21, 2022

Allen Stanfield
AKA "Alanzo"
AlanzosBlog.com

HON. TICHARD J. ARCARA
SENIOR UNITED STATES DISTRICT COURT JUDGE
2 Niagara Square
Buffalo, NY 14202

Dear Judge Acara:

I am a writer who writes about minority religions and sub-cultures in America. My focus is on "Critical Thinking on Cults & Anticults". I have been writing about this topic, from different views, for 37 years. My main interest is in preserving the rights of religious minorities in the United States against a disturbing trend of anti-cult persecution. Frank Parlato has published several articles of mine on his blog, FrankReport.com.

Frank Parlato has proven to me that he courageously supports, and repeatedly risks his own well-being for the 1st Amendment ideals which founded our country. He has done this through publishing highly controversial articles of mine, and of others - ideas which are presently in the minority regarding freedom of belief in the United States.

His work is vitally important. He proves that he believes in the principles of liberal democracy where the flaws in popular ideas must be exposed, and criticized, to illuminate where we are failing as a society so these failures can be repaired.

I believe that Frank Parlato's work is extraordinarily valuable to the liberal discourse of our society. Every single day he performs a vital function that supports the continuing survival of our republic.

I wanted you to know this, Judge Acara, about Frank Parlato and my experience with him.


Respectfully,

Allen Stanfield

- Date December 10, 2022

- Hon. Richard J. Arcara Senior

- United States District Judge

- 2 Niagara Square Buffalo NY 14202

- Re Frank Parlato

- Dear Judge Arcara,

- My name is Lisa Wheaton, I am an acquaintance of Frank Parlato, I met Frank when my daughter worked for Mr.Parlato at his newspaper.

- Frank is the most honest man I know. Always Respectful and kind. He helps everyone and not for selfish reasons.

- Frank not knowing me well, went to bat for me, and helped me save my house.

- He never required anything in return. Which says a lot about Mr. Parlato's integrity. Not many successful men, would have done the same.

- I will always be grateful to Frank.

- The one truly honest guy, I've had the pleasure of meeting.

- Sincerely,

- Lisa A. Wheaton

11/21/2022

Honorable Richard J. Arcara, Senior United States District Judge

2 Niagara Square, Buffalo, NY 14202

Re: Judge Arcara

Dear Judge Arcara,

My name is Ashley White. I am a survivor of childhood sexual abuse starting at age four and lasting until age 12. Both my biological father and uncle were convicted of sexual assault.

There was no stability in my childhood. There was one year I went to five different schools. I don't remember ever staying a full year in one school. I got pregnant and had a child when I was 14. I gave him up for adoption. I had two more children when I was 17 and 19. Their father left me and I was living in an unstable environment, with two small children when I met Frank Parlato.

He was the first man I met who treated me with respect and never took advantage of me. He was like the father I never had.

I remember talking to Frank on the phone at night. He asked me if I wanted to learn, and I was like, "yes, I want to learn."

He encouraged me to read and study. I started reading books in my house. For the first time in my life, I started to read because I wanted to, not because I had to do a school assignment.

Frank also gave me a job assisting him for a time. He did not let me go anywhere without a pencil and paper. Everything was a learning experience. At that time, I did not speak properly. I used street slang. Frank told me I could be more successful if I spoke in the language of the people I hoped to be with.

He told me, "As St. Paul said, 'we must speak to everyone in their own language." I worked hard to change the way I spoke, to speak clearly and slowly.

He told me to "speak with a mellifluous voice. It will mean as much as the words you say."

I didn't even know what mellifluous meant but he told me it meant to speak with a sweet and gentle voice. I remember praying to God to have "a voice as sweet as honey."

I remember he also taught me not to be a smart aleck. I was offending others by having a sharp tongue without even realizing it. I learned not to have a smart quick mouth.

No one had taught me these things. When I spoke to him, if I didn't use a word properly, he would correct me. I soon stopped using street slang.

I do not want to make it sound like I just went from meeting him to success. I have known Frank for 22 years. There were times when I did not see him for years. I started my own cleaning business and was doing well. Then I got into an auto accident, and was hospitalized. I lost my car and my business.

Because of the pain, I did drugs and soon became homeless. I was arrested. But I never sold drugs or hurt anybody, just myself.

If I didn't have Frank, I think I would probably already be dead or have committed suicide by now.

Through him, I slowly learned to believe in myself. I also got to spend time with his family. I remember thinking, "Now, this is a loving family." Sunday dinners, no fighting or constant arguing. Someone recited poetry. Being around intelligent people was awesome.

Frank would play the piano. I never heard anybody play like that. He is able to take a song and add a new melody to it. He can take a song and change it to a different type of melody that flows with that song You hear that song, and he adds all these other notes, and they sound like they belong there. He made me feel like that. Like I belonged with his family.

When his dad was in his 90s, Frank was very worried about him. Frank was under indictment and had to struggle to find work. Frank never acted depressed or felt sorry for himself.  I knew he was innocent and everyone who knew him knew.

He got a film deal to make the film the Lost Women of NXIVM for Investigation ID and he had to be away to make the film. Frank hired me to help take care of his dad and live-in at his dad's house. I could not tell his dad Frank paid me because his dad would not have let him because he knew his son was struggling because of his indictment.

Frank asked his dad if he would let me live there as a favor. His dad said yes, and I lived there a year. We became great friends, and he taught me a lot also. Frank's dad said to me that his one last wish was to live to see his son vindicated. But it never happened. He died on March 7, 2020, at age 94.

Frank's dedication and commitment to seeing I thrived in this world is incomprehensible to me. I am forever thankful.

Though I had a lot of tough times, I've turned my life around. I'm now engaged to a nice, successful gentleman who values me. I have more confidence. I can stand up for myself. I feel  I deserve respect. I feel I'm on the road to success.

Frank also helped me start a venture I never thought of. When I was taking care of his dad and the house, Frank realized I needed a hobby.  He asked me if I could draw and I began to draw. Then Frank bought canvas and oil paint and I began to paint. I did not know art was a way of life and a way to communicate. My artwork has been published and has drawn praise and can be found online as Marie White. I'd like to say that the artist Marie White is Frank's creation. I found something I love through his generosity and thoughtfulness.

Frank is a Godsend in my life.

One more thing I want to say. What Frank taught me, I tried to instill in my kids. He helped me change our family pattern because he taught me many things I taught my kids. With his help, I was able to break a cycle of abuse that would have kept continuing. His impact on my family was for more than one generation.

*Ashley Marie White*

Ashley White

The Honorable Richard J. Arcara

Senior United States District Judge

Western District of New York

2 Niagara Square Buffalo, New York 14202

Re: Frank Parlato

Dear Judge Arcara;

Thank you for your time in advance. The purpose of this letter is to humbly request that you consider leniency in your sentence of Mr. Frank Parlato.

I am a survivor of extreme domestic violence. My therapist is vetted in Federal courts to evaluate and treat refugees who seek asylum from torture and corruption. He reports and testifies to the Court. He has stated that my case is one of the most extreme cases of torture he has ever treated. Suffice it to say I was greatly traumatized.

Five years ago, I was researching my abusers, and it directed me to the Frank Reports investigation. There I read about the horrific abuse caused by the sex trafficking cult NXVIM. Reading how the articles saved victims of abuse gave me enough courage to contact FR.

At first, I was too terrified to go into any detail about my story. Back then, it was very difficult to trust anyone at that point in my life.

Much to my surprise, when I spoke with Mr. Parlato, he showed remarkable patience and respect while directing me through the hardest part of my entire life. While Mr. Parlato had great compassion, I will also say that he was straightforward and did ask me tough questions at times, forcing me to take accountability for my own destiny. Eventually, I did trust him. I trusted and so now trust him completely and that did not come easily.

Little by little, with his Herculean efforts, I felt safe enough to confide in him.

He then set out to tirelessly and selflessly investigate legal evidence that would then go on to prove what human atrocities I endured. His fair and thorough commitment to exposing the truth through the telling of my one story then inspired others to come forward and speak out. This then inspired me to advocate for others. This to me, is what real community is all about.

Mr. Parlato is a genuine leader. I can honestly say he has helped me become a better person and may have even helped save my life. I absolutely know I would not be who I am today without his help. Point blank, he helped restore my faith in humanity. I asked

him why he does what he does. He told me that he wants to help people. He said that he wants people to help each other. And that's exactly what he did.

I continue to be amazed by Mr. Parlato's continuous work helping countless others find freedom from their abusers. His fearless investigative journalism not only blows the whistle on deplorable bullies, but he has also inspired a pretty unique online forum community. As gratifying as it is to see the truth come out, it is also wonderful to read the comments by the public. He offers a safe venue which builds a much-needed community during these troubled times in the world.

Mr. Parlato's work is testimony to his character. I can honestly say he is a hero among men. His work and person are greatly needed.

Thank you again for your time. I appreciate your consideration.

Sincerely,

Jane Doe #1

With Your Honor's permission, I am submitting this letter under the name Jane Doe #1 because I fear my abuser might compromise my safety and privacy. I have disclosed my full name and contact info to Mr. Parlato's attorneys and asked them to provide these to Your Honor under seal. Please feel free to contact me at any time.

September 27, 2022

Dear Judge Arcara,

My name is Beverly Thomas and I was born in 1941. I lived in Buffalo most of my life and for the past 12 years have lived in Niagara Falls.

I met Frank Parlato through my late husband, Kenneth Thomas. They worked together on many projects and my husband never had a bad word to say about him. Whether the project had to do with real estate or construction, there was never any problem at all. Frank is always courteous and reliable. They always had good feelings towards each other and a good relationship. So much so, that even though my husband passed a long time ago, Frank is still a part of my life.

Frank also became friends with my son, Kenneth Thomas Jr. and he asked Kenneth to work with him on a project in California. It was a big investigation, taking a few months, and my recollection is they were able to recover the missing real estate or money they set out to find. My son told from working with him day and night that Frank was committed to doing the right thing and to doing things the right way.

I also remember Frank for his work on the One Niagara building. It brought jobs and visitors to the area. It raised the quality of life for residents of Niagara Falls and local people.

What impressed me a great deal about Frank was how he cared for his mother. Dementia is not easy for any family and Frank was there for his mother for many years. He was by her side, and she was able to stay in her home. He didn't just pay for other people to help her. Other people may have been too busy, but Frank was with her. It showed me how good his values are.

I've lived a long life and have seen a lot in my time. I know what a good human being is. I'm an elderly woman living with my two German Shepard service dogs and my two parrots. I've trained service dogs my entire life. Frank Parlato has no need to keep in touch with me, but he does. That says a lot.

I'm thankful I have managed to be independent and don't need Frank's help. But what I would like you, Judge Arcara, to know, is that I could call Frank tomorrow and he would be the first person to offer to help me. And Frank doesn't just say the words. He makes a commitment and follows through for you, to alleviate your worries.

Frank is the "go to person" for many, many people because he is such a good, capable person. But people forget that sometimes a strong, go-to person could use help once in a while.

I hope this letter helps Frank Parlato because I know a good human being when I see one. I know my late husband would also endorse Frank's character and reputation personally and professionally. I've lived a long time. I don't ask for anything from anyone unless it's very important. I'm asking you to realize that we all need Frank Parlato in our lives and in our community. He's a good man.

Thank you,

Beverly Thomas

October 31, 2022

Honorable Judge Richard J. Arcara,

Senior United States District Judge

2 Niagara Square, Buffalo, NY 14202

Re: Frank Parlato

Dear Judge Arcara,

My name is Frank W. Dux. I have known Frank Parlato professionally and personally since 2015. I consider Frank a close friend, and I thank you for the opportunity to explain to the court the kind of man Frank Parlato is and how much he is needed and valued in our society.

To introduce myself, I am a source contributor to the US Navy SEAL Combat Fighting Course, K-431-0097. It is still in use today.

I was the keynote speaker for the Federal Law Enforcement Officers Association, FLEOA, in 2009 and 2010.

I am an adjunct faculty member of the Criminal Justice Institute in St. Petersburg, Florida and instructor for the US Drug Enforcement Agency's High-Intensity Drug Task Force (HIDTA).

I'm also a martial arts instructor. I was the International Fighting Arts Association (IFAA) World Heavyweight Full-Contact Kumite Champion from 1975 to 1980.

https://www.facebook.com/Duxryuschoolofstealth/videos/hanshi-frank-dux-getting-an-award-from-the-world-mma-council/716078685598088/

In 1996, HarperCollins published my autobiographical book "The Secret Man: An American Warrior's Uncensored Story." I also wrote the story for the 1996 movie The Quest, starring Mr. Van Damme and Roger Moore.

*Because it relates to something Your Honor might wish to know about Mr. Parlato,* I will share my IMDb 'mini biography' by *David Hilton Epstein.*

See: *https://www.imdb.com/name/nm0245235/bio?ref_=nm_ov_bio_sm*

"Frank Dux is a Martial Arts legend surrounded in both fame and controversy. In the early 1980s, Dux was the center of a now-famous article in a well-known martial arts magazine, highlighting his career as an underground fighter for a secret organization located in Asia. A number of years later, Dux's fight career was the subject of Jean-Claude Van Damme's hit movie, Bloodsport (1988). The ending credits lists Dux's fight stats, crediting him with 56 consecutive knockouts, the fastest knockout, and the most

victories (over 300). It was following this, that Dux became the center of controversy, with many fans and martial artists casting an unbelieving eye in his direction. Regardless of this, Frank Dux is still considered a martial arts legend."

Early on, I told Frank of my situation where detractors tried to place me in a false light.

He didn't take my word for it. As much as he may have wanted to believe, Frank Parlato considers all possibilities and then dedicates himself to finding the truth, no matter how long it takes. He researched and diligently found and interviewed people. As a result, Frank discovered information I didn't know anything about but help to put me in a true light.

Frank wasn't afraid to tell the truth even when critics attacked him.

As I have told Frank, my only criticism of him is that he bites off more than he can chew because he is a rare kind of man who tries to help everyone. If someone asks for help, he makes time for them. Frank takes phone calls in the middle of the night from people who feel desperate and have lost all hope, and he gives them hope. He does more than that. I worked with him personally to rescue several victims; among them he rescued a daughter and protected her mother from possible physical threat. He helped to rescue numerous women from danger and sexual and financial exploitation. Very few people understand the physical risks that we undertook; that's a story that has not been told.

I witnessed this firsthand, as Frank was a guest in our home, and my wife and I have been a guest in his home, working alongside him.

We highly value our friendship with him.

Frank Dux

Frank W. Dux

September 21, 2022

Hon. Richard J. Arcara Senior U.S. District Judge

2 Niagara Square Buffalo, New York 14202

Re: Frank Parlato

Dear Judge Arcara:

I am the founder and publisher of the weekly newspaper Artvoice, founded in 1990. I have known Frank Parlato for decades. In 2015 the newspaper was in danger of folding as the result of both changes in media moving from print to online, and an ongoing 7-year lawsuit against the City of Buffalo for selling Artvoice a building loaded with asbestos and several other code violations that cost the paper hundreds of thousands of dollars.

I invited Frank to be a partner in Artvoice to try and help save the paper. Frank believed in the value of Artvoice to the community and selflessly invested thousands of dollars to keep the paper afloat at great financial loss to himself.

However, there was a surprise bonus with his investment that I had not been expecting. While most people think of Frank Parlato as a businessman, we discovered he is also a talented and relentless investigative reporter.

It was the dozens and dozens of investigative articles that Frank Parlato wrote regarding Keith Raniere and his cult NXIVM that eventually brought that criminal enterprise down. His articles gained traction and attention from major news outlets including the New York Times and several television newscasts. That flood of information was picked up by law enforcement eventually led to formal charges being lodged against Raniere and several top NXIVM associates.

Labeled an American racketeer, Raniere was convicted for several offenses including human trafficking, sex offenses, slave labor, child pornography and fraud. He is currently serving a 120-year sentence in a federal penitentiary and many of his victims are being compensated for the trauma he cause them.

Frank Parlato wrote a number of other investigative articles that also resulted in positive outcomes for victims who otherwise had no one to speak up for them.

Sincerely,

Jamie Moses

Vik Bhargava
4870 Lakeshore Road
Hamburg, NY 14075

September 22, 2022

HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square
Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara:

I would like to write this letter on behalf of my dear friend and mentor Frank Parlato Jr. Frank has been a major

positive influence on my life when I first met him, when I was around the age of 21 years old. He taught me so

much about life, treating people fairly; and general business principles. I don't use the term lightly, but he is without

question an erudite. He has given me so much advice on doing the right thing over the years.  I remember working

for him at Buffalo Niagara development where he sold properties to low income first time homebuyers in the city of

Buffalo and said to me "don't they deserve a chance to have a piece of the American dream and own their own

home?' He was compassionate then as he is now. One could argue there was a profit to be made, but within that

profit are more intrinsic factors that account for goodwill and helping our fellow man regardless of race, creed,

color, or socioeconomic status. Doing good for others, even sometimes when there is no profit is an axiom that

Frank held then to be self-evident, and also holds today.


Without reservation, I would ask that you please be as gentle as you possibly can on this gentle man with regard to

his current case. I am available to talk in more detail and give you more examples and of course try to convince you

to please show mercy on this man who is helped so many people for nothing other than the satisfaction of seeing

someone flourish - all from goodness in the his heart.

I would be delighted to expound on this letter and my strong opinion of Frank Parlato, Jr, so please call me directly

on my cell phone if you feel inclined to do so.

Yours truly,

Vik Bhargava
716.603.8127

September 10, 2022
HON. RICHARD J ARCARA SENIOR UNITED STATES
DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202
RE: Frank Parlato

Dear Judge Arcara:
     My name is Gary Parenti. I have known Frank Parlato
for more than 20 years

and can attest to his character, good nature, and integrity.
I'm a commercial mortgage

broker, and I have worked in consulting and government
affairs. I worked for the New

York State Assembly and New York State Senate.

     Frank Parlato is a straightforward, honest thinking
     businessperson with a

a strong work ethic. He solved the problem at One
Niagara where a hole had been

sitting for years. He filled it. He also exposed NXIVM,
which I am familiar with.

Frank has helped a lot of people over the years. He is an
asset to our community.

     As a friend, Frank is tremendously loyal. When almost
everyone abandoned a

mutual friend of ours, out of concern for their own
reputations, Frank stood by him

personally, and professionally. He uncovered evidence of
his innocence. While other

people shied away, Frank authored and published this
information, which

6PP

encouraged other friends to come forward to help an
innocent man wrongly accused.

If you have any questions, please feel free to contact me.

Respectfully,

Gary Parenti

October 31, 2022
Honorable Judge Richard J. Arcara
Senior United States District Judge
2 Niagara Square
Buffalo, NY 14202
Re: Frank Parlato

My name is Keira Schwartz Dux. I am married to Frank Dux, who also wrote a letter supporting Frank Parlato.

In my career, I was a lead investigator for Howard L. Nations Law Firm and the O'Quinn and Laminack Law Firm.

Part of my duties was to conduct jury studies to cope with biases, beliefs, and preloaded conceptions, particularly regarding the civil justice system, which citizens bring to the courthouse when called for jury duty.

I assisted John O'Quinn Esq. in handling plaintiffs' litigation, including lawsuits against breast implant manufacturers, medical facilities, and tobacco companies.

I met Frank Parlato at the Niagara Film Festival in 2015. Ultimately, he played a leading role in my life because his investigative talents led to evidence that exonerated my husband, and demonstrated he was a victim of industry racketeering.

Subsequently, I spent a great deal of time with Frank Parlato, working as his assistant in New York. He received calls day and night from people. Many talked about how Frank was their hero. He was everyone's hope. Everybody went to Frank Parlato.

I met many of Frank's elite clients and met those who had nothing.  Their sentiments were similar; Frank was their best hope for a positive resolution.

Frank was often too busy helping others to be concerned with himself. I watched Frank's health deteriorate. He put his health last. He had taken care of his mother for years until her passing, and his father had grown quite ill. His schedule was so intense because of his desire to help many in need, and he was only one person.

I personally witnessed Frank being threatened by powerful Mexican factions who were threatened by the publishing of his findings. In response, he was very poised, showed no fear, remained focused on the resolution, and refused to back down.

Frank was trying to stay above water to protect himself, and at the same time, balance his family, his elderly father, and everyone else, including people like me and my husband, who also felt we had nowhere else to turn. He has remarkable tenacity.

I observed Frank walking into the Brooklyn federal courthouse in an auxiliary room after appearing on Dateline NBC, and other newscasts. The crowded room of reporters became silent as everyone wanted to know what Frank Parlato had to say. He made a presence in the room because he is a highly intelligent person who speaks the truth, and acts with integrity.

I can attest to the character of Frank Parlato personally and professionally.


Respectfully,

*Keira Schwartz Dux*

Keira Dux

Hon. Richard J. Arcara
United States District Judge
2 Niagara Square Buffalo, New York 14202
Re: Frank Parlato

Dear Judge Arcara,

The purpose of this letter is to request leniency in your sentence of Mr. Frank Parlato.

I am a retired L.A. County Deputy Sheriff currently teaching criminal justice at the University of Antelope Valley in Lancaster, CA.

Recently I became involved in a case with Mr. Parlato in behalf of a women who was repeatedly beaten, and then cheated out of her custody rights with her children. Frank was one of the only people with the character and conviction to oppose the dangerous bully who brutalized this woman.

I have become very familiar with Mr. Parlato's work and his commitment to justice often for those who have been robbed of it. I do believe his work is essential and ask that the good work he is doing now for justice and the community, be taken into account as you decide upon his sentence. I ask that you sentence him to the absolute minimum of criminal sanctions possible.

As for the case before you I ask that you consider the following:

Mr. Parlato has pled guilty to not filing an IRS cash income form, a technical violation of the law. Mr. Parlato did declare the cash on his income tax return, and paid the appropriate taxes. There was no attempt to cheat or conceal income, or an actual failure to pay taxes.

As a criminal justice professor, I was surprised that these circumstances could result in a felony conviction. I believe the felony conviction alone and all the negatives that come with it, are more than adequate as punishment for the offense.

Based on all of the above, I ask that you give Frank the absolute minimum of sentencing sanctions. I believe his life, character, commitment to justice, and the facts of this case, all warrant the most favorable consideration for him.

The public interest will be best served when Frank is unencumbered and allowed to do his job, which is often taking up the cause of those who have been treated unfairly. Please sentence him accordingly.

Thank you for your time and consideration.

Respectfully,

Lawrence F. Wolf



**Torrance**
Productions

Monday, December 5, 2022

Letter of Support for Frank Parlato

Honorable Richard J. Arcaro, Senior United States District Judge
2 Niagara Square
Buffalo, NY 14202

RE: Frank Parlato

Your Honor Judge Arcara,

I am just a woman who is interested in protecting other women and children from predators. I made a pro-choice documentary film this summer after the SCOTUS leak threatened Roe v Wade Federal reproductive rights protections.

During my research on abuse topics, I have been relying on Frank Parlato's investigative reporting to help me understand the NXIVM and other sex predatory activities coordinated or not. His work is critical to uncover these horrible practices and shine a light on the corruption of some law enforcement to cover up these acts. His tactics and tireless digging have helped so many women and their loved ones get out from under predation and mind control tactics.

There are other predators and cult leaders out there and Frank should be able to continue his work. I strongly hope you will consider a lenient sentence to enable Frank to keep working tirelessly to protect the vulnerable and to support towards justice for the victims of these crimes.

Please consider the above in your deliberations and I wish you all the best for a wonderful Holiday Season.

Kind Regards,

*Pamela Torrance*

Pamela Torrance, PhD

Owner, Torrance Productions, LLC
Producer of WE'RE NOT GOING BACK! Pro-choice documentary

3043 S. Denison Ave.
San Pedro, CA 90731
+1 858 525-3500
pamela@torranceproductions.com

www.torranceproductions.com



**LAW OFFICE OF**
# THOMAS DENNY

September 13, 2022

HON. RICHARD J. ATCARA
SENIOR UNITED STATES DISTRCIT JUDGE
2 Niagara Square
Buffalo, New York 14202
Re: Frank Parlato

Dear Judge Arcara,

My name is Thomas Denny. I am a NYS licensed attorney. I met Frank Parlato in 1975, as a fellow member of a touring music band. Later, I worked with him to renovate inner-city homes and revitalize East Side and West Side neighborhoods.

Throughout the years, Frank Parlato took the lead in support of a myriad of positive community actions. As one example, In the early 1990's he organized a successful drive to save approximately 100 acres of pristine lakefront woodland at Sturgeon Point in the Town of Evans, NY from being turned into a casino complex by foreign developers. He has also helped countless individuals who were down on their luck by providing them with food, work, and shelter.

Ever since I met Frank Parlato in 1975, I have known him to be impeccably honest, hard-working, charitable, productive, and of the highest moral character.

Yours Truly,

*Thomas Denny Esq.*

Thomas Denny
331 Alberta Drive Suite 214
Amherst New York 14226
(716) 800-1234

**STEPHANIE A. JONES, Esq., LL.M., M.P.H.**
**Attorney at Law of New Jersey**
**SAJESQLLMMPH@outlook.com**
**(760) 406-1657**

To The Honorable Richard J. Arcara

Senior United States District Judge

Western District of New York

2 Niagara Square Buffalo, New York 14202

I am pleased to write to Your Honor to support my friend and colleague, Frank Parlato. I have been a licensed attorney in New Jersey since 1994 and am admitted to the Federal Bar.

I have dedicated much of my career to serving marginalized and vulnerable populations, especially in public health. I have performed extensive pro bono work. I also funded a charity to "help nonprofits help themselves" through legal and scientific research to support grant submissions, policy statements, and education programs. The Office of the United Nations High Commissioner for Human Rights incorporated my work into international publications.

Your Honor, I could write at length about Mr. Parlato, but I will not presume to take so much of your time. I want to recount at least one incident demonstrating Frank Parlato's character.

I brought him an important, exclusive, potentially national breaking news story. The story was accepted, written, fact-

checked, and laid out.

Without delving into details, the story's publication was significant to the LGBTQ+ population and would have garnered considerable attention. Just before publication, I learned that the relevant prosecutor's office changed the course of the investigation, and publication could compromise the safety of some involved in the story.

A well-respected writer, who knew the story's news value, argued that Frank should publish the story. There was nothing false or defamatory in it.

With grace and without argument, Frank granted my request and killed the story, despite the time spent and the anticipated benefit of breaking a national news story. He pointed out that even a 100 percent factually accurate story can fail to represent what is happening by what it does not report. It was the truth, but not the whole truth.

He had a scoop and let it go.

This mark of patience and integrity launched our work, and I am pleased to say my further experiences with him have deepened this trust.

I am not being hyperbolic, but meeting Frank and observing his efforts, including the results of his investigative journalism, became an important milestone for me. I mark meeting him as the most anchoring and pivotal event in my professional life and, in many ways, the whole of my life.



# DARRYL McPHERSON   *Attorney & Counselor at Law*
712 Main Street,  Unit 417,  Buffalo,  New York  14202  (716) 863-6395

November 6, 2022

Hon. Richard J, Arcara
Senior United States District Judge
2 Niagara Square
Buffalo, New York 14202

RE:   Frank Parlato

Dear Judge Arcara:

I'm Darryl McPherson, and I have been an employee and friend to Frank Parlato since 2013.

At a time in my life when I truly needed help, Frank offered his assistance by employing me part-time as a writer.  It was a lifeline I gratefully received, and it allowed me to get back on my feet.  While I worked for him, I found him to be intelligent, generous, and honorable.  At the same time, I believe he came to view me as diligent, talented, and trustworthy.  That conclusion is based on his subsequent decision to hire me full-time as the managing editor for two of his publications.

I have come to appreciate the leap of faith that he had in me.  It was a challenge dealing with these financially distressed newspapers, but we managed to keep them afloat and produce a product in which we both could feel proud.

Eventually, I was brought on to help with a third publication that Frank acquired.  In a limited capacity, I also did some legal work for Frank and his family.  I have observed how Frank treated his friends and family and found him to be open-hearted and compassionate.  Though the financial circumstances of the businesses forced an end to our professional relationship, I still consider Frank a friend.

If you have any further questions or concerns, please feel free to contact me at (716) 863-6395.

Very truly yours,


*DARRYL McPHERSON*

James Hufnagel
4725 Miller Road
Niagara Falls, NY 14304
716-930-1043

October 21, 2022

The Honorable Richard J. Arcara
United States District Judge
2 Niagara Square
Buffalo, NY 14202

Re: Sentencing of Frank R. Parlato, Jr. (1:15-cr-00149)

Dear Judge Arcara,

With sincere respect and humility, I am writing you to request leniency for my friend Frank Parlato.

I teach massage therapy at the New York Institute of Massage and served as an adjunct instructor at Niagara County Community College this past spring. I have practiced as a NYS Licensed Massage Therapist since 1998, presently at the Seneca Niagara Casino.

My first encounter with Mr. Parlato was in 2005 when I practiced massage at the One Niagara building that he owned and operated. His facility enabled many small business people to earn a living servicing Niagara Falls tourists. Up to that time, most tourist dollars ended up benefiting state government and its exclusive contractors who provided parking, food service and souvenir shopping all within the confines of the park. Frank's operation drew a considerable portion of that commerce out of the park and into the hands of local citizens, and the better I got to know Frank, the more I realized that that was a large part of his motivation.

I had previously been an occasional writer for the defunct Niagara Falls Reporter newspaper (now only a website) which had a circulation in the tens of thousands throughout Niagara County. Frank had started writing for the newspaper around the time I was at One Niagara, and one day over lunch he recruited me to write more often and arranged to have me added to the payroll. Some years later he purchased the Reporter outright. During the span of 2005-2017 I wrote a couple of hundred columns and articles and from approximately 2014 on worked as a copy editor and assisted with the lay-out of the paper on a weekly basis.

Over the past nearly two decades I have gotten to know Frank very well – in addition to the countless hours we spent together working on the newspaper, I was twice a guest at Frank's residence in the Florida Keys. I became acquainted with his two sons – one an attorney and the other a talented and accomplished musician, who once performed at a party at my house. They are both fine men of good character and Frank did an excellent job raising them.

Frank's career in journalism was highlighted by his investigative reporting that exposed alleged corruption involving the Maid of the Mist, and the organization that went by the name "NXIVM."

In the former case, Frank was responsible for a renegotiation of the Maid lease, which has resulted, and continues to result, in tens of millions of additional dollars accruing to New York State.

I don't know if this would constitute a valid consideration or not, Judge Arcara, from a sentencing standpoint, but may it be relevant that because of Frank's expose' of the Maid lease, our government realized many times the amount over and above what it lost to his wrongful tax evasion?

I can attest that he did not benefit monetarily himself from that journalistic endeavor, he did it because he felt it was his civic duty to inform the public about this alleged corruption.

His writing also brought an end to the nefarious NXIVM human trafficking ring. Society is now forever protected from those vicious predators, solely because of Frank Parlato. Please consider this in your sentencing deliberations, Your Honor.

Frank has already paid a stiff price. My understanding is that he is forfeiting over a million dollars as part of his plea deal. He does not appear healthy and he looks like he has aged considerably the past few years.

In summary, I would just like to say that I was shocked when Frank pleaded guilty, because in every dealing I have ever had with the man, which were many and extensive, he was honest and "above board." I believe that his violations were due to a lapse of judgement, not greed or malice.

I can unequivocally state that, if you decide prison is warranted, Frank Parlato is the one individual outside of family that I would willingly serve their sentence in their place. I have that much respect and admiration for him, in addition to our friendship.

Thank you for taking the time to read this, and for your consideration.

Sincerely,

James Hufnagel

Susan F Dones MA

▶ HON. RICHARD J. ARCARA, SENIOR UNITED
STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

Dear Judge Arcara,

I am writing on behalf of Frank Parlato, but I must admit that I only know a little about Frank's legal matter other than what I have read online.

What I know about Mr. Parlato is that he was one of the first to bring to international attention that he has helped to expose one of the most **dangerous** cult leaders Keith Raniere, and aided in his arrest and conviction.

Now Keith Raniere is doing a 120-year sentence for seven significant RICO charges with eleven predicate acts, including sex trafficking, where five co-defendants were also arrested, and three others are imprisoned along with Raniere.

It was through the information that Frank had collected over the years of people trusting him that he was able to put a package together to take to the Justice Department to start an investigation into NXIVM and Keith Raniere.

Had it not been for Franks' continued efforts to expose not only Keith Raniere and Clare Bronfman's support of Keith Raniere's Cult of NXIVM could very easily still be in the Cult business today.

As a result, thousands of victims are now in recovery from the abuse from NXVIM at the hands of the six arrested by the DOJ that Frank and others worked tirelessly to expose.

I left NXIVM in 2009 but could never rest easy. I lived a life of constantly looking over my shoulder. NXVIM, Keith Raniere, Clare Bronfman, and Nancy Salzman sued me when I left because I am a whistleblower about their crimes and my abuse within NXIVM.

Through the efforts of Frank Parato's work, I and thousands of others can now rest and work toward a fuller recovery.

If Frank has to do community service, he has pre-paid above and beyond the community, a service most people do for their communities with the impact he has had with NXIVM being shut down and people in prison.

I hope this helps your Honor better understand the impact that the Franks' work has had on the Cult of NXIVM and on all Cult out there. The NXIVM case was a precedent-setting case when holding a Cult accountable for the abuse of its members.

Thank you for taking the time to read this and consider my words.

Respectfully Yours

Susan F Dones, MA
4 January 2023

October 14, 2022

HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202
RE: Frank Parlato

Dear Judge Arcara:

My name is Leonard Palumbo and I've known Frank Parlato for about fifteen years. We came to know each other while I was attempting to defend myself against several false arrests made by the New York State Police. The coverage of my case in the Niagara Falls Reporter, which Mr. Parlato handled personally, eventually led to the dismissal of all charges. For this I am forever indebted.

Mr. Parlato made no friends locally while helping me out of this unfortunate circumstance. We met for the first time to discuss my case and did not know each other prior. His main motivation was the pursuit of the truth. In the years that have followed, I've seen him do for others what he once did for me.

Whatever it is of which Mr. Parlato has been found guilty, I cannot imagine what possible justification may exist to warrant incarceration. Our prison system no doubt exists to protect society from the dangerous while punishing others to deter them from continuing their criminal behavior upon release. Mr. Parlato is not a dangerous person nor is he a criminal.

I appreciate the time you've taken in hearing me out. If you have any questions or wish to discuss anything contained in this letter, feel free to contact me anytime. My # is 716-860-4097.

Sincerely,

Leonard Palumbo II

November 3, 2022
Honorable Richard J. Arcara,  Senior United States District Judge,  2 Niagara Square, Buffalo,
NY 14202
Re: Frank Parlato

Honorable Judge Arcara,

I am writing to ask the court for leniency, on the sentencing of Frank Parlato, based on his consistent efforts to protect the First Amendment.

During my twelve years on the Lewiston Porter school board and nine years on the BOCES board, I came to admire Frank Parlato's truth seeking diligence, and courage to print the facts no matter the topic or persons involved. Topics such as school teachers using illegal drugs and having sex with students on campus, were deliberately covered up by board members and newspaper publishers. When Parlato would start asking questions to uncover the full story, he would be stonewalled and/or verbally attacked.

It became obvious that Parlato was a uniquely brave person, so about ten years ago I asked to meet with him on a personal level. He is very objective in his thinking, encourages all parties to comment, and can be trusted to confirm the facts before he publishes. Even when Frank becomes a target of retaliation, he is not deterred from delivering the truth that the citizens deserve.  His stoic character can be substantiated by his report titled "Bullies with Badges" in which he reports on "Smith /Lilly vs. Trooper Ben Campbell (11-cv-00540RJA). Parlato's comment to me was "now your (Lilly's) enemies will target me (Parlato), but the public needs to know the facts".

Whatever error Frank has made, he has more than compensated for it through his hard work and dedication to help inform citizens. That is why it is for the public good that Frank maintain his freedom and continue his essential professional work of reporting on topics that others will not.

Our Founding Fathers valued the truth and gave us the gift of Free Speech.  The entire court system of Judges and Juries  centers around finding the truth. Frank Parlato is a man who values the truth above all else. Please consider all the good Frank has done throughout his lifetime, and the work he continues to do to protect our freedom of speech and spot light important issues to inform the citizenry.

If anyone deserves leniency, it's Frank Parlato.

Thank you for your consideration,  Edward M. Lilly, 4497 Lower River Rd, Lewiston, New York

11/9/2022

HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara,

I came to know Frank Parlato through his son, Tim Parlato, who is a close friend of mine for about 20 years. Frank is a beacon of wisdom for Tim and me. When we need some direction or advice on how to handle the situations of life we can count on Frank for a well-informed bit of advice.

I had the opportunity to work for Frank for a few years in Niagara Falls and cannot say anything bad about my employment with him. I am deeply proud of the work he did for the city of Niagara Falls. Knowing that someone worked so hard to try to get one of the main attractions in Niagara Falls freed from the hands of corruption is amazing and inspiring.

He did get the Maid of the Mist to reevaluate their contract on the Canadian side and that led to open bidding for Niagara Falls. As cool as I thought that story was it pales in comparison to what he did to help free people from the NXIVM cult. I had known him to be working on something big for a long time but wasn't sure what it was, and when I found out the background of what he uncovered I was blown away. The number of lives he helped with exposing that is miraculous.

I am deeply proud to know Frank Parlato and consider him a friend. I'm proud of Frank for the work he has done and proud of the help he has given me.

Thank you Judge Arcara. If you have any questions, feel free to reach out to me.

Walter Chew, at 716-804-1509.

Nancy Durkin

23200 Round Mountain Circle Leander, TX 78641

Phone: 512-964-7350 / Email: nancyvistashore@att.net

---

October 2, 2022

HON. RICHARD J. ARCARA

Senior United States District Judge

2 Niagara Square

Buffalo, NY 14202


Dear Judge Arcara:

I write today in support of Frank Parlato, who is due to be sentenced before you.

**Introduction:**

I am a college-educated woman from New Jersey and an accredited *Registered Professional Lines Underwriter*. I work as a senior claims specialist for a company contracted with Lloyd's of London to offer and administer professional liability insurance policies for small to mid size businesses. I coordinate insurance coverage and manage litigation filed against our policyholders by third parties. I also contribute writing to some of the company's manuscripted insurance policy forms.

Currently I am widowed and manage a five-acre property in Texas, while maintaining full time employment. I live within my means, pay my bills, pay my taxes, and support the charities *Tunnels to Tower* and *Meals on Wheels* on a monthly basis. I diligently and lovingly care for three mixed-breed dogs who were formerly unwanted or strays.

**Meeting Frank Parlato:  Why?  Keith Raniere:**

I first became aware of Frank and his website, *Frank Report,* around 2017, in the course of researching Keith Raniere. I was researching Keith Raniere because in the mid 1980s and throughout the 1990s I was employed with Purchase Power, Inc.[1], the national discount buying club retailed by Keith Raniere's multi-level marketing company, Consumers' Buyline, Inc. As Purchase Power's client services director, I had occasion to interact with Mr. Raniere and his company. In the course of my employment, I witnessed a great deal of malfeasance, including a naked attempt to take Purchase Power, Inc. – a legitimate company with an excellent reputation – away from its owner and founder, Noah Fuhrman. I also witnessed what in my view were Raniere's deceptive marketing techniques and membership price gouging. I then came to learn of Consumers' Buyline's irregular bank account debiting of monthly membership fees – often

---

[1] *Purchase Power, Inc. was acquired by United Bank Services in June of 1996. They and their parent companies were later acquired by National Card Control, Inc., Safecard Services, and finally, the company that became Cendant Corporation. I was laid off in 1999, when the company closed all satellite offices.*

double debiting. This happened every month, and was attributed to by CBI as computer "glitches."

I met Keith Raniere several times, and once stayed at his home in the course of a client services visit. The visit made me uncomfortable and I sensed something was awry. I later learned, through a police report published on *Frank Report,* that during the time of my visit Keith Raniere was regularly engaging in sex with an underage girl.

After Consumers' Buyline necessarily collapsed under its own weight (as do most multi-level marketing companies), I followed a now-defunct website called *Saratoga in Decline,* in an attempt to see was Keith Raniere was up to. There was the seemingly endless harassment litigation filed by Raniere or members of his group against perceived enemies. There was this new, ominous self improvement group led by Raniere, first called *Executive Success Programs* ("*ESP*") and later *NXIVM.*

At the time, *Saratoga in Decline* was the only source of regular information. Other sources, including *Forbes,* published the occasional expose'. Thereafter, journalists were sued by Raniere and effectively silenced. Cult expert Rick Ross was also sued, though he prevailed after many torturous years of litigation.

Eventually, *Saratoga in Decline* was closed down and its owner arrested for what many think was evidence planted on his computer by Keith Raniere's group or others working on their behalf. I grew increasingly concerned that Raniere would continue to operate with impunity, and that people would be hurt. Unfortunately, I was right. The scope of Raniere's abuse turned out to be enormous.

### The Good Actions of Frank Parlato:

After a period of internet silence on Raniere, I discovered *Frank Report.* Whatever some might think of it, the website served as an information portal exposing Keith Raniere and his activities. It also gave voice to victims who suffered, or believed they suffered, at his hands: financially, emotionally, sexually or in reputation. There, I read some truly heart wrenching accounts, and was finally able to express some stories of my own. Though a bit of a circus at times, the website served as a catharsis for some and an information source for others - admittedly with a dose of ridiculous or juvenile commentary. Importantly, I believe Mr. Raniere *was finally located in Mexico* in part through Frank's publication of an identifying photo of the locale that was foolishly posted to social media.

Frank is all about giving people a voice, including to those with dissenting or inflammatory views. As a former student of journalism, I applaud this now rather rare attribute.

Though busy, Frank Parlato was and is receptive and accessible to individual readers like me. I struck up a number of one-on-one conversations with him over the years. In early 2020, when my husband – the one true love of my life – died young at the outset of the pandemic, Frank was unfailingly supportive. We have never met in person, but I've come to believe that in the course of his activities he's provided actual healing – to victims. He was certainly helpful to me in a time of near despair and anguish.

I was also made aware that Frank provided shelter to a woman running and hiding from Raniere and his group. She was rightfully terrified, and Frank stepped up. I find that more than admirable, as it involved much more than simply lending a sympathetic ear. It was a *concrete act of help.*

I believe that Mr. Parlato is essentially honest in his financial dealings. The fact that he

endeavors to make money does not shock or repel me. I strongly believe that his failure to file the appropriate tax form as required by the government was strictly an oversight, and not in any way a deceptive or ill-intentioned act. As a mature individual, I have unfortunately had the opportunity to know my share of dishonest – even criminal - bad actors. Frank is not one of them.

**Plea:**

I would pray that Your Honor consider leniency towards Frank. In my opinion, he has done a great deal of good on a number of fronts. There is a long, tragic trail of individuals who have been damaged, directly or indirectly, by their association with Keith Raniere, however brief. Frank, among others, has been the target of abusive civil litigation initiated by Raniere & Co. with the virtually unlimited funds of a former follower – who is now incarcerated.

*Please consider:* Keith Raniere was the *quintessential bully* - towards underage girls, females in general, followers (current and former), business associates, and those who would dare to expose him. With regard to the U.S. government, unlike Frank, Raniere *hid* his income and paid **no** taxes. In my opinion, Raniere was a parasite to whom ego and self-gratification were paramount. He hurt many, and has never, to my knowledge, expressed one bit of remorse. I applaud Frank for having played a *direct role* in stopping this man. Partly due to Frank's efforts, Raniere is currently incarcerated and therefore precluded from hurting more people and ruining more lives. Frank helped to STOP a bully of the worst kind – one who preys upon the youth or vulnerabilities of those closest to him. I do think Raniere's sentence was excessive, but that is a topic for another day.

If given a light sentence, I believe Frank would dutifully comply, then pick up the pieces and soldier on with a productive and honest life – likely helping others along the way. I implore you not to punish him in a manner that silences his voice or effectively destroys his life. In sentencing Frank, I beg you to consider the good he has done, for me and for countless others. I do not present Frank as a perfect individual, but suggest to you that the positive results of his actions on this Earth are clear. With respect, I suggest that Frank Parlato has suffered enough. Please allow him to finally get a good night's sleep, without the outcome of this matter hanging over his head.

My deepest thanks to you, Judge, for taking the time to read this rather long letter, and considering what I've had to say on the topic. Please do not hesitate to call or write me if you have questions.

Respectfully, with thanks,

Nancy Durkin

October 20, 2022

HON. RICHARD J. ARCARA, SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato, Jr.

Honorable Judge Arcara;

My name is Shellene Reich. I have known Frank R. Parlato, Jr for 20 years. We have been close friends for this entire period. We were introduced by a mutual acquaintance and Frank offered to teach me about real estate, building, and business as I was going through a very difficult period in my life. I trusted no one and nothing at that time. I had only my Faith: Frank changed that for me.

Mr. Parlato provided housing for my daughter and I in Amherst, N.Y., assisting me in rebuilding my self-esteem, my family, my independence, and learning new skills. I had the privilege of being part of his life for these many years knowing his father, mother, brother, sisters, and sons. I consider Frank and his family, my family and his family welcomed me as part of theirs as well. Frank Parlato assisted me in learning to trust in the 'good of humanity and people' again after some horrendous betrayals and abuse in my life. He provided a centered environment that allowed me to heal and find the strength to move forward in my life.

Through 20 years, Frank has always been there for me and my children through difficult/trying times, grief, joy, and sorrow, even when no "family" was there for me, just as he was/is for his own sons and family and friends. I have watched his sons grow and mature into good, moral men with principles under their father's tutelage.

I learned the business & principles of real estate and home remodeling. Frank has always preferred to use the 'local, small, independent business/contractor' in an effort to support his local community and infrastructure. He provided jobs when jobs were very difficult to find for local people.

I watched Frank take an old dilapidated building in Niagara Falls and turn it into a vibrant, thriving business/visitor center: employing people in the community, using these same local/service people in an effort to Re-Vitalize an Iconic Structure and a Community no-one else would undertake with any success. He only moved on when One Niagara was open, thriving, and beautiful to move on with his humanitarian/community activism focused Project Development, Journalism and Real Estate work.

Frank's latest endeavors in television and on the internet were integral to exposing and bringing to Justice an International Criminal Cult that preyed on women bringing some peace and justice to the victims and their families.

I know Frank Parlato to be an honest man with integrity and loyalty to family, friends, employees and Society at large. I have personally seen him assist people who had nowhere else to turn allowing them to regain their self-respect and become productive members of society again. Frank has been a pillar of the communities where he lives/lived, a force for good and standing up for truth and right through his business, journalism/reporting, and personal activities.

I have never seen Frank Parlato turn away ANYONE who came to him for help or advice. I have seen him, personally, fight for people he did not know when the Truth, Right and/or Morality were concerned. I have met some amazing people from all walks of life through Frank Parlato, from politicians and celebrities to handymen and teachers- he treats them all the same, with respect and dignity, as a friend and/or a business associate.

He is unflappable and steady, methodic and careful with his words and deeds- Everyone I know can say Frank Parlato is a man of his word. If he says it, he does it...If he gives his word, he honors it. I have been around him through this 7 year's ordeal. Others may not have had the strength or stamina to 'stay the course' for Truth. I have watched Frank Parlato remain steadfast and honorable through it all as I prayed for he and his family daily.

I pray in your Wisdom and Discretion, Your Honor, You will grant Frank Parlato mercy in his sentence. His works are a vital part of our Society and he is a good man.

Respectfully,

Shellene Reich

2



September 12, 2022

Hon. Richard J. Arcara

Senior United States District Judge

2 Niagara Square

Buffalo, New York 14202

RE:  Frank Parlato

Dear Judge Arcara

I'm Mary B. White of Tennessee.  I have known Frank Parlato since 2000 when we met in Florida.  Since that time until now Mr. Parlato has been an outstanding person, dependable, loyal, an very trust worthy. Mr. Parlato has many accolades' to his portfolio.  I've known him to be a great Investigative writer an reporter.  His dedication to the truth on multiple investigative matters has not only save many lives it's brought justice to fraudulent cases. His future is bright and many can benefit from his diligence, perseverance and steed fast ability to complete the job.

If I can be of any further assistance I can be reached at 931-624-5070.

Respectfully,

Mary B. White

# RICHARD TAYLOR CRANDALL, ARCHITECT

5731 STILWELL ROAD   •   HAMBURG, N.Y. 14075   •   716/627-7244

November 14, 2022

Hon. Richard J. Arcara
United States District Judge
2 Niagara Square
Buffalo, New York 14202

Re: Frank Parlato

Dear Judge Arcara,

I have known Frank Parlato for many years on a professional basis. I have found him to be very honest and a pleasure to deal with. He is a developer I would recommend to provide positive and honest service. I have never questioned his integrity or ability. I say this as past Chairman of the Hamburg Planning Board and not as a representative of the town.

Very Truly Yours,

Richard T. Crandall
Architect

**Vik Bhargava**
**4870 Lakeshore Road**
**Hamburg, NY 14075**

**September 22, 2022**

**HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE**
**2 Niagara Square**
**Buffalo, New York 14202**

RE: Frank Parlato

Dear Judge Arcara:

I would like to write this letter on behalf of my dear friend and mentor Frank Parlato Jr. Frank has been a major

positive influence on my life when I first met him, when I was around the age of 21 years old. He taught me so

much about life, treating people fairly; and general business principles. I don't use the term lightly, but he is without

question an erudite. He has given me so much advice on doing the right thing over the years. I remember working

for him at Buffalo Niagara development where he sold properties to low income first time homebuyers in the city of

Buffalo and said to me "don't they deserve a chance to have a piece of the American dream and own their own

home?' He was compassionate then as he is now. One could argue there was a profit to be made, but within that

profit are more intrinsic factors that account for goodwill and helping our fellow man regardless of race, creed,

color, or socioeconomic status. Doing good for others, even sometimes when there is no profit is an axiom that

Frank held then to be self-evident, and also holds today.


Without reservation, I would ask that you please be as gentle as you possibly can on this gentle man with regard to

his current case. I am available to talk in more detail and give you more examples and of course try to convince you

to please show mercy on this man who is helped so many people for nothing other than the satisfaction of seeing

someone flourish - all from goodness in the his heart.

I would be delighted to expound on this letter and my strong opinion of Frank Parlato, Jr, so please call me directly

on my cell phone if you feel inclined to do so.

Yours truly,



Vik Bhargava
716.603.8127

September 13, 2022

Hon. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Judge Arcara:

I am Ken Gills, First Sergeant, U.S. Marine Corps, Retired.  My career as a Marine
included duties as a member of the Marine Security Guard Detachment, U.S. Embassy San
Salvador, El Salvador (1982-83), Drill Instructor (1987-88), Counterintelligence, Detachment
Commander of marine Security Guard Detachments, U.S. Embassy Panama City, Panama (1992-
94) and U.S. Embassy Lisbon, Portugal (1994-95) and reaching the rank of First Sergeant (1996-
2000).  I have been working the last 22 years as a sales professional in the medical and
healthcare industry.

I was granted a Top Secret Security Clearance with a Special Background Investigation for my
specialized assignments.  My tours included two Noncombatant Evacuation Operations (1990-
91 and 1996) to Liberia that included rescuing U.S. citizens and citizens of other foreign
countries and protection of the U.S. Embassy during the Liberian Civil War.

My career as a U.S. Marine took me to many countries where corruption is rampant, and I have
been shocked at what I have read in Mr. Parlato's reports and now experiencing with my wife
as well.

I became familiar with Mr. Parlato through his incredible work and ethical reporting on the Connecticut Family Court and the apparent injustices being experienced by those without a voice.  Mr. Parlato has given a voice to those mothers who have had their children taken from them and custody given to their ex-husbands who have been reported as abusers.  Without Mr. Parlato's tireless investigation and reporting, these injustices would remain hidden which in itself would be an injustice.

Mr. Parlato's tireless work exposing the evilness of NXIVM and his reporting on the Ambrose Case in the Connecticut Family Court system was brought to my attention.  The reason it was brought to my attention was that Robin, my girlfriend then and now my wife, was going through a horrible experience within the Connecticut Family Court system.  I called Mr. Parlato one afternoon to explain our situation and request his support to report our case.  He listened respectfully and asked questions that demonstrated his sincerity and desire to understand our experience with the Connecticut Family Court system.

Our situation is as follows:  When I met my wife, she was going through a highly contested divorce in Connecticut through the Connecticut Family Court system.   I witnessed my wife, then my girlfriend, having her children taken from her and the custody given to Geoff Herzog, her ex-husband.  Robin's crying and pain from losing her children without justification is something that will never leave my memory.

Robin's ex-husband's abuses, both physical and psychological, and strange sexual proclivities are well documented in court testimony under oath. Another example of the depravity of her ex is that after the children were in his custody, he told some of their common friends that Robin abandoned him and the children and left no forwarding contact information. Robin would never and will never abandon her children.

The anguish and pain I have seen my wife endure from her children taken from her without justification is the worst pain I have ever witnessed. My heart ached horribly for her as she had done nothing to deserve such torture. Her ex-husband even told her to abort their youngest child and when she refused, he told her wanted her to die in childbirth. He then told her that if she divorced him, he would kick her out of their house, take the children from her and have her homeless. The evil and depravity in this case is unfathomable to the sane population.

The only other instance that made my heart ache in such a way was when I conducted a funeral for a fellow Marine. The Marine was killed in a helicopter accident. As the family walked in for the ceremony, the deceased Marine's 4-yer old son came into the service wailing and calling for his daddy.

Mr. Parlato has proven to be one of the most ethical people I have ever met and tenacious in his efforts to help those without a voice, like my wife and others in their situations. Although my wife's suffering continues, Mr. Parlato's work, and advocacy have given Robin and other mothers suffering through these intense situations renewed hope.

Mr. Parlato's work has been instrumental in restoring belief that the mothers suffering through these in justices see some glimmer of hope that the injustces will be reversed.  It is not only the mothers who are suffering but their children as well.  He has proven to be an investigative reporter who has freely given his time to shed light on the dark and evil situations being experienced by innocent mothers.

My wife and I have great respect and admiration for the incredible reporting and tireless energy Mr. Parlato has and continues to demonstrate for justice.  He has proven to be so valuable to so many because of his ethical reporting and true concern for others suffering through horrendous situations.  I consider Frank a friend and hope my letter demonstrates my respect and admiration for him and his work.   He has made himself available to anyone experiencing the same type of injustice and has opened the eyes of so many with his work.

If you have any questions, please feel free to contact me at: (203) 788-4177 or email kengills1@yahoo.com.

Respectfully,

Ken Gils

MICHAEL GAWEL, CPA
8920 GRIFFON AVENUE
NIAGARA FALLS, NY 14304
PH:716-622-0700/FAX:716-304-5020
gawelmichael@yahoo.com

Hon. Richard J. Arcara, Senior United States District Judge        September 30, 2022
2 Niagara Square
Buffalo, NY 14202

RE: Frank Parlato

Dear Judge Arcara:

I've been around a long time and made my share of mistakes along the way, but I've paid my debt to society and have my CPA license as well as my own business. I also serve as a Niagara Falls councilman and at the time of this writing, I am a candidate for election, endorsed by the city Republican committee where I serve as Treasurer.

When I was down and out after serving a brief jail term on a tax matter, it was Frank Parlato at One Niagara who gave me a chance. He employed me at the tourist center and helped me earn a living when times were very tough. He showed faith in me, and I was able to put my life back together and take care of my family.

Frank Parlato took a chance on me when things were tough. I will never forget how hard Frank worked to make that building a success against many difficult challenges and turn it into the bustling tourism center it is today.

I would urge you to give Frank Parlato a chance after all he's been through, much of it in my mind, undeserved. Frank is a fighter and I have seen him help so many people in that Niagara Falls project. I would ask the ask the court to allow him to return to society and not serve any time for his tax plea. He's already paid a steep price. I've seen it and what it's done to his life.  Thank you for taking the time to ready my letter of support.

Sincerely,

Michael S. Gawel, CPA

electronically signed by Michael S. Gawel, CPA

September 12, 2022

HON. RICHARD J ARCARA SENIOR UNITED STATES DISTRICT JUDGE

2 Niagara Square Buffalo, New York 14202

RE: Frank Parlato

Dear Honorable Judge Arcara,

At the outset, let me say I undertake communicating compactly my relationship / experience with Frank Parlato Jr.

I have known Frank since I was a toddler. In my household, Frank had always been highly esteemed. To me personally Frank has always been a tremendous help; monetarily, intellectually, in guidance, and encouragement. He has helped me as I navigated through life as a single mother having my first child at 15. Frank even came to my rescue when I was stranded in Haiti amidst civil unrest, taking me into his own home with my infant son.

Frank has taught me many life lessons but in this short space let it suffice to say that in my most dire circumstances of life I knew I could count on his compassion and help.

Respectfully,

Sheligh L. Love

9/21/2022
HON. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202
Re: Frank Parlato

Dear Judge Arcara:

My name is Jahdiaum A. Love and Frank Parlato is an Uncle of sorts to me. His family and mine have been friends since I came out of the womb. He became a good friend to my grandma named Dawn Fick and has helped all three generations of my family through many hardships. Since my grandma's past was dubious at best, there wasn't a strong foundation or support center for my mom and I. He was/is always available and became that foundation, that stability, in order to improve my family's quality of life when we had nowhere else to go.

How did he do this? He provided my grandmother with employment as a cleaner for half a decade, provided my mother and I housing and employment for a decade, and improved our quality of life substantially by allowing us to move into his residence on Tonawanda Creek, when we used to live on 3rd St. in Niagara Falls which has seen a considerable crime increase. By allowing us to move in I am now able to go for a nightly walk without worrying about being gunned down. I can walk to the Wegman's nearby without being mugged, and the people here are friendly.

I digress, Frank Parlato has helped my family out in more ways than I have hair on my head. I hope this helps the court understand who Frank Parlato really is. He doesn't belong in jail and jail life wouldn't do well for his old age or do him service to the good deeds he has done for me and my family.

Respectfully,

Jahdiaum A. Love

October 23, 2022

Hon. Richard J. Arcara, Senior United States District Judge
2 Niagara Square, Buffalo, NY 14202
Re: Frank Parlato

Dear Judge Arcara,

Tim Parlato is my close friend, my bandmate and my roommate in Nashville, Tennessee. I've known his father, Frank Parlato for several years.

I know Frank to be super hardworking, intelligent, kind, a very good father, and a good guy. I've seen so many remarkable things Frank has done, he's taken down some real bad guys like Keith Raniere, I've seen the specials.

I'm 52 years old and just lost my mom last year to covid, and it's been the worst year of my life because of it. I consider myself strong, but I'm still impacted every day because my mom was the world to me. I have dark circles under my eyes that now seem permanent and it's a daily struggle. I was extremely close to my mom as Tim is to his dad.

Going through the loss of my mom opened conversations between Tim and me. I learned how hard it's been with the constant worry of an indictment, the jail time hanging over his father's head, and what Tim believes is an injustice to his father. It's been a prison without bars for many years, and it's had a detrimental impact on their entire family. Both of Frank's parents died not knowing the fate of their son. I can't imagine how horrible that must have been for them; they didn't deserve that, and Frank doesn't deserve to go to jail.

Tim talks to his father all the time. Frank has been spending time in Nashville and I'm thankful Tim has gotten to see him but putting his father in jail for even a day when he is no risk or danger to society, would be cruel to do to a son who worships him and needs him in his life in a real way.

Frank is 67 years old and is no risk to society. Putting him in jail only puts his health at risk, and Frank and his family have suffered enough. The stress and worry on those who love and care about Frank has been tremendous. Frank has "paid" a hefty price and it just needs to end.

From the sudden loss of my mom, I can tell you we never how much time we have left. Please give Frank and his sons what time is left and let Tim's dad live the rest of his life as a free man.

Thanks for considering my experiences.

Kurt Olson

Kurt Olson

October 24, 2022

Honorable Richard J. Arcara
2 Niagara Square Blvd., Buffalo NY
Re: Frank Parlato

Judge Arcara,

My name is Christina June Quinn. I was raised in Alabama and I've lived in Nashville, Tennessee for twenty-eight years. My grandfather was a police officer for the Nashville Police Department and my dad and both grandfathers are all veterans serving in wartime. I am a media personality and have worked with celebrities in the film, tv, and music industries, both in front and behind the camera. I'm an author of a published book about Biblical history, "Are We Egyptian Christians," (https://www.amazon.com/ Are-Egyptian-Christians-Christina- Quinn/dp/1635751047 ) and have a keen sense of people because of my career.

I've known Frank Parlato because of a documentary project we're working on. Frank is a very compassionate and very wise man. He listens to people, takes things to heart, and tries to figure out how to help and advise them. He's one of the few people in the industry who listens more than he talks.

I've been a consulting producer on the documentary project and have arranged dozens of interviews for Frank and participated in many as well. I've always received positive feedback from the artists and musicians, many of them household names, who Frank has interviewed; famous song writers, producers, singers, musicians, engineers, and studio owners; many are Grammy award winners. They all enjoyed speaking with him, felt Frank took as much time as necessary to understand their experiences and points of view.

These professionals found Frank to be a genuine and sincere person, whom they could trust. So much so that during the interviews, celebrity musicians shared music they have not yet released with Frank, and they appreciated his insights.

I've seen some of the documentaries that Frank has done previously, and I know him to be thorough in his research. I've observed Frank Parlato to be a force for good.


Respectfully,

Christina Quinn

Thursday, September 15, 2022

Letter of Support

Honorable Richard J. Arcaro, Senior United States District Judge
2 Niagara Square Buffalo, New York 14202
Re: Frank Parlato

Your Honor Judge Arcara;

I am Barbara Williams, a certified ADA advocate from Alaska. I assist people with disabilities all over the country with accommodations in the courts, work settings, and generally anywhere there is a need for accommodating people with disabilities. I do specialized advocacy for many situations ranging from assisting people with disabilities in the courtroom, through guardianship for the courts both state and federal settings, to acquire proper accommodations so that they can participate in legal and other matters. I met Mr. Parlato through a client who was a tortured, a victim of domestic violence and legal abuse. Mr. Parlato has used his skill as a journalist and researcher to shed light on the injustice, trauma, and legal abuse that many women endure. These women who experience domestic violence, trauma, and legal abuse in the judicial system often have no voice, limited legal assistance or resources.  He written many articles in support of the injustice by domestic partners of women who have survived life changing events. His important work for this sheds light on the problems that many women, men, and children face in the judicial system. It is always difficult for survivors to find people that will report on the root problems of our society, court systems, injustice, and assist them in vocalizing their experiences. He has written very difficult pieces exposing the injustice and presenting real life experiences of these heroic people who are still striving to understand complex legal matters, dealing with their trauma, legal abuse, recovery, healing. He shows exemplary compassion and courage in writing these publications, his important work encourages and inspires countless others who are seeking a path of recovery from severe abuse and trauma. This fearless investigative journalism has exposed

1

countless stories of subterfuge and incomprehensible abuse on women. His dedication to uncovering their stories has saved many women from horrific circumstances. His work is very important to help some of our society's most vulnerable, and unheard. This work is a testament to his character, and his work is enabling people to recover from these incomprehensible traumas.

Thank you for this opportunity to speak on behalf of Mr. Parlato.

Respectfully,

Barbara Williams

1535 North Pioneer Peak Drive

Wasilla, Alaska, 99654
907-854-5367
Barbw.aiwa@gmail.com

2

October 22, 2022
Hon. RICHARD J. ARCARA SENIOR UNITED STATES DISTRICT JUDGE
2 Niagara Square Buffalo, New York 14202
RE: Frank Parlato

Dear Judge Arcara

My name is Robin Gills. For 23 years I have been a Registered Nurse with specialties in Emergency, Trauma, Pediatrics and Disaster Management. I international experience, having worked a quarter of my career in Canada. As an ER nurse, I have additional unique expertise in the areas of forensic nursing, domestic abuse, child abuse, and have been a legal nurse consultant. I have advocated to pass Connecticut, Public Act 21-78 also known as Jennifers Law, which expands the definition of Domestic Abuse to not just stalking and physical abuse, but to include coercive control.

I have been trained by Counterterrorism Operational Support, Homeland Security and FEMA Training for Center for Domestic Preparedness to include Weapons of Mass Destruction/ Terrorism Awareness for Emergency Responders. I worked in the ER during 9/11 while activating emergency protocol center, SARS unit in Toronto in 2003, Air France flight 358 plane crashing near 401 in Mississauga, Canada in 2005, Sandy Hook shooting in CT in 2012, Ebola on call team in a hospital in CT 2014-2016, bomb or active shooter threats in the hospital, and nursing through the COVID pandemic 2020.

I am writing this letter in support of Frank Parlato.  I became familiar with Mr. Parlato through his incredible work and ethical reporting on the Connecticut Family Court. Mr. Parlato has given a voice to protective mothers who are victims of domestic abuse and who reported abuse of their children, only to be ignored and disbelieved by court appointed professionals like custody evaluators and Guardians ad Litem. Evidence based research on domestic abuse and coercive control is being ignored and bogus unscientific theories by court appointed professionals untrained in domestic abuse are being used. As a result of protective mother's and children's reports of abuse, these mothers have had their children taken from them, and custody given to their abusive ex-husbands, allowing the abuser to continue to perpetrate abuse and control. The severing maternal bonds is an atrocity children and mothers have been subjected to in CT Family Court.  Without Mr. Parlato's tireless investigation and reporting, these unconscionable realities would remain hidden which, in itself would be an injustice.

Mr. Parlato is one of the few reporters who has had the courage to report on the Family Court System and the conduct and motives of those paid to uphold the law and protect the vulnerable. Many mothers are fearful to speak for fear of further retaliation against them and their children. Many have been left without their children, their home, or any financial security as an outcome of seeking help from CT family court.

Mr. Parlato has proven to be one of the most ethical people I have ever met and tenacious in his efforts to help victims without a voice stand up for injustice.  Mr. Parlato's work and advocacy for protective mothers has been instrumental in restoring belief that these mothers and children suffering see some glimmer of hope; that the injustices will be reversed, and children will be protected.

He is an investigative reporter who has freely given literally thousands of hours of his time to shed light on the dark and evil situations being experienced by innocent mothers and children. He has proven to be so valuable to so many because of his ethical reporting and true concern for others suffering through reprehensible and anguishing situations.

I consider Frank a friend and hope my letter demonstrates my respect and admiration for him and his work.  He has made himself available to anyone experiencing this injustice and has opened the eyes of so many with his work. Whatever "wrong" Frank may have done, his dedication, selflessness, and countless hours devoted to children and mothers has been second to none. We are in desperate

need of his advocacy and ask that the court consider his imperative role in the lives of our children. He is needed in society and his contributions for the past few years alone should offset whatever issue he had many years ago.

If you have any further questions, I would be happy to address them. I may be reached at 203-274-1734 or robinjrgills@gmail.com

Respectfully,

Robin Gills