IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                            15-CR-149-A

FRANK R. PARLATO, JR.

                Defendant.

## NOTICE OF MOTION AND MOTION

THE UNITED STATES OF AMERICA, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Charles M. Kruly, Assistant United States Attorney, hereby moves for a three-week extension of time for the government to respond to Parlato's sentencing memorandum. *See* Dkt. 324. The basis for this request is set forth in the attached declaration.

DATED:    Buffalo, New York, March 15, 2023

                                                  TRINI E. ROSS
                                                  United States Attorney

                        BY:    */s/ CHARLES M. KRULY*
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     Western District of New York
                                     138 Delaware Avenue
                                     Buffalo, New York 14202
                                     716-843-5838
                                     Charles.Kruly@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                  15-CR-149-A

FRANK R. PARLATO, JR.

                  Defendant.

## DECLARATION

**CHARLES M. KRULY,** states under penalty of perjury pursuant to 28 U.S.C. Section 1746:

1.    I am an Assistant United States Attorney for the Western District of New York and am assigned to prosecute this case. This declaration is submitted in support of the government's motion for a three-week extension of time for the government to respond to defendant Parlato's sentencing memorandum. *See* Dkt. 324.

2.    On March 14, 2023, the defendant filed a sentencing memorandum and character letters in support of his request for a downward variance. *See* Dkt. 324. The government's response in opposition is due March 24, 2023, and sentencing is currently scheduled for April 4, 2023.

3.    The defendant's sentencing memorandum and accompanying letters are nearly 200 pages long. Further, the defendant's sentencing memorandum discusses the

underlying facts of the case, which are complex. To provide the government with sufficient time to respond to the defendant's memorandum, and in light of other scheduling conflicts, the government respectfully requests a three-week extension of time, through and including April 14, 2023, to file a response to the defendant's sentencing memorandum. Granting this extension will also require an adjournment of sentencing.

4. Before filing this motion, I spoke with Herbert Greenman, Esq., counsel for defendant Parlato. Mr. Greenman has no objection to this motion.

        Respectfully submitted,

        TRINI E. ROSS
        United States Attorney

BY:   ***/s/ CHARLES M. KRULY***
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716-843-5838
        Charles.Kruly@usdoj.gov