UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                       *Plaintiff,*

v.

                                                Case No.: 15-cr-00149

FRANK R. PARLATO, JR.

                       *Defendant.*
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on 7/11/23, our office had the illegible letters of the Sentence Memoranda prepared by defense counsel at pages 100 and 114 delivered to the following via hand delivery.

      MICHAEL DIGIACOMO, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      138 Delaware Avenue
      Buffalo, New York 14202

      CHARLES KRULY, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      138 Delaware Avenue
      Buffalo, New York 14202

      Our office also filed the foregoing with Hon. Richard J. Arcara of the District Court via hand delivery on 7/11/23.

Dated:      July 11, 2023

                                                          Elizabeth M. Jagord-Ward

Sworn to before me this 11th day
of July, 2023

Notary Public, State of New York
Qualified in Erie County
My Commission Expires Jan 13, 2027