To whom this may concern:

I Tracy Heyoq have known Frank Parlato half of my life. He is a very honest, kind, gentle man. He is trust worthy and would do anything for anybody. Frank is a very nice guy

He is very respectful and considerate. I just want everyone to know how I feel. He is a very good man.

Thank You
Sincerely Tracy Heyoq

Hon. Judge Richard Arcara
Robert H. Jackson US Courthouse
2 Niagara Sq.
Buffalo, NY 14202

December 2, 2022

Re: Frank Parlato, Jr.

Dear Judge Arcara,

I am writing to you in support of Mr. Frank Parlato, Jr. I met Frank in the late 1980's as we both served on the Board of Helping Hands Soup Kitchen in Buffalo.

Frank greatly influenced my career as he helped me get into the Real Estate business. We later worked together in the early 2000's on several political initiatives.

I have known him to be a good family man, a friend to many and a generous person. I hope you will treat him with leniency and understand he is a truly upstanding person and a gentleman.

Sincerely,

Charlie Flynn

3717 Daniels Rd.
Ransomville, NY 12131