# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*                                                             15-CR-00149-RJA-JJM

**FRANK R. PARLATO**

# Enclosed Are:

# Letters Received from Member of Public

Christopher Ambrose



The Honorable Richard J. Arcara
United States District Court for the
    Western District of New York
Two Niagara Square
Buffalo, NY 14202

May 26, 2023

Re: **Affidavits submitted by minors, M▉ and M▉▉▉▉ A▉▉▉▉▉, on behalf of Frank Parlato, Jr.**

Dear Judge Arcara:

I submitted a victim impact statement, dated November 14, 2022, and a supplemental letter, dated March 14, 2023, that focused on the devastating emotional harm Frank Parlato, Jr. has inflicted on my three minor children, M▉, M▉▉▉▉▉ and ▉▉▉▉▉ ▉▉▉▉▉▉▉.

Parlato has posted 75 defamatory articles online, falsely accusing me of being, among other things, a child molester, a "kiddie" porn producer, a thief, and a fetishist. He's also published my children's most personal information, including hospital and psychological records and reports from the Department of Children and Families ("DCF"). As I explained in my impact statements, Parlato has destroyed my reputation and ability to earn a living; more insidiously, he has subjected my kids to searing ridicule and bullying after their classmates discovered dozens of his articles.

I have never met Parlato, but he has lived with my ex-wife, ▉▉▉▉▉▉▉▉▉▉, since September 2021 and published the first article against the children and me on October 3, 2021. His false narratives track precisely the arguments she made during our divorce, and she is the only one who could have provided the kids' confidential records.

**I'm writing again because I just learned that ▉▉▉▉▉▉▉ supposedly has had our two older children, both now 16, submit affidavits denying they were negatively impacted by Parlato's publishing their most confidential information and claiming to support him. They have never met or spoken to Parlato, and ▉▉▉▉▉▉ obtained these affidavits by maliciously manipulation.**

This is not mere conjecture. Attached is a certified copy of our divorce decree which explains on p. 19, that the police and DCF confirmed numerous instances of ▉▉▉▉▉▉ coaching our children, especially ▉▉, to falsely accuse me of heinous behavior, including sexual abuse.

This disturbing conduct is part of why I have sole legal and physical custody, and ▮▮▮▮, who had been a stay-at-home mom, is not permitted any contact with the children - even with supervision. A criminal contempt/custodial interference action is pending against her. ▮▮▮▮ again uses the kids to serve her agenda, this time to rehabilitate Parlato.

This is not ▮▮▮▮ first attempt to whitewash Parlato's conduct. As Your Honor may recall, in January 2022, this Court heard that ▮▮▮▮ had accused him of battery, kidnapping/false imprisonment, and obstructing justice. She then refused to cooperate so the case was dropped, but Your Honor ordered Parlato to undergo an anger management evaluation and treatment, if necessary.

Now ▮▮▮▮ is denying Parlato's victimization of our children and forcing them to support him publicly. I am hopeful that the Court will not permit the intense, persistent emotional pain Parlato inflicted on my children to be discounted by the manipulations of their deeply disturbed mother, who continues to put her agenda and that of her boyfriend ahead of their best interests.

M▮ and M▮▮▮▮'s private therapists, high school counselors, and vice principal will attest to the extreme upset the kids suffered over time due to Parlato's relentless actions. If the Court requires additional information, please do not hesitate to contact me.

Respectfully submitted,
/s/ *Christopher Ambrose*
Christopher Ambrose

Christopher Ambrose



The Honorable Richard J. Arcara
United States District Court for the Western District of New York
Two Niagara Square
Buffalo, NY 14202

March 13, 2023

Re: **VICTIM STATEMENT SUPPLEMENT / FRANK PARLATO, JR.**

Dear Judge Arcara:

I'm providing this supplement to the impact statement I offered the Court on November 14 because Frank Parlato, Jr. continues to traumatize my children and me deliberately by publishing false narratives and their most confidential information online. He most recently posted articles on February 11 and March 6, each with over 235 hateful comments, supposedly made by readers. While Parlato's publications destroy my reputation and emotional health and prevent me from earning a living, this supplement will focus exclusively on the pain his online bullying causes my kids. Why? Because Parlato falsely maintains that anything I say is to gain an advantage in my libel suit against him. The children are not parties to that action, so limiting this report to his abuse of them prevents his attempt to divert the discussion.

***The emotional harm Parlato intentionally and incessantly inflicts on three minor children wholly discredits any suggestion that he is a decent man who has remorse for his immoral acts.***

To provide the briefest context, since October 3, 2021, Parlato has posted at least 74 articles and over two thousand "comments" on his websites. He repeatedly publicly identifies our children - with dozens of photos - as victims of sexual and emotional abuse, a violation of privacy even adult victims of such alleged crimes are spared. He also perpetually discusses their mental and emotional health, the quality of their lives, relationships, activities, and even their appearance. He reveals their most confidential information, including therapy, medical and DCF records, and private communications supposedly written by or about them. This unconscionable invasion of privacy exposes them to information they are too young to see, and it also subjects them to intense public scrutiny, stinging ridicule, and cruel bullying. In short, Parlato is causing them extreme emotional distress that impacts their daily lives.

Parlato claims to be a journalist and insists that his stories, regardless of their veracity, are protected by the First Amendment. But journalists publish "news"; Parlato merely re-publishes the same false narratives and my children's confidential records dozens of times. So he isn't publishing news; he is deliberately, unconscionably tormenting innocent kids.

Parlato has been involved with my former spouse, the children's mother, ▓▓▓▓, since well before he began posting hateful stories about us online. As described in my initial impact statement, he is well aware that our children and their peers discovered the lengthy stories discussing them, which often leads to humiliating ridicule and bullying. Yet this knowledge has not slowed, let alone deterred Parlato. To cite a few examples:

Parlato published an "open letter" to our son the day he turned 15, savagely invading his privacy and repeating many of his most despicable accusations, making that a birthday he will never forget. Two weeks later, on March 2, 2022, our daughter endured particularly brutal ridicule from classmates who saw Parlato's published narratives alleging sexual abuse. She reached out to her mom, begging her to get the articles taken down. Riordan did not respond, but she was living with Parlato; it's incomprehensible that he was unaware of these pleas. Every story remained posted.

At the Guilford (CT) Fair on September 17, our daughter was again mercilessly taunted by peers repeating statements Parlato published. A physical altercation ensued, and, as is now typical, witnesses filmed the melee. By Monday, every kid in school had a video of the assault on their phone. Our daughter was in tears for days.

Any reasonable person understands that such public humiliation is devastating, especially to a young adolescent. Recently, a 14-year-old girl was the victim of a nearly identical attack by peers. After a video of her assault was posted online, the girl committed suicide. Her anguished family blames the traumatic public ridicule she suffered from the assault and video. https://www.nytimes.com/2023/02/13/nyregion/nj-teen-suicide-bullying-school.htm. Parlato left his stories referencing our daughter up on the web.

In November, an Instagram page using photos and repeating abuse allegations from Parlato's websites appeared. It identified our kids as the "Incest Twins" and was digitally sent around the school. Within two days, our son was humiliated and refused to leave the house. He was evaluated at Yale New Haven Hospital and referred to an intensive adolescent outpatient program for anxiety. He is now on a modified school program, too anxious to face his peers. ▓▓▓▓ testified she and Parlato knew about the debilitating emotional harm Parlato's posts caused our son, yet the articles remain online.

The Internet is permanent, and Parlato's narratives involving our children - whether accurate or not - will be available to the world in perpetuity, as will their published private records. So, in addition to the distress he causes in the present, the kids constantly worry about the future - that every new friend, classmate, or employer will discover his websites with their most confidential records and his salacious allegations. By keeping the articles online, Parlato makes it impossible for them ever to heal from the trauma he is causing.

As my original statement explains, I have tried many times to stop Parlato. In August I filed a motion to enjoin ▓▓▓▓ from sharing confidential information about the kids with him. That motion was finally heard in Connecticut Superior Court over four days, ending on March 3, 2023. To my surprise, ▓▓▓▓ testified that in April 2022, when I had sent Parlato a cease and

desist letter, she sent him "several letters" pleading to remove his articles because of their harm to our children. Even though they were in a relationship, Parlato did not take down a single post.

▆▆▆▆ also testified at the hearing that pursuant to my motion, she recently sent another letter to Parlato directing him to remove his articles to stop the profound emotional harm they caused the kids. [1] I sent him a similar letter. Parlato's response was to publish new, lengthy articles on February 11 and March 6; each has over 235 vicious comments allegedly made by readers. So, Parlato claims to have affection for ▆▆▆▆ yet still ignores her multiple pleas on behalf of the children and continues his malicious campaign, falsely attacking me as a child abuser and destroying their lives.

Frank Parlato, Jr. is cold-hearted, dishonest, and extremely dangerous. As our history demonstrates, he does not respond to pleas or demands, second or third chances. Even when called on his cruelty to innocent children by someone he purports to care for, Parlato displays no remorse; instead, he doubles down more aggressively. Unless he is finally held accountable by incarceration, he will continue to re-offend with a vengeance, destroying his victims just as he has utterly destroyed our children.

Respectfully submitted,

*[signature]*

Christopher Ambrose

---

[1] While ▆▆▆▆ has recanted statements to authorities in order to protect Parlato in the past, since this testimony involves our children, I hope she will put their interests ahead of his and not change her narrative to serve him yet again.

Christopher Ambrose



The Honorable Richard J. Arcara
United States District Court for the Western District of New York
Two Niagara Square
Buffalo, NY 14202

November 14, 2022

Re: **VICTIM IMPACT STATEMENT regarding FRANK PARLATO, JR.**

Dear Judge Arcara:

I understand that Frank Parlato, Jr. and his criminal defense attorneys will represent that he never intended to commit any crimes, that they're a slip in an otherwise exemplary life, and that he is full of remorse. I respectfully encourage the court to disregard these claims because Parlato is committing crimes - through today - against my three minor children and me. He is destroying our lives - emotionally and financially - and doing so with a purposeful vengeance. I know him to be dishonest in the extreme, ruthlessly cruel, and devoid of a conscience.

I do not know about the crimes Frank Parlato, Jr. is pleading guilty to and for which he will be sentenced. In fact, I have never met or spoken with Mr. Parlato and hadn't even heard of him until October 3, 2021, when he began publishing life-destroying lies about me and confidential information about my children on his tabloid-style "news" websites, *The Frank Report (frankreport.com) and Artvoice (artvoice.com)*.

Parlato uses his websites to target and brutally defame a variety of people. Since he first attacked me on October 3, he's published 63 lengthy "articles" - and counting (a list is attached as EXHIBIT A). He prints the most horrific lies, including that: I am a pedophile who sexually, emotionally, and physically abuses my children; I'm addicted to and produce pornography, including "kiddie" porn; I've hidden/stolen millions of dollars in assets from my estranged spouse, who I supposedly stalk and

threaten; I've bribed/colluded with the Connecticut Family Court judiciary and bar, the state and local police, DCF, schools, hospitals, and countless others to illicitly gain custody of my children; I've had extramarital affairs, including a gay lover; I am psychologically unstable, an alcoholic, have anger issues, and fetishes.

Parlato also publishes photos of and the most confidential information about my three minor children, including their psychological histories, medical records, and our custody evaluation, which the court had sealed to protect their privacy. Parlato has utterly destroyed our lives. And he continues to do so.
His false allegations are identical to those my seriously troubled ex-wife, ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇, began making after I filed for divorce in July 2019. On information and belief, Parlato met ▇▇▇▇ online sometime in mid-2021 and quickly began attacking me in his publications. In January 2022, they began living together in Florida.

Even before he published his first defamatory article against me, Parlato knew that all the allegations he was making had been investigated by public authorities, including the CT State Police and local police departments in three towns, DCF, Yale New Haven and Connecticut Children's Hospitals, and the children's therapists. He also knew that every single allegation was determined to be baseless. *Every. Single. One.*

Parlato was also aware that I have had sole legal and physical custody of the kids since April 2020. Their mother has refused supervised visitation and so has had virtually no contact with them except when she abducted them for two days in December 2020 and hid in a hotel 25 miles away. The police only found her by pinging her phone.

The psychological harm Parlato is inflicting on my children is unconscionable. The older two discovered his website independently when he began publishing last fall. Parlato knows they read his articles, which is why he posted an "open letter" to my son on his 15th birthday that repeated his usual blistering falsehoods against me in a blatant effort to destroy our relationship.

I cannot begin to fathom why someone would publicize confidential records about children. It's an unimaginably mean-spirited violation of their privacy and

damaging for them to see such information at their age. More incomprehensible still, Parlato makes it clear that their mother is the source of this information, so they know she is betraying them, which serves no purpose other than to cause them more pain.

Their classmates have discovered Parlato's salacious articles, and subjected the kids to searing ridicule. After one especially humiliating incident in March 2022, my daughter sent an email begging that Parlato take down the articles, at least those focused on her brothers and her. But Parlato responded by exposing more confidential material and repeating his false allegations of their supposed sexual abuse at my hands. Such conduct is nothing short of sadistic.

On August 12, 2022, I filed a Motion to Protect the children from Parlato's savage invasions of their privacy and their mother's misconduct. (That document is attached as EXHBIT B).

Unfortunately, legal action does not deter Parlato. Just weeks ago, shortly after he yet again republished his abuse allegations, kids followed my daughter around the Guilford (CT) Fair on September 17, taunting her. A physical altercation ensued; as is now the norm, a half dozen witnesses filmed the incident, complete with shouted insults about *The Frank Report* accusations. By Monday, every kid in school had a video of the assault on their phones, further humiliating her.

On September 21 and October 17, documents referencing this incident, among others, were filed with Connecticut Superior Court. (Attached as EXHIBIT C). Parlato tracks all of our court filings; he knows about the harm he caused. He has yet to remove a single article.

The children know the Internet is permanent; the falsehoods and private information Parlato posts will follow them for the rest of their lives - to every new school, job, and relationship. Similarly, their emotional scars will always be there.

Parlato's lies are also destroying my life. Is there anything worse than being labeled a *pedophile… a child abuser… a producer and addict of kiddie porn*? For over a year, Parlato's ruthlessly branded me with these labels in loud headlines and dozens

of articles, complete with photos and screenshots of documents that purport to prove his lies. He has subjected me to intense public scrutiny and urged ugly suspicion. He has pulled apart my extended family and ruined relationships with friends, neighbors, and colleagues. He aggressively incites his readers, who respond with published comments to his articles, threatening to come to my house, beat me, and "rescue" my children. In addition, I'm receiving obscene, threatening voicemails - over a dozen, so far - all referencing whatever the current accusations are in *The Frank Report*. I routinely turn these over to the police, but the calls are inevitably from a burner or other untraceable phone.

Parlato's sort of sustained, highly personalized public bullying campaign can lead victims to suicide and attempted suicide. In my case, it has resulted in a new psychological diagnosis and prescription medication.

Parlato has also decimated my professional life and is even preventing me from making a living. For 20 years, I earned a substantial income as a writer/producer of television series, including *Law & Order, NCIS*, and *Bones*. My agent gets me work in network television. He has to explain the dozens of defamatory articles Parlato has posted.

The world of network television is small, and people are familiar with ugly divorces. On hearing that I have sole custody, many tv execs - though not all - were willing to consider me for a job. However, none could get past the fact that Parlato doesn't defame only me in his articles; he savagely attacks anyone he sees as my ally. He's posted long, scathing indictments against my attorney, the children's therapists, the custody evaluator, the judge, and many others. Network/studio execs are afraid that Parlato will come after the network, the show, or the lead actor if they hire me. Who would take that risk? (In a similar vein, many of the parents of my children's peers do not want our kids at their house for fear that Parlato will blast them on his websites). So Parlato has effectively ended a career I've been building diligently for 20 years.

I need to support my family, so I engaged executive recruiters to help me find work in another field. Unfortunately, corporate America is not an insular community like network television. Employers first check a job candidate's online profile. With a few clicks, my name leads to Parlato's many articles identifying me as a child

predator, a porn king, and a swindler of marital assets. As one recruiter told me, Parlato's public accusations make me "unemployable."

(A quick note: Parlato has repeatedly accused me of plagiarism based on an inaccurate report in the press some years ago. However, the work I supposedly copied was, in fact, my own; everyone in my field knew the truth, so I never suffered any economic loss due to the false report, and so I didn't take any action).

Parlato's malicious destruction of my reputation, personal life, emotional health, and career is all the more insidious because of his insidious agenda: commerce. Parlato is a self-described "investigative journalist," and his blogs resemble tabloid news sites. He shamelessly uses prurient headlines, "Pedophilia … Child Abuse… Child Porn…" and photos of our kids to grab attention, even as he knows that these headlines are based on allegations that have been definitively determined to be lies.

Parlato essentially admitted this in a text to my mobile phone on February 23, 2022, "Your story is catching on like wildfire… There's so much more to write." The "story" is the narrative that he knows to be false yet continues to publish; "catching on like wildfire" indicates that he monitors and seeks the attention his fabricated stories generate. That he will write "more" is a transparent threat intended to intimidate.

He's created Twitter and Instagram accounts that only promote his false stories about me, none of his other targets, and he republishes his hit pieces on other scandal sites, including familycourtcircus.com, which is virulently racist/anti-Semitic. By widening his audience with each re-publication, Parlato exposes my children's records and destroys my reputation to even more people, bringing him more "clicks" and more significant economic benefits. *In short, Parlato is ruining the children's lives and mine to enrich himself. He is committing the most egregious form of financial crime.*

In addition to exploiting the children and me, Parlato's taking advantage of my former spouse, who is his only source for these damning narratives. Because her conduct was so alarming, the court denied this former stay-at-home mother custody. Any visitation must be supervised and is contingent on her undergoing a

full psych eval and demonstrating progress in therapy. Parlato is using this deeply troubled individual for his economic gain.

When the divorce trial concluded at the end of March, I felt I could turn my attention to Parlato. I discovered that defamation is a crime in Florida (FL Stat. §836.04), so I contacted the Monroe County (FL) Sheriff and State Attorney. Both know Parlato well, recently in connection with a December 2021 incident in which he was charged with battery, false imprisonment, and witness tampering. That case was dropped when the victim became afraid to prosecute. After hearing of Parlato's conduct toward my children and me, they invited me to file for defamation; however, protocol requires an in-person report, and I can't go to Florida now. They also cautioned me that they consider Parlato violent and a "genuinely bad actor."

On April 14, I communicated with Parlato for the first time, sending him a cease and desist letter (attached as EXHIBIT D). His response? He wrote new articles, mocking me as "suicidal," taunting, "Sue me," and including more of the kids' private photos and records.

Parlato didn't respond to the letter so I filed a defamation/invasion of privacy lawsuit against him in Connecticut Superior Court on July 12 (attached as EXHIBIT E). He blustered in his articles that I should sue him, but he deliberately hid from the many process servers and the Monroe County Sheriffs who have tried to serve him. This demonstrates his character: despite claims to the contrary, he hides to avoid accountability for his unlawful misconduct. He is a fraud.

I would like to have presented this letter to Your Honor in person; practically, that isn't possible. So often, financial crimes like Parlato's seem to result in leniency precisely because any "victim" is anonymous. Hopefully, I've demonstrated that, regardless of what he or his representatives may assert, *Frank Parlato is committing sustained, calculated, cruel crimes to enrich himself while inflicting severe harm on real victims, including innocent children*.

Parlato's cold-blooded lies and relentless of privacy have caused us irreparable emotional pain and financial loss. Though he has been made aware of the trauma he causes - many times - his response is to mock and double down. I respectfully

encourage the court to consider Frank Parlato, Jr. to be the dangerous, remorseless criminal he is. He deserves to be punished to the fullest extent of the law.

Thank you in advance for your consideration.

Respectfully submitted,
/s/ *Christopher Ambrose*

Christopher Ambrose

Christopher Ambrose


The Honorable Richard J. Arcara
United States District Court for
      the Western District of New York
Two Niagara Square
Buffalo, NY 14202

July 1, 2023

Re: Frank Parlato Jr.'s Domestic Violence Incident

Dear Judge Arcara,

I'm writing in response to the letter to the Court dated June 30 regarding a domestic violence incident (the "Letter") that Frank Parlato, Jr. has attached to his Reply to Government's Sentencing Memorandum. I've watched the police body cam footage referenced in the Letter. While the name is redacted, I have identified the victim (and author of the Letter) as my former spouse, ███████████████.

**I respectfully encourage Your Honor to review this police video as it demonstrates that ███████ claims in her Letter are entirely at odds with what she told police about Parlato's violent actions. The falsehoods in her Letter call into question her credibility regarding this incident as well as the affidavits of support she filed with the Court that our minor children supposedly wrote.**

I have written to the Court before (on November 14 and March 13) because Frank Parlato has published over 75 articles falsely accusing me of being a pedophile, stealing millions in marital assets, and producing porn. His articles have utterly destroyed my reputation, mental health, and ability to earn a living and subjected my children to searing bullying (all documented by their school and therapists and in contemporaneous texts and emails).

I also wrote on May 26 after learning ███████ submitted affidavits, allegedly from two of our children, claiming they support Parlato, whom they have never met or spoken with. I never expected to write a fourth time, but it's imperative to inform the Court of ███████ lack of credibility so Your Honor may accurately assess Parlato's character.

███████ is so deeply troubled that after a 28-day trial with testimony from her own psychiatrist, Connecticut Superior Court determined that she, a former stay-at-home mother, is not permitted any contact with our children - even with supervision - unless she has a complete psychiatric evaluation and is in treatment. She has refused to comply with the court orders and so hasn't lawfully seen our kids for over three years. The Divorce Decree also states that ███████ coached

the children to falsely accuse me of sexual abuse (Decree at p.19), that she was sanctioned for numerous misrepresentations made under oath and for destroying evidence. Since April 2020, I've had sole physical/legal custody, made permanent on p. 37 of the Divorce Decree. The LINK to the Divorce Decree is: https://efile.eservices.jud.ct.gov/DocumentInquiry/DocumentInquiry.aspx?crn=4254915&DocumentNo=22652614

On July 21, she faces a contempt of custody order with a potential penalty of incarceration (CT Superior Court Docket No: FBT-FA19-6088163-S). In short, ▇▇▇▇ has a well-documented history of lying to the courts, which I respectfully suggest should inform the weight her Letter is afforded.

Frank Parlato, Jr. is cruel, malicious, and remorseless; now, he is manipulating his self-described intimate partner, who is psychologically disturbed and willing to deny claims she made to police immediately after the incident. I respectfully encourage the Court to view the body cam footage to assess ▇▇▇▇ credibility and hold Parlato accountable for his misconduct to the fullest extent of the law.

Respectfully submitted,
/s/ *Christopher Ambrose*
Christopher Ambrose