# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

**THE UNITED STATES OF AMERICA**

   *-vs-*                                              **15-CR-00149-RJA-JJM**

**FRANK R. PARLATO**

# Enclosed Are:

# Letters Received from Member of Public

Christopher Ambrose
381 Horsepond Rd.
Madison, CT 06443
ca0515@aol.com
203.505.1889

The Honorable Richard J. Arcara
United States District Court for the Western District of New York
Two Niagara Square
Buffalo, NY 14202

July 25, 2023

Re: Frank Parlato Jr.'s Malicious Cybercrimes

Dear Judge Arcara,

I've written to you before about Frank Parlato, Jr., who has terrorized my family by publishing over 75 viciously defamatory articles about me as well as my children's confidential medical/psychological records on his website, frankreport.com, and others. His online publications have caused us emotional harm and financial ruin and incited readers to threaten me; more concerning still because he's also published my home address where I live with my kids.

Parlato *re-publishes* all the articles about my family on **familycourtcircus.com**. This virulently racist/antisemitic website targets the litigants, attorneys, guardians ad litem, witnesses, and judges in the Connecticut Family Courts written by Paul Boyne, who was arrested on an 18-count indictment for cyberstalking by the Connecticut State Division of Criminal Justice. Their July 24 Press Release is attached.

Parlato has told Your Honor that he is a "respected journalist" protected by the First Amendment. But respected journalists don't re-publish their work on sites that threaten, harass, defame, promote hatred, and incite violence. Parlato has already written two articles in support of Boyne and his website on frankreport.com, published on July 22 and 23.

Similarly, Parlato has maintained that he has not destroyed my family with his "journalism."His long-time girlfriend, my former wife, ███████████, even had our children send letters to this Court denying that Parlato subjected our kids to searing ridicule and bullying, despite contemporaneous texts, emails, and school incident reports that show otherwise. Yet on July 20 and 21, Parlato published lengthy articles exploiting the kids anew and violating their privacy. I feel he is "coming after" me again since learning that I wrote victim impact statements against him, which were shared with him by his girlfriend's family.

While what Parlato publishes may be protected, the harm he causes - the destruction of reputations and livelihoods - and the aggression he incites - from bullying to threats - speak to his character. On the threshold of a severe criminal sentence, he is not reflecting on the pain he's caused; he is continuing his craven pursuit of "clicks" to make more money for his websites.

Respectfully submitted,
*Christopher Ambrose*



**State of Connecticut**
DIVISION OF CRIMINAL JUSTICE

OFFICE OF THE STATE'S ATTORNEY
NEW HAVEN JUDICIAL DISTRICT

JOHN P. DOYLE, JR.
STATE'S ATTORNEY

235 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
TEL. (203) 503-6823
FAX (203) 789-6400

07/24/2023

# Virginia Man Arrested for Cyberstalking Three Connecticut Judges

**FOR IMMEDIATE RELEASE**

(New Haven, CT) – New Haven State's Attorney John P. Doyle, Jr. today announced the arrest of Paul Boyne, age 62, of Springfield, Virginia, on 18 counts of felony Stalking and Electronic Stalking for cyberstalking three sitting Connecticut Superior Court Judges.

Boyne appeared today in Fairfax County General District Court in Fairfax, Virginia. The State of Connecticut will be seeking to extradite the defendant to Connecticut to face these charges.

Boyne's arrest comes after a multi-year investigation into the website "thefamilycourtcircus.com." Boyne, a former resident of Connecticut, is alleged to have authored and maintained the website from his home in Virginia and used online postings to stalk and threaten the judges. The website additionally provides commentary on attorneys, family court litigants, and court proceedings, primarily in the state of Connecticut.

The case was investigated by the Connecticut State Police Computer Crimes Unit and Hate Crimes Unit. The case will be prosecuted by the New Haven State's Attorney's Office. The charges are merely accusations and Boyne is presumed innocent

until and unless proven guilty beyond a reasonable doubt in a court of law.

The Division of Criminal Justice extends its appreciation to authorities in Virginia, particularly the Office of the Fairfax Commonwealth's Attorney in Fairfax County, the Virginia State Police, and the U.S. Marshals Service, Eastern District of Virginia, for their assistance in this investigation.

**Email**

**Print**

**POLICIES**

**ACCESSIBILITY**

**ABOUT CT**

**DIRECTORIES**

**SOCIAL MEDIA**

**FOR STATE EMPLOYEES**



UNITED STATES**FULL**



CONNECTICUT**FULL**

© 2023 CT.GOV | CONNECTICUT'S OFFICIAL STATE WEBSITE



FEEDBACK

# How was your experience today on CT.gov?

Any additional comments?



On July 20 and 21, he published three articles brutally exploiting my kids. in over children's and my lives by publishing over 75 articles on his various websites, including frankreport.com. Since October 3, 2021 he has written f

Parlato has re-published every article he's written about my family about my family has

**I respectfully encourage Your Honor to review this police video as it demonstrates that ████████ claims in her Letter are entirely at odds with what she told police about Parlato's violent actions. The falsehoods in her Letter call into question her credibility regarding this incident as well as the affidavits of support she filed with the Court that our minor children supposedly wrote.**

I have written to the Court before (on November 14 and March 13) because Frank Parlato has published over 75 articles falsely accusing me of being a pedophile, stealing millions in marital assets, and producing porn. His articles have utterly destroyed my reputation, mental health, and ability to earn a living and subjected my children to searing bullying (all documented by their school and therapists and in contemporaneous texts and emails).

I also wrote on May 26 after learning ████████ submitted affidavits, allegedly from two of our children, claiming they support Parlato, whom they have never met or spoken with. I never expected to write a fourth time, but it's imperative to inform the Court of ████████ lack of credibility so Your Honor may accurately assess Parlato's character.

████████ is so deeply troubled that after a 28-day trial with testimony from her own psychiatrist, Connecticut Superior Court determined that she, a former stay-at-home mother, is not permitted any contact with our children - even with supervision - unless she has a complete psychiatric evaluation and is in treatment. She has refused to comply with the court orders and so hasn't lawfully seen our kids for over three years. The Divorce Decree also states that ████████ coached the children to falsely accuse me of sexual abuse (Decree at p.19), that she was sanctioned for numerous misrepresentations made under oath and for destroying evidence. Since April 2020, I've had sole physical/legal custody, made permanent on p. 37 of the Divorce Decree. The LINK

to the Divorce Decree is: https://efile.eservices.jud.ct.gov/DocumentInquiry/
DocumentInquiry.aspx? crn=4254915&DocumentNo=22652614

On July 21, she faces a contempt of custody order with a potential penalty of incarceration (CT
Superior Court Docket No: FBT-FA19-6088163-S). In short, ███████ has a well-documented
history of lying to the courts, which I respectfully suggest should inform the weight her Letter is
afforded.

Frank Parlato, Jr. is cruel, malicious, and remorseless; now, he is manipulating his self-described
intimate partner, who is psychologically disturbed and willing to deny claims she made to police
immediately after the incident. I respectfully encourage the Court to view the body cam footage
to assess ███████ credibility and hold Parlato accountable for his misconduct to the fullest
extent of the law.

Respectfully submitted,
/s/ *Christopher Ambrose*
Christopher Ambrose