July 21, 2023



Dear Judge, Arcara,

I am enclosing a copy of an email - emailed to the Courts on June 1, 2023. I have not seen the enclosed on the Court docket, and I wanted to be sure you did receive a copy.

I apologize for taking the Courts time. I am at a loss as to how to address with the Courts Mr. Parlato's true character, consistent abuse, reckless disregard for the truth, and attempted intimidation. That said, I am starting to become concerned for my safety, and I would like that on the record.

When or if Your Honor sentences Mr. Parlato to serve time, I feel I will be the one he, they, blame, not himself or the actions that brought him to your courtroom. Mr. Parlato has not taken any responsibility for his actions, just the opposite. He uses anyone he can to try and make himself out to be a hero and a victim of the legal system for his upcoming sentencing.

Mr. Parlato has now again begun using his blog to intimidate me - and others who wrote in third-party letters - by writing a series of negative articles.
One blog post broke down the letter I sent to the Courts with alarming comments, —

Using the moniker "NXIVM Art," written by Ashley Marie Tweed.  She writes in part..." I have this morbid painting of you smoking a Marlboro while a child lays in wait in a closet to be sexually assaulted by your ex-boyfriend. I'm glad Frank picked apart your lies to his judge."


Ms. Tweed, who works for Mr. Parlato, - wrote a letter of support and has a criminal history of violence.


      PEMBROKE PARK, Fla. — A 41-year-old woman, who Monroe County Sheriff's Office discovered had outstanding warrants in Broward County for prostitution, drugs and trespassing, was arrested Friday night after a series of violent incidents.
According to deputies, Ashley Marie Tweed attacked a neighbor, threw rocks and kicked deputies, and smashed her head until it split open in a patrol car. Monroe County Sheriff's Office Deputies said they were called to a scene on Geranium Drive at 10:25 p.m. of reports of a suspicious person who attacked someone.
The man who called sheriff's deputies said he saw a blonde woman
lying in the street and when he went to check on her, she slapped a drink out of his hand and hit him. The woman, later identified as Tweed, then fled, but was found by the man nearby.
The caller reported that when he located her the second time, she was naked and banging on a parked car. Tweed ended up on Bittersweet Avenue where deputies found her in the street. She then ran away from them and back to Geranium Drive, where she hid underneath a truck.
When deputies finally coaxed her out from under the truck, she threw rocks and ran toward a house. One of the deputies fired a Taser, but it had no effect, according to their report. Another deputy fired a Taser striking her as she ran upstairs and into the residence.
It was there that deputies found her in a bathroom, where she resisted arrest by kicking deputies as they tried to remove her from the house.
Once inside the patrol car, as crews were working on removing Taser barbs, she began smashing head against the divider, which the report said, caused her head to split open. She was taken out of the car so paramedics could attend to her bleeding head. She continued to try to get away by kicking anyone that came near her, they said.

Tweed received more than 10 staples to her head after being transported to Lower Keys Medical Center. She was eventually cleared by medical staff at the hospital and taken to jail.
Tweed faces charges of two counts of a battery on a law enforcement officer, two counts of resisting with violence, two counts of resisting arrest without violence and battery.
Her warrants out of Broward County are for possession of cocaine, possession of drug paraphernalia, trespassing and prostitution.

https://www.local10.com/news/local/2021/03/13/woman-with-warrants-in-broward-county-arrested-after-series-of-violent-incidents-in-florida-keys/

More arrests have followed, the most recent on 3.9.2023.

Respectfully submitted,
Toni Natalie

06.01.2023
Dear Judge, Arcara,

My name is Toni Natalie. I am one of the "third-party letters regarding Defendant Frank Parlato.

On 5.30.23 # 356 - Minute Entry ..."The Court will file and make public the letters and consider them at the sentencing. Each party shall file submissions regarding the letters by **6.23.2023**. The Defendant's request to file a brief response to the Government's submissions by 6.30.2023 is granted. Sentencing set for **6.5.2023** is reset for **7.6.2023** at 11:00 AM, which will be held in person and in the Courtroom. Defendant remains on release."

I don't know if the Court intended to redact personal information before making the letters public. Still, Mr. Parlato's need to "get ahead of the story" and the need for retaliation has taken that option off the table.

I started receiving text messages from Ms. Kim Snyder at 10:49 AM stating she received this letter (my letter) from an anonymous source -65 text messages later and... I'm sharing several screenshots here for you.

Exactly the results Mr. Parlato knew would happen. Mr. Parlato remains on release despite several probation violations - now what? I have heard it all; Parlato has a good attorney, people are afraid of him, the case is old, he is old, his co-defendant walked free, and so will he, will he?

I ask the Courts to hold Mr. Parlato responsible for releasing this letter before the Court and Government's approval. He has been hiding behind his fake names and abusing the Frist Amendment for years. He will try manipulating the Courts by pretending he had nothing to do with this. The only thing this did was cause someone unnecessary pain for his gain.

Thank you for considering the letters in his sentencing; this is why the character references sent by the few third parties not afraid of Frank Parlato and his blog are so important.

Respectfully submitted,



# Kim Snyder Is A Survivor

Thursday, May 31, 2018

"I Will Survive" is Kim Snyder's favorite song. As a five-year survivor of breast cancer, Snyder knows all too well what surviving is all about.

Snyder was diagnosed with aggressive breast cancer on March 31, 2013. Four tumors were found in her left breast so she opted to have a double mastectomy in April 2013. She underwent 30 rounds of chemotherapy. She tried Tomoxifen, an after-chemotherapy drug, but couldn't tolerate it. Her oncologist was Dr. Skaff of Carolinas Hospital System. Luckily, she didn't have to have any radiation. Her surgeon, Dr. Murrell of McLeod-Florence didn't think it was necessary.



KIM SNYDER

Snyder would like to give a big thank you to her doctors, to her mother, Mrs. Jonnie Snyder, and to her son, Andrew, for their wonderful love, care, and support during her illness.

Dillon County Relay For Life will be Saturday, June 1st from 11:00 a.m. until 11:00 p.m. at the Dillon Motor Speedway. Please come out and join the celebration.

You see what a Slanderer you are what a LIAR ? You don't know









I received this letter from an anonymous source - and I do NOT appreciate YOUR in-appropriate comments about me - how dare you - who do YOU think YOU are.
I am writing the Judge - and expressing my anger to him, for YOUR LIES - and it is a LIE - YOU have NO college degree to tell the Judge anything about me



11:13   •ll 5G 96

**KS**
**Kim**

Today 10:49 AM

To these girls, this was yet another form of coercion, coercive control, a quid pro quo -a name of someone still in DOS to have their name removed. Some of these girls contacted me, not knowing what to do to stop their names from becoming clickbait for the sex cult on the world wide web—Mr. Parlato's form of what he calls journalism, and the public's right to know.

I spoke to Mr. Parlato on multiple occasions, asking him to please remove the names and photos of these young girls, explaining that when we made mistakes when we were younger, our parents addressed the issues, not the Internet, to be seen forever.

Mr. Parlato was unaware I was in contact with any of the DOS girls as they feared retaliation if they spoke out, and many of them still do.

I declined when Mr. Parlato pressured me for contacts to work with him on his upcoming documentaries—offering to pay me and add me to his team.

It was 7/4/2019, I was on a call with Mr. Parlato. He said that if I helped him and share my contacts, he might be able to control what is said about me on his blog. I asked him if he was threatening me. As he stated multiple times, the pen is mightier than the sword.
Hundreds of negative stories about me began, with his monikers, many being Frank himself fanning the flames with comments to keep the clicks coming. He used photos of my son, claiming I had him on a DOS diet. Pictures of my deceased brother and his obituary with the claim I lied about his death in my book, (The Program: Inside The Mind Of Keith Raniere And The Rise And Fall Of NXIVM) his autopsy states suicide. He delved into every facet of my life, taking small amounts of truth, and putting his Frank Report spin on it.

One of his targets was a family who lost their daughter Kristin Snyder in 2003. Because her body was never found he made this a focus for his upcoming true crime show. When Mr. Parlato contacted the family and brought the producers in to film, they were unaware that Kristin's sister Kim, who Mr. Parlato wanted to film, was a mentally challenged woman. Something he was aware of. Seeing the effect this was having on her and her family the producers never used any of the footage showing the family. But Mr. Parlato still uses her today as click bate, along with many other NXIVM victims.

He has now moved on as a hired PR gun, on other topics, such as, if you have lost custody of your children, he will expose the court and CPS wrongdoings on his blog – along with photos of the children in question.

I was the first to speak out against Keith Raniere many years ago; many people were silenced with the fear of "terrorism by litigation" as they watched the decades of lawsuits NXIVM filed against me and my family. Although they never won any of their false claims the years and cost of litigation broke our family in more ways than one.



I received this letter from an anonymous

iMessage