UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                *Plaintiff,*

      v.

FRANK R. PARLATO, JR.,

                *Defendant.*

**NOTICE OF MOTION**

Case No.: 15-cr-00149(RJA)

---

### UNSOLICITED LETTER ON BEHALF OF FRANK PARLATO

DATED:    Buffalo, New York
              July 28, 2023

Respectfully submitted,

/s/Paul J. Cambria, Jr.

---

PAUL J. CAMBRIA, JR., ESQ,
HERBERT L. GREENMAN, ESQ.
Attorneys for Defendant
FRANK PARLATO
42 Delaware Avenue
Buffalo, New York 14202
(716) 849-1333
pcambria@lglaw.com
hgreenman@lglaw.com

TO:    CHARLES KRULY, ESQ.
        MICHAEL DIGIACOMO, ESQ.
        ASSISTANT UNITED STATES ATTORNEYS
        138 Delaware Avenue
        Buffalo, New York 14202

July 27, 2023

Dear Honorable Judge Arcara,

We are the teenage children of Chris Ambrose and Karen Riordan. We are writing to you to provide you with the truth. Chris Ambrose has written five letters grossly misrepresenting the truth to Your Honor. Chris says he is a victim of Frank Parlato. Our adoptive father is a victim of no one. He spends his life victimizing others.

We hope you will consider our perspectives, as we are directly affected by these proceedings.

Our father used to be a Hollywood TV writer of legal fiction, until he was publicly exposed for plagiarism. He was fired in 2017 and has not worked since. He uses his writing skills to harm others. He has used his storytelling to destroy our lives and is using his storytelling to try and incarcerate Frank Parlato.

Chris Ambrose's narrative, which places blame on Frank Parlato for the problems we've experienced is a smokescreen to mask his own actions. We would like to make it clear that Mr. Parlato has been our hope. He has been a beacon of support through our journey of torment at the hands of Chris Ambrose, and not a source of problems as our father insists.

Enclosed with this letter are the statements we previously sent to US Attorney Trini Ross, Assistant US Attorney Charles Kruly and FBI Special Agent Brian Burns.

These documents attest to the numerous instances of abuse we've suffered at the hands of Chris Ambrose.

Contrary to what Chris Ambrose would like you to believe, we are happy and safe with our mother, Karen Riordan. We are young adults aged 16, 16 and 13, who have been subjected to years of sexual, emotional and psychological abuse by our father.

The truth must come to light and we are more than willing to provide additional details and answer any questions you may have. We need to be protected from him and he needs to stop harming innocent people who try to help us. Anyone who tries to help us is targeted and attacked by Chris Ambrose.

He wants Frank Parlato in prison to discredit our truth, and to make Frank an evil person when it's just the opposite. He wants to silence Frank Parlato as he has managed to silence his own children for four years. Please don't allow this to happen.

Our father's claims against Mr. Parlato and our mother are baseless and are designed to shift blame from himself. We implore you to consider our experience and our desire for safety and justice.

When we wrote the letters to the prosecutors and FBI agent Brian Burns, Mia and I had run away but Sawyer was trapped. On Independence Day Sawyer escaped from Chris Ambrose, and we recently celebrated our freedom on Sawyer's 13th birthday—safe from the abuse of our father.

Sawyer is now living with us at our mom's house and on Friday Judge Rodriguez and Judge Nieves refused Chris Ambrose's demands, among them was to have all three of us physically removed and forced from our mom's house and back to him. What kind of a father would make such a demand?

Thank you for your time and consideration, Your Honor

Sincerely,

*Mia Ambrose*
Mia Ambrose

*Matthew Ambrose*
Matthew Ambrose

*Sawyer Ambrose*
Sawyer Ambrose


Please see attached:
1. Letter to Govt. from Matthew Ambrose with attachments:
   a. Letter from Dr. Dorothy Stubbe
   b. Affidavit from Matthew Ambrose
   c. Matthew Ambrose's petition of abuse and neglect against Chris Ambrose

2. Letter to Govt. from Mia Ambrose with attachments:
a. Mia Ambrose affidavit
b. MDT evaluation showing sexual abuse by Chris Ambrose
c. Petition of abuse and neglect against Chris Ambrose
d. Lies by Chris Ambrose. I fled to my mom for love and safety. Chris filed a restraining order on my behalf against my mom when it's him who I need the restraining order from. Judge Eddie Rodrigues thankfully saw through his lies and denied his motion.

3. Articles from Frank Report at our request.