| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

*UNITED STATES DISTRICT COURT FILED AUG 29 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>15-CR-149-A |
|---|---|
| DEFENDANT<br>Frank R. Parlato, Jr. | TYPE OF PROCESS<br>Restitution Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$184,939.51 c/o U.S. Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2 Niagara Square, Buffalo, NY 14202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Cheryl LoTempio
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, NY 14202

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

*RECEIVED 2022 AUG 17 AM 11:25 US MARSHAL SERVICE WDNY*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

15-FBI-005519

Pursuant to the Plea Agreement and after the defendant is sentenced and the Court has ordered restitution, turn over $184,939.51 to the Clerk of the Court to be applied to the restitution judgment.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(716) 843-5823 | DATE<br>8/17/2022 |
|---|---|---|---|
| CHERYL LOTEMPIO  Digitally signed by CHERYL LOTEMPIO Date: 2022.08.17 10:33:27 -04'00' | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 55 | District to Serve<br>No. 55 | Signature of Authorized USMS Deputy or Clerk | Date<br>08/17/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>8/16/23 | Time<br>N/A | ☐ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>Jenelle C Yauger | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

$184,939.51 USC Was Paid to the United States Clerk of the court of WDNY via IPAC Payment on August 16, 2023

*UNITED STATES DISTRICT COURT FILED AUG 29 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

Form USM-285
Rev. 03/21

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals Service

**Process 055-1:2015-CR-00149-3 | Cost Worksheet**
Printed on: 08/29/2023

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CR - Criminal | W/NY - BUFFALO | W/NY - BUFFALO | USA v. FRANK R. PARLATO JR. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | FinalForfeiture | United States Marshal Service Asset Forfeiture Unit |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 08/17/2022 11:12 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/16/2023 11:16 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$73.00** |
| **Remaining Process to Serve:** | 055-1:2015-CR-00149-2 |
| | 055-1:2015-CR-00149-3 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure in accordance with The Privacy Act of 1974, 5 USC § 552a.