UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                  *Plaintiff,*

                                          **NOTICE OF MOTION**
                                        **TO FILE UNDER SEAL**

         v.                                 **Case No: 15-CR-149(RJA)**

FRANK R. PARLATO, JR.,

                  *Defendants.*

_____

S I R S :

        PLEASE TAKE NOTICE, that upon the annexed affidavit of Herbert L. Greenman, Esq. the undersigned moves this Court for an Order allowing counsel to file motion under seal for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may seem just and proper.

DATED:      Buffalo, New York
              August 30, 2023

                                   Respectfully submitted,

                                   /s/Herbert L. Greenman

                                 _____
                                 HERBERT L. GREENMAN
                                 LIPSITZ GREEN SCIME & CAMBRIA LLP
                                 Attorneys for Defendant
                                 FRANK PARLATO
                                 Office and Post Office Address
                                 42 Delaware Avenue – Suite 300
                                 Buffalo, New York 14202
                                 (716) 849-1333
                                 hgreenman@lglaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

|  | *Plaintiff,* | **AFFIDAVIT** |
|  |  | **TO FILE UNDER SEAL** |

v.                                    **Case No: 15-CR-149(RJA)**

FRANK R. PARLATO, JR.,

                                    *Defendants.*

_____

STATE OF NEW YORK    )
COUNTY OF ERIE          SS:
CITY OF BUFFALO         )

HERBERT L. GREENMAN, ESQ., being duly sworn, deposes and says:

1.      I am the attorney for Frank Parlato, Jr. and I am co-counsel with attorney Paul J.

Cambria, Jr., Esq.

2.      Your deponent requests that the defendant's motion be filed under seal because the

motion includes sensitive personal information that should not be made public.

          WHEREFORE, your deponent prays that this Court issue an Order rule accordingly.

DATED: August 30, 2023
            Buffalo, New York
                                    Respectfully submitted,


                                    /s/Herbert L. Greenman
                                    HERBERT L. GREENMAN, ESQ.
                                    PAUL J. CAMBRIA, JR., ESQ.
                                    JUSTIN D. GINTER, ESQ.
                                    LIPSITZ GREEN SCIME CAMBRIA LLP
                                    Attorneys for Defendant
                                    FRANK PARLATO, JR.
                                    Office and Post Office Address
                                    42 Delaware Avenue, Suite 120
                                    Buffalo, New York 14202
                                    (716) 849-1333

hgreenman@lglaw.com
pcambria@lglaw.com
jginter@lglaw.com


Sworn to before me this 30th day
of August, 2023

/s/Elizabeth M. Jagord-Ward

_____
Notary Public
State of New York, Qualified in Erie County
My Commission Expires October 31, 2026

TO:   MICHAEL DIGIACOMO, ESQ.
       CHARLES KRULY, ESQ.
       ASSISTANT UNITED STATES ATTORNEYS
       Federal Centre
       138 Delaware Avenue
       Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                              *Plaintiff,*

            v.                                                    **ORDER**
                                                         **Case No: 15-CR-149**
FRANK R. PARLATO, JR.,

                              *Defendants.*

---

      **UPON THE MOTION OF THE DEFENDANTS**, requesting that the Motion dated August 30, 2023 be filed under seal, it is

      **ORDERED**, that defendant's motion is granted and the Court will file said document under seal.

      IT IS SO ORDERED.


                              _____
                              HON. RICHARD J. ARCARA
                              SENIOR UNITED STATES DISTRICT JUDGE

                              UNITED STATES DISTRICT COURT


DATED: August ____, 2023