UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                                 Case No.: 1:15-cr-00149

FRANK R. PARLATO, JR., and
CHITRA V. SELVARAJ,

       Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that VINCENT T. PARLATO, ESQ., an attorney in good standing in the United States District Court for the Western District of New York, hereby enters a Notice of Appearance on behalf of Frank R. Parlato, Jr. in the above captioned action.

Dated:     February 7, 2024                        **VINCENT T. PARLATO, ESQ.**

                                                                  */s/ Vincent T. Parlato*
                                                         403 Main Street, Suite 727
                                                            Buffalo, New York 14203
                                                                    716-430-8858
                                       Vincent.Parlato@buffalonylegal.com