UNITED STATES DISTRICT COURT FOR THE
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FRANK R. PARLATO, JR., and
CHITRA V.SELVARAJ,

          Defendants.

Case No.: 1:15-cr-00149

_____

## NOTICE OF PETITION

| | |
|---|---|
| NATURE OF ACTION: | Criminal. |
| MOVING PARTY: | Defendant, Frank R. Parlato, Jr. |
| DATE AND TIME: | To be determined by the Court. |
| PLACE: | Hon. Richard J. Arcara, United States District Judge, United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| SUPPORTING PAPERS: | Declaration of Vincent T. Parlato, Executed February 7, 2024, with exhibits and Petitioner's Memorandum of Law. |
| ANSWERING PAPERS: | If any, absent an Order of the Court, are due at least 14 days after service pursuant to Loc. R. Crim. P. 12 (b)(2). |
| REPLY PAPERS: | Petitioner requests the opportunity to submit reply papers. |

| | |
|---|---|
| RELIEF REQUESTED: | An Order directing disclosure of grand jury witness, Clare Bronfman's grand jury testimony transcript, taken on or about June 23, 2011, to Petitioner's counsel for use in a judicial proceeding. |
| GROUNDS FOR RELIEF: | Federal Rule of Criminal Procedure 6(e)(3)(E)(i) and the authorities cited in Petitioner's attached Memorandum of Law. |
| ORAL ARGUMENT: | Requested. |

Dated:   February 7, 2024

**VINCENT T. PARLATO, ESQ.**

 */s/ Vincent T. Parlato*
*Attorney for Petitioner*
403 Main Street, Suite 727
Buffalo, New York 14203
716-430-8858
Vincent.Parlato@buffalonylegal.com

To:   United States Attorney's Office
For the Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(*via CM/ECF*)

William F. Savino, Esq.
Woods Oviatt Gilman LLP
*Attorneys for Clare Bronfman*
*and Sara Bronfman*
1900 Main Place Tower
350 Main Street
Buffalo, New York 14202
wsavino@woodsoviatt.com
(*Via Email*)