IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   v.                                                                15-CR-149-A

FRANK R. PARLATO, JR.,

                        Defendant.

## GOVERNMENT'S MOTION TO PARTIALLY SEAL RESPONSE TO PETITIONER'S MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS

The government moves to partially seal its response to petitioner's motion to disclose Clare Bronfman's grand jury testimony. *See* Dkt. 383. In drafting its response to the petition, the government has identified certain "grand-jury matters," Fed. R. Crim. P. 6(e)(3)(E), that must be discussed in its response but which are not public. Federal Rule of Criminal Procedure 6(e)(6) requires that "[r]ecords . . . related to grand-jury procedings . . . be kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure of a matter occurring before a grand jury."

The government therefore moves to seal and file *ex parte* those portions of its response that reference a "matter occurring before a grand jury," *id.*, and which are not otherwise public. The government will publicly file a redacted copy of its response and will file, *ex parte* and under seal, an unredacted copy of its response.

DATED: Buffalo, New York, February 27, 2024

                                      TRINI E. ROSS
                                      United States Attorney

BY:    ***/s/ CHARLES M. KRULY***
            CHARLES M. KRULY
            Assistant U.S. Attorney
            United States Attorney's Office
            Western District of New York
            138 Delaware Avenue
            Buffalo, New York 14202
            (716) 843-5816
            Charles.Kruly@usdoj.gov